



myVidster | sed269

http://www.myvidster.com/profile/sed269

xLive – The Adult Social Networ...    myVidster | sed269

**myVidster** — social video bookmarking
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

We have upgraded everyone's online backup storage to **500 MB** for free! You can use your additional storage to save your favorite videos to myVidster's server for safe keeping and faster loading. If 500 MBs is still not enough you can increase your storage quote for a small fee here. [remove]

**sed269**

### Videos Collected


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


Thugbait DirtyRed
Post Date September 21, 2010


RAW - Compilation
Post Date September 12, 2010


FucK Me Niggas
Post Date September 12, 2010


RAW MIA
Post Date September 12, 2010


Twisted Thugz 5, Free Porn | Sex | ...
Post Date September 11, 2010


Lextactular
Post Date September 11, 2010


Bareback Latin Gang Bang: fucked by...
Post Date September 11, 2010

Raw Upclose
Post Date September 9, 2010

**User Info**
Name: sed269
Member since: 2009-10-08
Website:

RSS Subscription

**Collections**
The Shit | Follow

**Followers (6)**
atlsbiboi  exoticblkman  daremdoido  flight1980  psodo  Thill4033

**Following (0)**
None

**Subscriptions**
None

« prev | 1 | 2 | 3 | 4 | 5 | ... | 26 | 27 | next »

myVidster | blog | api | legal | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

**EXHIBIT F (3 of 33)**

Done                                    September 22 2010



















Screenshot of myVidster webpage (Exhibit F, 13 of 33). Case: 1:10-cv-06517 Document #: 1-3 Filed: 10/12/10 Page 13 of 15 PageID #:99



