Screenshot of myVidster webpage for video "HotRod & Kydezion (3) Best Raw Fuck ever"

URL: http://www.myvidster.com/video/425895/HotRod_Kydezion_3_Best_Raw_Fuck_ever

**myVidster** — social video bookmarking — collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

ooops » Favorites » HotRod & Kydezion (3) Best Raw Fuck ever

collect | shuffle

Share | Buzz | 0 tweet

**Video Information**
Bookmark Date: September 24, 2010
Posted By: feelslikepuss
Source Link: grou.ps
Permission: Adult
Description: Satisfaction Guaranteed! (more)

Embed: `<div><div id="myvidster_embed_425895"><`
URL: http://www.myvidster.com/video/425895

Tags:

Users who are collecting this:
TAYLORMADE99
SuperModel_J
ithinkyourcute15
fuckdaddy
sed269
Nut_Nut_2009
DUVALKID72
pepperloves
freelovegp
FuQnHot
jayjohnson
sexydee
dummett205
mixedkidd
romitco
TheReaper
DaGrippa
wht4blk200
Donald
theoneandonly20
riri
lovetohateme87
theoneandonlyme
silkweed318
Playboy2000
MiKKEY_4311
AZARI
mruntouchable5539
suppress9
magnum79
chevyboi22
AZZFETISHFREAK
rj49
blkdick4bttm
anjilzion
lamond
cosmith
joesoloman
Fineblackbrother98
chosin7
supadope
franklinrob
SeXiBttM89

Pop Up | Full Screen | Stealth | Share Video | Download / Convert | Flag

Like — 3 people liked this. — DISQUS

Showing 0 comments
Sort by: Oldest first
Subscribe by email | Subscribe by RSS

Add New Comment
Optional: Login below.
DISQUS | Twitter | OpenID | YAHOO!

Type your comment here.

Transferring data from s3.amazonaws.com...    September 24 2010

EXHIBIT F (16 of 33)















http://www.myvidster.com/video/239092/On_the_FLIP_SIDE

On the FLIP SIDE

# myVidster
### social video bookmarking
collect | share | explore

Signed in as **flavaworks** | my videos | account | subscriptions | logout | family filter: off

**Damon1420** » **Favorites** » On the FLIP SIDE

collect | shuffle

Share | Buzz | 0 tweet



**Video Information**
Bookmark Date: July 9, 2010
Posted By: Damon1420
Source Link: www.tnaflix.com
Permission: Adult
Description:
Hot (more)

Embed: `<div><div id="myvidster_embed_239092"><`
URL: http://www.myvidster.com/video/239092

Tags:

**Users who are collecting this:**
dannynguyen
bosiboy
Damp2
tryjdog
mrken7
ThatGuy
camryn45
R3GGStar
ace1317
pecantan
rockmymic20
googlefreaks
devon120
pizzahead
yyuu90210
spiderman2099
kosep1988
clj589
Julius
cbaby2007
kj1179
dayum
mrperfect21
DisD
raymond12
sva1
jamon10
serge1988
tengoloko
marcograce
rickjr
Lowkey2010
femaleballer
princess513
JoeyBlowington
MrLately
Adonte
curious4cock
tyson08
TheReaper
Lilman09
sexy909boy
weezy4twenty

Pop Up | Full Screen | Stealth | Share Video | Flag

👍 Like   👎   3 people liked this.   DISQUS

**Showing 2 comments**
Sort by: Oldest first    ✉ Subscribe by email   🗎 Subscribe by RSS

**John Goldstein**   1 month ago

my friend ;(

Like    Reply

**sexysagi**   3 weeks ago

These boys let all the freak inside them out!!!



















