**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of     Case Number: 10-CV-06517

FLAVA WORKS, INC.

v.

MARQUES RONDALE GUNTHER, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marques Rondale Gunther and SalsaIndy, LLC

| |
|---|
| NAME (Type or print) <br> Gregory J. Leighton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory J. Leighton |
| FIRM <br> Neal, Gerber & Eisenberg, LLP |
| STREET ADDRESS <br> Two North LaSalle Street, Suite 1700 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602-3801 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290037 | TELEPHONE NUMBER <br> 312-269-5372 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐