UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable John F. Grady |
| v. | ) | |
| | ) | Case No. 1:10-cv-06517 |
| Marques Rondale Gunter d/b/a myVidster.com, | ) | |
| SalsaIndy, LLC, John Does 1-26, Voxel Dot Net, | ) | JURY TRIAL DEMANDED |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Marques Rondale Gunter and SalsaIndy, LLC ("SalsaIndy"), by their attorneys, Neal, Gerber & Eisenberg LLP, hereby move to dismiss all seven counts of Plaintiff's Amended Complaint. This motion is made that the Complaint because it fails to state a claim upon which relief can be granted:

Plaintiff's first claim, for alleged direct copyright infringement, fails to state a claim upon which relief can be granted, because Plaintiff has not alleged and cannot allege that SalsaIndy has copied Plaintiff's works or otherwise acted volitionally to infringe Plaintiff's works. Plaintiff's second claim, for contributory copyright infringement, also fails to state a claim upon which relief can be granted because Plaintiff has not alleged that SalsaIndy materially contributed to any allegedly infringing acts it had knowledge of. Plaintiff's third claim, for inducement of copyright infringement, fails to state a claim upon which relief can be granted because Plaintiff has not alleged and cannot allege that SalsaIndy had the specific intent that its services be used to infringe Plaintiff's protected works or that SalsaIndy took active steps to encourage users of the myVidster website to infringe Plaintiff's protected works. Plaintiff's fourth claim, for vicarious copyright infringement claim, fails to state a claim upon which relief

can be granted because Plaintiff has not alleged and cannot allege that SalsaIndy had the right

and ability to control the allegedly infringing content or that SalsaIndy received a direct financial

benefit from the allegedly infringing content. All of Plaintiff's Trademark Claims, which

include: (i) false designation of origin; (ii) trademark and trade dress infringement under the

Lanham Act; and (iii) trademark infringement and unfair competition under the laws of the State

of Illinois, also fail to state a claim upon which relief can be granted because Plaintiff has not

alleged that SalsaIndy used Plaintiff's marks in commerce.

WHEREFORE, for the foregoing reasons, SalsaIndy respectfully requests that the Court

grant Defendants' Motion to Dismiss Plaintiff's Amended Complaint.


Respectfully submitted,


Date: January 10, 2011                    /s/William J. Lenz
                                          One of the Attorneys for Defendants,
                                          Marques Rondale Gunter and SalsaIndy, LLC


William J. Lenz
Gregory J. Leighton
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

## CERTIFICATE OF SERVICE

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing, Defendants' Motion to Dismiss Plaintiff's Amended Complaint, to be served upon the following counsel of record via the Court's ECF system on this 10th day of January, 2011:

> Meanith Huon
> Huon Law Office
> P.O. Box 441
> Chicago, Illinois 60690


> /s/Gregory Leighton
> Gregory J. Leighton

NGEDOCS: 1761532.1