UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
|         Plaintiff, | ) |
| v. | ) Honorable John F. Grady |
| Marques Rondale Gunter d/b/a myVidster.com, SalsaIndy, LLC, John Does 1-26, Voxel Dot Net, Inc., | ) Case No. 1:10-cv-06517 <br> ) JURY TRIAL DEMANDED |
|         Defendants. | ) |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that on January 12, 2010, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John F. Grady or whoever may be sitting in his place in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendants' Motion to Dismiss Plaintiff's Amended Complaint, a copy of which is attached hereto, and hereby served upon you.

Respectfully submitted,

Date: January 10, 2011

/s/William J. Lenz
One of the Attorneys for Defendants,
Marques Rondale Gunter and SalsaIndy, LLC

William J. Lenz
Gregory J. Leighton
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

## CERTIFICATE OF SERVICE

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing, Notice of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, to be served upon the following counsel of record via the Court's ECF system on this 10th day of January, 2011:

>	Meanith Huon
>	Huon Law Office
>	P.O. Box 441
>	Chicago, Illinois 60690

>	/s/Gregory Leighton
>	Gregory J. Leighton

NGEDOCS: 1761526.1