UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:10-cv-06517 |
| MARQUES RONDALE GUNTER, D/B/A MYVIDSTER.COM, et al., | ) ) The Hon. John F. Grady ) ) |
| Defendants. | ) |

### DEFENDANT VOXEL DOT NET, INC.'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF

NOW COMES Defendant VOXEL DOT NET, INC. ("Voxel"), by and through its attorneys, Mudd Law Offices, and hereby offers to settle the above-captioned action filed by Plaintiff FLAVA WORKS, INC. ("Plaintiff") against Voxel and have a judgment of dismissal with prejudice entered pursuant to Rule 68 of the Federal Rule of Civil Procedure as to Voxel according to the following terms:

1. Defendant Voxel to pay Plaintiff the total sum of two thousand five hundred dollars ($2,500.00).

2. Defendant Voxel's offer is made for the purposes specified in Rule 68 and is not to be considered an admission of liability. Defendant Voxel disputes liability and has denied and continues to deny liability to Plaintiff for the matters alleged in this case, and tenders this offer of settlement solely to avoid the uncertainty and expense of further litigation.

3. Pursuant to Rule 68 this Offer of Judgment shall be deemed rejected by Plaintiff and withdrawn if not accepted within ten (10) days.

4. If this Offer of Judgment is not accepted and if any judgment against Defendant

Voxel obtained by Plaintiff is not more favorable to Plaintiff than this Offer of Judgment, Defendant Voxel intends to seek as costs all amounts incurred after making this offer including, but not limited to: all legal fees including, but not limited to, attorneys' fees; all travel, food and lodging expenses and fees for all of Defendant Voxel's witnesses; all photocopies and transcript copying costs; all document management costs; and all other costs authorized by law.

Dated: Chicago, Illinois
       April 27, 2011

DEFENDANT,
VOXEL DOT NET, INC.

/s/Mark A. Petrolis

By: One of Its Attorneys
Mark A. Petrolis
Mudd Law Offices
3114 West Irving Park Road
Chicago, Illinois 60618
Suite 1W
(773) 588-5410 Phone
(773) 588-5440 Fax
Illinois ARDC: 6300549
mpetrolis@muddlawoffices.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2011 a copy of the foregoing **DEFENDANT VOXEL DOT NET, INC.'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF** has been sent by electronic mail and by Certified First Class Mail, postage pre-paid to counsel for Plaintiff, to wit:

**To:** Meanith Huon
P.O. Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com

                                            /s/Mark A. Petrolis

By: Mark A. Petrolis
One of His Attorneys
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
ARDC: 6300549

Dated: April 27, 2011
Chicago, Illinois

3