# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6517 | **DATE** | May 10, 2011 |
| **CASE TITLE** | Flava Works, Inc. v. Marques Rondale Gunter d/b/a myVidster.com, et al. | | |

**DOCKET ENTRY TEXT**

The motion of Marques Rondale Gunter and SalsaIndy, LLC to dismiss the first amended complaint [12] is granted in part and denied in part. Counts I, III, IV, V, VI, and VII are dismissed. Plaintiff is given leave to file a second amended complaint by May 16, 2011 that cures Count III's deficiencies, if it can do so. The motion is denied as to Count II. ENTER MEMORANDUM OPINION.

__X__   See ATTACHED.

Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | KMH |
|---|---|---|