**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FLAVA WORKS, INC.,                    )
                                      )
            Plaintiff,                )
                                      )
            v.                        )   No. 10 C 6517
                                      )
MARQUES RONDALE GUNTER d/b/a          )
myVidster.com; SALSAINDY, LLC;        )
VOXEL DOT NET, INC., and              )
JOHN DOES 1-26,                       )
                                      )
            Defendants.               )

**ORDER**

This cause coming before the court on the motion of plaintiff Flava Works, Inc. for a preliminary injunction, due notice being given, the court having heard the evidence and testimony of the parties;

It is hereby ordered that defendants Marques Rondale Gunter d/b/a myVidster.com; myVidster.com; and SalsaIndy, LLC shall:

1) Implement filtering of keywords and tags of trademarks owned by plaintiff Flava Works, Inc. to prevent the upload and/or download of, and the posting of embedded videos containing, plaintiff's copyrighted content. The following keywords and tags shall be filtered (and shall include intentional or inadvertent misspellings that have been used by myVidster users in the past):

    Flava
    Flava Works, Inc.
    Flava Works
    FlavaMen
    CocoDorm
    CocoBoy
    Thugboy
    PapiCock
    Raw Rods
    Mix It Up Boy
    Arquez

- 2 -

Baby Star
Cayden Cooper
Cody Kyler
DeAngelo Jackson
Romeo Storm
Usher Richbanks
Malo
Flamez
Golden Secret
Domino Star
Romeo St. James
Breion Diamond

2) Adopt and reasonably implement a repeat-infringer policy with respect to the infringement of copyright.

3) Implement measures designed to prevent repeat infringement.

4) Expeditiously remove, or disable access to, infringing material when a DMCA notice is received from plaintiff by taking the following steps:
a. Deleting the copyrighted video; and
b. Deleting the thumbnails of the video and all images associated and/or hyperlinked with the video.

5) Suspend the accounts of users who on two or more occasions have posted content that infringes on one or more of plaintiff's copyrights, including John Does 1-26.

6) Store, archive, and protect any information regarding John Does 1-26, including, but not limited to, username, e-mail address, IP address, and any other information or data.

7) On the 15th of every month beginning with September 15, 2011, file with the court and serve plaintiff with a report on compliance that identifies all steps defendants have taken to comply with this injunction order.

8) This injunction shall become effective upon the plaintiff's posting of a $20,000 bond.

- 3 -

DATE:        September 1, 2011


ENTER:       _____
             John F. Grady, United States District Judge