# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6517 | **DATE** | 9/21/2011 |
| **CASE TITLE** | Flava Works, Inc. vs. Gunter, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to stay enforcement of the preliminary injunction pending appeal [91] is granted for the reasons stated in open court. Plaintiff's oral motion for leave to file a Fourth Amended Complaint is granted. Plaintiff may file its Fourth Amended Complaint by October 12, 2011. The plaintiff's motion to dismiss defendants' counterclaims [69] and its motion to strike defendants' affirmative defenses [71] were superceded by amended motions [70 and 73, respectively]. Accordingly, those motions [69 and 71] are denied as moot. The other pending motions in this case [59, 70, 73, and 74], some or all of which may be mooted by the filing of plaintiff's Fourth Amended Complaint, are entered and continued.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|