# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Marques Rondale Gunter d/b/a myVidster.com, )<br>SalsaIndy, LLC, John Does 1-26, Voxel Dot Net, )<br>Inc., )<br>)<br>Defendants. )<br>) | Case No. 1:10-cv-06517 |

## NOTICE OF APPEAL

Notice is hereby given that Marques Rondale Gunter d/b/a myVidster.com and SalsaIndy, LLC, Defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following judgments and orders filed or entered by the United States District Court for the Northern District of Illinois, Eastern Division, in this action: the Memorandum Opinion filed or entered in this action on July 27, 2011 (documents 76-77), the Memorandum Opinion filed or entered in this action on September 1, 2011 (documents 88-89), and the Preliminary Injunction Order entered on September 1, 2011 (document 90).

Dated: September 26, 2011

By: /s/ Gregory J. Leighton
One of the Attorneys for Defendants,
Marques Rondale Gunter and SalsaIndy,
LLC

William J. Lenz
Gregory J. Leighton
Kathleen E. Blouin
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois  60602
312.269.8000

## **CERTIFICATE OF SERVICE**

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing, *Notice of Appeal*, to be served upon the following counsel of record via the Court's ECF system on September 26, 2011:

>Meanith Huon
>Huon Law Office
>P.O. Box 441
>Chicago, Illinois 60690

>  /s/Gregory Leighton
>Gregory J. Leighton

NGEDOCS: 1838768.1