## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-06517 |
| | ) | |
| | ) | |
| v. | ) | **THIRD AMENDED COMPLAINT** |
| | ) | |
| **Marques Rondale Gunter** | ) | |
| d/b/a | ) | **JURY TRIAL DEMANDED** |
| **myVidster.com, myVidster.com,** | ) | |
| **Salsaindy, LLC,** | ) | |
| **John Does 1-26, using screen names:** | ) | |
| **Abank, Amaterialhag, Azzfetishfreak,** | ) | |
| **Blka2cutie, Bootysmell, Brod706,** | ) | |
| **Cmoneyw, Damon1420, Diamonds,** | ) | |
| **Fifthcharactermuppet, FuQnHot,** | ) | |
| **Iiluvbttms76, In4deep, Johnjackson,** | ) | |
| **Kblkmusicman, Maalik, Nellyhayes,** | ) | |
| **Neumagic, Nycbigdikknigg2010,** | ) | |
| **Onlidingding, , Phatboi01,** | ) | |
| **Sexy909boy, Sexyblk223,** | ) | |
| **Smilez, Taylormade99, Tazze_t,** | ) | |
| **Voxel Dot Net, Inc.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING LIST OF EXHIBITS

Plaintiff, Flava Works, Inc. (hereinafter "Plaintiff" or "Flava Works"), by and through its attorney, Meanith Huon, submits the following list of its exhibits that were admitted into evidence at the hearing on Plaintiff' motion for a preliminary injunction:

1. Plaintiff Exhibit No. 1. Screenshot of Flava Works' video on myVidster.com.

2. Plaintiff Group Exhibit No. 2. Screenshot of Flava Works' videos posted by repeat infringers on myVidster.com with the following user names: abank, amaterialhag, azzfetishfreak, blka2cutie, bootysmell, brod706, diamonds, fifthcharactermuppet,

fuqnhot, nycbigdikknigg2010, onlidingding, cmoneyw, damon1420, in4deep, johnjackson, kblkmusicman, maalik, nellyhayes, sexy909boy, sexyblk223, smilez, taylormade99, tazze_t,

3. Plaintiff Exhibit No. 3. Email exchange between Flava Works and Defendants.
4. Plaintiff Group Exhibit No. 4. DMCA Notices dated May 12, 2010, July 20, 2010, August 21, 2010, September 22, 2010, December 2, 2010, December 5, 2010, December 9, 2010, March 28, 2011, April 22, 2011, April 28, 2011.
5. Plaintiff Exhibit No. 5. Email from Tom Fisher to Flava Works.
6. Plaintiff Exhibit No. 6. Blog entry for "Beta Testers Needed-myVidster's Video Backup".
7. Plaintiff Exhibit No. 7. Google search results for "Source Link:myvidster.com".
8. Plaintiff Exhibit No. 8. Screenshots of copyrighted films Star Trek, Crank 2, Hancock 2008 on Defendant's myVidster.com page.
9. Plaintiff Exhibit No. 9. Screenshot of copyrighted music videos on Defendant's myVidster.com page.
10. Plaintiff Exhibit No. 10 Screenshot of Flava Works' video on myVidster.com.
11. Plaintiff Exhibit No. 11 Plaintiff's counsel has been unable to locate a Plaintiff's Exhibit No. 11 and Defense counsel does not have a copy of Plaintiff's Exhibit No. 11.
12. Plaintiff Exhibit No. 12. Email exchange between Flava Works and Defendants.
13. Plaintiff Exhibit No. 13. Juicy Ads offer of advertisement for myVidster.
14. Plaintiff Exhibit No. 14 Screenshot of Youtube rejection notice of duplicate video.
15. Plaintiff Exhibit No. 15. Screenshot of Youtube Video File Upload page.

16. Plaintiff Exhibit No. 16. Screenshot of myVidster's Terms of Service.

17. Plaintiff Exhibit No. 17. myVidster's blog entries on number of site visits.

18. Plaintiff Exhibits A, B, C, D. Proof of Flava Work's ownership of certain copyrights, trademarks (Exhibit A, B, C, and D are also attached to the Complaint).

Respectfully submitted,

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## PROOF OF SERVICE

I, the undersigned, state that on June 14, 2011, I served this document on all counsel of record electronically.

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996