

December 2, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital ***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses



controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**



NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Below is YES AGAIN (Our third time) list of the repeat infringers


http://www.myvidster.com/collection/47435
http://www.myvidster.com/profile/abank

http://www.myvidster.com/profile/amaterialhag

http://www.myvidster.com/profile/AZZFETISHFREAK

http://www.myvidster.com/profile/bigadrian

http://www.myvidster.com/profile/Blaqconquest

http://www.myvidster.com/profile/blka2cutie

http://www.myvidster.com/profile/bootysmell

http://www.myvidster.com/profile/brod706

http://www.myvidster.com/profile/CivicBoi01

http://www.myvidster.com/profile/CJ10

http://www.myvidster.com/profile/cmoneyw

http://www.myvidster.com/profile/cshawty

http://www.myvidster.com/profile/Damon1420

http://www.myvidster.com/profile/daqare

http://www.myvidster.com/profile/DCARTER

http://www.myvidster.com/profile/diamonds

http://www.myvidster.com/profile/fifthcharactermuppet



http://www.myvidster.com/profile/fuckdaddy

http://www.myvidster.com/profile/FuQnHot

http://www.myvidster.com/profile/gaypop

http://www.myvidster.com/profile/HOODSEX

http://www.myvidster.com/profile/ieswaggermade

http://www.myvidster.com/profile/iluvbttms76

http://www.myvidster.com/profile/in4deep

http://www.myvidster.com/profile/johnjackson

http://www.myvidster.com/profile/jrz88

http://www.myvidster.com/profile/kblkmusicman

http://www.myvidster.com/profile/maalik

http://www.myvidster.com/profile/markopolo26

http://www.myvidster.com/profile/nellyhayes

http://www.myvidster.com/profile/neumagic

http://www.myvidster.com/profile/nycbigdikknigg2010

http://www.myvidster.com/profile/onlidingding

http://www.myvidster.com/profile/orgasmikk

http://www.myvidster.com/profile/phatboi01

http://www.myvidster.com/profile/prada_kyss

http://www.myvidster.com/profile/richard36

http://www.myvidster.com/profile/sexy909boy

http://www.myvidster.com/profile/sexyblk223

http://www.myvidster.com/profile/smilez

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/suppress9

http://www.myvidster.com/profile/taylormade99

http://www.myvidster.com/profile/TheReaper

http://www.myvidster.com/profile/Xpr3ssBoii

Below is a list of infringing material by link:

http://www.myvidster.com/user/images/embed_flv/10283/1066207819_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1070640133_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1325867955_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1457685652_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1645269675_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1663739056_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1857526683_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1921640526_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/1988773080_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/2036415137_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/212216901_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/332136950_1.jpg
http://www.myvidster.com/user/images/embed_flv/10283/381501496_1.jpg
http://www.myvidster.com/user/images/embed_flv/12281/510273275_1.jpg
http://www.myvidster.com/user/images/embed_flv/15638/1881276431_1.jpg
http://www.myvidster.com/user/images/embed_flv/23967/1398454311_1.jpg
http://www.myvidster.com/user/images/embed_flv/23967/1398454311_1.jpg
http://www.myvidster.com/user/images/embed_flv/23967/1493335943_1.jpg
http://www.myvidster.com/user/images/embed_flv/23967/1927981689_1.jpg
http://www.myvidster.com/user/images/embed_flv/23967/1939866097_1.jpg
http://www.myvidster.com/user/images/embed_flv/6532/1946045828_1.jpg
http://www.myvidster.com/user/images/embed_flv/7757/1606097944_1.jpg
http://www.myvidster.com/user/images/embed_wmv/23967/1194411767_1.jpg
http://www.myvidster.com/user/images/embed_wmv/23967/774180033_1.jpg
http://www.myvidster.com/user/images/embed_wmv/7757/895882_1.jpg
http://www.myvidster.com/video/678605/Its_All_Gay_-_DeAngelo_Isaiah_
http://www.myvidster.com/video/202674/Amhir_Cruze_Redd_Spyda_pt22
http://www.myvidster.com/video/344651/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/355759/Domino_star_and_romeo_storm_-_XVIDEOSCOM
http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-
http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-
http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-
http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right
http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right
http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right
http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right
http://www.myvidster.com/video/550588
http://www.myvidster.com/video/557171/Cocodorm_One_Night_With_The_Prince_Part_3
http://www.myvidster.com/video/566252
http://www.myvidster.com/video/571604/Coco_Dorm-_2_hours
http://www.myvidster.com/video/573026/Homies_Going_Hard

http://www.myvidster.com/video/574021/RawRods_Rock_fucks_dude_at_Sizzle
http://www.myvidster.com/video/591734/PapiCock_King_Dingo_fucks_BabyStar
http://www.myvidster.com/video/599842/Elmo_Jackson_trainer
http://www.myvidster.com/video/601283/cum_inside_me_rawrods
http://www.myvidster.com/video/608112/RawRodscom_DeAngelo_Tastee
http://www.myvidster.com/video/611381/Thugboy_Chance_Jacobs_fucks_PM_Dawn
http://www.myvidster.com/video/614694/Thugboy_Breion_fucks_Mr_Saukei_
http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi
http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi
http://www.myvidster.com/video/616420/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS
http://www.myvidster.com/video/616956/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS
http://www.myvidster.com/video/625276/Cocodorm_Big_Black_Dicks
http://www.myvidster.com/video/636464/RawRods-Magic_Redboi_Ma_Favorite_Scene
http://www.myvidster.com/video/642960/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/643109/Cocodorm_Deka_Jay_Jay_fuck_
http://www.myvidster.com/video/643252/Fine_ass_Marco_Scott_-_PapiCockcom
http://www.myvidster.com/video/645571/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/650304/Alejandro
http://www.myvidster.com/video/650395/PapiCock_Baby_Rico_and_Skittlez
http://www.myvidster.com/video/650481/Fizzo_and_Kemancheo
http://www.myvidster.com/video/656106/Cocodorm_Breion_Prophet_Mr_Sauki_fuck
http://www.myvidster.com/video/656137/Cocodorm_Breion_Prophet_Mr_Sauki_fuck

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com



http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



December 5, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital ***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.



**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

Of special note, several links have been reported before and have STILL NOT BEEN REMOVED. Additionally, this link and several listed below state that are hosting on external servers, but upon further review, the video files are hosted and shared on MYVIDSTER/VOXEL Servers.

http://www.myvidster.com/video/688018/Girlfriends_baby_brother

http://www.myvidster.com/user/images/embed_flv/3958/1272957462_1.jpg
http://www.myvidster.com/dannya
http://www.myvidster.com/user/images/embed_flv/21230/1018301935_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1607973765_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1617078730_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1618756064_1.jpg
http://www.myvidster.com/video/688018/Girlfriends_baby_brother
http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter
http://www.myvidster.com/video/692655/RawRods_Daddy_Cream_Prince
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692780/RawRodscom_-_Big_Dick_Orgy_Part_2
http://www.myvidster.com/video/694321/BrazilBlack_White_and_Brown_FULL_LENGTH
http://www.myvidster.com/profile/southernboidallas
http://www.myvidster.com/user/images/embed_flv/21230/1018301935_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1607973765_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1617078730_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1618756064_1.jpg
http://www.myvidster.com/video/688018/Girlfriends_baby_brother



http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter
http://www.myvidster.com/video/692655/RawRods_Daddy_Cream_Prince
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692780/RawRodscom_-_Big_Dick_Orgy_Part_2
http://www.myvidster.com/video/694321/BrazilBlack_White_and_Brown_FULL_LENGTH
http://www.myvidster.com/video/694393/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

phil@flavaworks.com



December 9, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital ***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses



controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**



NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Below is YET AGAIN (Our FOURTH time) list of the repeat infringers and infringing links to material of which you have been notified before. Of special note is that you are failing to remove the infringing thumbnail images associated with this copyrighted works, you are FAILING to create a filter and allowing the SAME individuals to RE-UPLOAD to your servers the same files which have been identified in previous DMCA Take Down Notices.

I would also like to call to your attention to this video as an example (screenshot attached)
http://www.myvidster.com/video/714227/DeAngelo_and_Trax
You have this video linked on your server multiple times, yet when we send DMCA notice to you, you ONLY remove the link, NOT THE SOURCE URL, and according to our investigation, the infringing material is located ON YOUR SERVER.

It states “Title: DeAngelo and Trax Source url: **Source link not found**, contact webmaster.”
http://www.myvidster.com/video/714227/DeAngelo_and_Trax
`<link rel="videolink" href="http://www.myvidster.com/video/714227">`
`<link rel="videolink" href="http://www.myvidster.com/video/63486">`
And also: http://www.myvidster.com/video/625333/This_Shit_IS_HOT_

You are FAILING to remove (as required under DMCA) repeat infringers, by this you and your server are NO LONGER eligible for safe harbor.

As a reminder to our past DMCA Notices which have went ignored, here is a list of repeat infringers and infringing links which we demand removal within 24 hours.

http://www.myvidster.com/profile/bigdick7

http://www.myvidster.com/profile/d2010

http://www.myvidster.com/profile/damscotty

http://www.myvidster.com/profile/Hoodnikka91

http://www.myvidster.com/profile/kerry14544

http://www.myvidster.com/profile/mdbttmdude

http://www.myvidster.com/profile/mdbttmdude#user

http://www.myvidster.com/profile/momo5111980

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/quill

http://www.myvidster.com/profile/spotlight912

http://www.myvidster.com/profile/str8klass

http://www.myvidster.com/profile/wldsgreatest702

http://www.myvidster.com/video/375601/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/381436/Hotrod_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/389518/Hotrod_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/553701/tearing_up_some_good_ass_part_2_

http://www.myvidster.com/video/575844/Breion_Diamond_-_Late_for_Class_

http://www.myvidster.com/video/612637/Big_Juicy_Raw_Dick

http://www.myvidster.com/video/625333/This_Shit_IS_HOT_

http://www.myvidster.com/video/63486/DeAngelo_and_Trax

http://www.myvidster.com/video/657298/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/674547/Thugboy_Hotrod_and_Shabazz

http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter

http://www.myvidster.com/video/699022/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699025/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699047/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/699100/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/699124/Joe_Jerks

http://www.myvidster.com/video/699159/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition



http://www.myvidster.com/video/699159/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699162/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699164/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699169/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699182/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699262/2_sexy_men_having_sex

http://www.myvidster.com/video/699285/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/714093/Kemancheo_and_reeci_-_XVIDEOSCOM

http://www.myvidster.com/video/714107/a_POUND_full_of_CUMMMMM

http://www.myvidster.com/video/714130/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714141/londonrock

http://www.myvidster.com/video/714142/DeAngelo_and_Trax

http://www.myvidster.com/video/714157/DeAngelo_and_Trax

http://www.myvidster.com/video/714182/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714195/BIG_JOHN_FROM_THUG_BOY_GETS_FUCKED

http://www.myvidster.com/video/714206/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714224/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714227/DeAngelo_and_Trax

http://www.myvidster.com/video/714271/Late_for_school_fuckin_with_Breion

http://www.myvidster.com/profile/abank

http://www.myvidster.com/profile/amaterialhag

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/AZZFETISHFREAK

http://www.myvidster.com/profile/bigadrian

http://www.myvidster.com/profile/Blaqconquest

http://www.myvidster.com/profile/blka2cutie

http://www.myvidster.com/profile/bootysmell

http://www.myvidster.com/profile/brod706

http://www.myvidster.com/profile/CivicBoi01

http://www.myvidster.com/profile/CJ10

http://www.myvidster.com/profile/cmoneyw

http://www.myvidster.com/profile/cshawty

http://www.myvidster.com/profile/Damon1420

http://www.myvidster.com/profile/daqare

http://www.myvidster.com/profile/DCARTER

http://www.myvidster.com/profile/diamonds

http://www.myvidster.com/profile/fifthcharactermuppet

http://www.myvidster.com/profile/fuckdaddy

http://www.myvidster.com/profile/FuQnHot

http://www.myvidster.com/profile/gaypop

http://www.myvidster.com/profile/HOODSEX

http://www.myvidster.com/profile/ieswaggermade

http://www.myvidster.com/profile/iluvbttms76

http://www.myvidster.com/profile/in4deep

http://www.myvidster.com/profile/johnjackson

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/jrz88

http://www.myvidster.com/profile/kblkmusicman

http://www.myvidster.com/profile/maalik

http://www.myvidster.com/profile/markopolo26

http://www.myvidster.com/profile/nellyhayes

http://www.myvidster.com/profile/neumagic

http://www.myvidster.com/profile/nycbigdikknigg2010

http://www.myvidster.com/profile/onlidingding

http://www.myvidster.com/profile/orgasmikk

http://www.myvidster.com/profile/phatboi01

http://www.myvidster.com/profile/prada_kyss

http://www.myvidster.com/profile/richard36

http://www.myvidster.com/profile/sexy909boy

http://www.myvidster.com/profile/sexyblk223

http://www.myvidster.com/profile/smilez

http://www.myvidster.com/profile/suppress9

http://www.myvidster.com/profile/taylormade99

http://www.myvidster.com/profile/TheReaper

http://www.myvidster.com/profile/Xpr3ssBoii

http://www.myvidster.com/video/678605/Its_All_Gay_-_DeAngelo_Isaiah_

http://www.myvidster.com/video/202674/Amhir_Cruze_Redd_Spyda_pt22

http://www.myvidster.com/video/344651/Fine_Lovers_Doin_What_They_Do

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/355759/Domino_star_and_romeo_storm_-_XVIDEOSCOM

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/550588

http://www.myvidster.com/video/557171/Cocodorm_One_Night_With_The_Prince_Part_3

http://www.myvidster.com/video/566252

http://www.myvidster.com/video/571604/Coco_Dorm-_2_hours

http://www.myvidster.com/video/573026/Homies_Going_Hard

http://www.myvidster.com/video/574021/RawRods_Rock_fucks_dude_at_Sizzle

http://www.myvidster.com/video/591734/PapiCock_King_Dingo_fucks_BabyStar

http://www.myvidster.com/video/599842/Elmo_Jackson_trainer

http://www.myvidster.com/video/601283/cum_inside_me_rawrods

http://www.myvidster.com/video/608112/RawRodscom_DeAngelo_Tastee

http://www.myvidster.com/video/611381/Thugboy_Chance_Jacobs_fucks_PM_Dawn

http://www.myvidster.com/video/614694/Thugboy_Breion_fucks_Mr_Saukei_

http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi

http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi



http://www.myvidster.com/video/616420/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS

http://www.myvidster.com/video/616956/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS

http://www.myvidster.com/video/625276/Cocodorm_Big_Black_Dicks

http://www.myvidster.com/video/636464/RawRods-Magic_Redboi_Ma_Favorite_Scene

http://www.myvidster.com/video/642960/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/643109/Cocodorm_Deka_Jay_Jay_fuck_

http://www.myvidster.com/video/643252/Fine_ass_Marco_Scott_-_PapiCockcom

http://www.myvidster.com/video/645571/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/650304/Alejandro

http://www.myvidster.com/video/650395/PapiCock_Baby_Rico_and_Skittlez

http://www.myvidster.com/video/650481/Fizzo_and_Kemancheo

http://www.myvidster.com/video/656106/Cocodorm_Breion_Prophet_Mr_Sauki_fuck

http://www.myvidster.com/video/656137/Cocodorm_Breion_Prophet_Mr_Sauki_fuck


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



March 28, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

FDCservers.net LLC,
Attn: Legal Dept.
141 W Jackson blvd #1135,
Chicago, IL 60604
Via Email & Fax & US Mail, 312-786-1693
abuse@fdcservers.net

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.



**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

The list of infringing material and the infringers by link are:
http://www.myvidster.com/video/544299/Cocodorm_Pinky_amp_Peanut_webcam_fuck
http://www.myvidster.com/video/134907/CocoDorm_Vid
http://www.myvidster.com/video/1049039/Cocodorm_Markell_fucks_sexy_thugboy_pt_1
http://www.myvidster.com/video/1337237/Sexyaaron08039s_Videos
http://www.myvidster.com/video/121411/_FREAKY_BOYS
http://www.myvidster.com/video/773148/Pinky_from_cocodorm_Pornhubcom
http://www.myvidster.com/video/1058126/xLive_Video_Cocodorm
http://www.myvidster.com/video/1247004/Vito_Fuckin_Pimp
http://www.myvidster.com/video/1079720/PapiCock_Jordan_and_Jordan
http://www.myvidster.com/video/545325/PapiCock_Sexy_Joe_Jerks_off
http://www.myvidster.com/video/1103904/PapiCock_Baby_Star_amp_Ice_King
http://www.myvidster.com/video/1342530/Hot_3sum
http://www.myvidster.com/video/1342729/DOWNSOUTH_TYSON_
http://www.myvidster.com/video/1342592/Vito_Fuckin_Pimp
http://www.myvidster.com/video/1338963/Prince
http://www.myvidster.com/collection
http://www.myvidster.com/video/1298283/Papi_Cock_3some
http://www.myvidster.com/video/1311926/Raw_Rods_
http://www.myvidster.com/video/1312032/Thugboy_Domino_Star_Ninja_Nixon_flipflop
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/9352



http://www.myvidster.com/collection/9352
http://www.myvidster.com/coolkid20
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dontjudge
http://www.myvidster.com/dontjudge
http://www.myvidster.com/fabb
http://www.myvidster.com/fabb
http://www.myvidster.com/imjuxme
http://www.myvidster.com/imjuxme
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jayfaves
http://www.myvidster.com/jayfaves
http://www.myvidster.com/kashebony
http://www.myvidster.com/kashebony
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myvidsking
http://www.myvidster.com/myvidsking
http://www.myvidster.com/p009
http://www.myvidster.com/p009
http://www.myvidster.com/patrick
http://www.myvidster.com/patrick
http://www.myvidster.com/profile/Azzfetishfreak
http://www.myvidster.com/profile/Blka2cutie
http://www.myvidster.com/profile/Bootysmell
http://www.myvidster.com/profile/Brod706
http://www.myvidster.com/profile/Cmoneyw
http://www.myvidster.com/profile/Damon1420
http://www.myvidster.com/profile/Diamonds
http://www.myvidster.com/profile/dicklova
http://www.myvidster.com/profile/Fifthcharactermuppet
http://www.myvidster.com/profile/FuQnHot
http://www.myvidster.com/profile/Iiluvbttms76
http://www.myvidster.com/profile/In4deep
http://www.myvidster.com/profile/jayperez3
http://www.myvidster.com/profile/Johnjackson
http://www.myvidster.com/profile/Kblkmusicman
http://www.myvidster.com/profile/kgeezy
http://www.myvidster.com/profile/Maalik



FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/mrgoodbody
http://www.myvidster.com/profile/Nellyhayes
http://www.myvidster.com/profile/Neumagic
http://www.myvidster.com/profile/Nycbigdikknigg2010
http://www.myvidster.com/profile/Onlidingding
http://www.myvidster.com/profile/Phatboi01
http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/Sexy909boy
http://www.myvidster.com/profile/Sexyblk223
http://www.myvidster.com/profile/Smilez
http://www.myvidster.com/profile/Taylormade99
http://www.myvidster.com/profile/Tazze_t
http://www.myvidster.com/richard36
http://www.myvidster.com/richard36
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/victoriatr

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.PapiCock.com
http://www.RawRods.com
http://www.CocoDorm.com
http://www.ThugBoy.com
http://www.CocoBoyz.com
http://www.MixItUpBoy.com
http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 22, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

The list of infringing material and the infringers by link are:
http://www.myvidster.com/video/1049039
http://www.myvidster.com/video/1052931/_Milking_His_Walls-RAW_-_Pornhubcom
http://www.myvidster.com/video/1167596/DominoStar_and_Ninja_-_Gaywatch_Videos
http://www.myvidster.com/video/1217514/Raw_Thugs_-_scene_2
http://www.myvidster.com/video/1231558/Black_Orgy
http://www.myvidster.com/video/1237098/RawRods_kashmeir_Kemancheo
http://www.myvidster.com/video/1248139/Cocodorm_Markell_fucks_sexy_thugboy_pt_1
http://www.myvidster.com/video/1248271/Thugboy_Christian_Armani_PM_Dawn
http://www.myvidster.com/video/1248410/Pimp_Cocodorm_Breaks_in_Bobby
http://www.myvidster.com/video/1250572/Maliki_Fucks_Vito
http://www.myvidster.com/video/1250583/Pimp_and_Vito
http://www.myvidster.com/video/1264413/Arquez_Ralph_Laurin
http://www.myvidster.com/video/1272420/RAW_THUGS
http://www.myvidster.com/video/1288370/Its_All_Gay_-_black_dude
http://www.myvidster.com/video/1351155/Hotrod_and_Papi
http://www.myvidster.com/video/1365971/Drake_and_Hotrod
http://www.myvidster.com/video/1373949/Pimp_and_Vito
http://www.myvidster.com/video/1389863/Drake_fucking_Hotrod_SEXY_D
http://www.myvidster.com/video/1391193/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank s_on_top
http://www.myvidster.com/video/1393339/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank s_on_top
http://www.myvidster.com/video/1398606/PapiCock_Usher_Richbanks_fucks_Malo_HOT
http://www.myvidster.com/video/1415742/MEGAPORN_VIDEO_- _The_red_light_district_of_file_hosting_online_storage_Adults_ONLY
http://www.myvidster.com/video/1421797/kashmeir_and_kemancheo

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1424296/Skittlez_Baby_Ricobefore_the_club
http://www.myvidster.com/video/1429951/Malo_and_Soldier_
http://www.myvidster.com/video/1429960/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbanks_on_top
http://www.myvidster.com/video/1430669/Christian_Xavier_DeAngelo_Jackson
http://www.myvidster.com/video/1440794/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/1441192/xxxbunkercom_nice_latin_gay_sex
http://www.myvidster.com/video/1445396/chance_jacobs_domino_star
http://www.myvidster.com/video/1445590/long_cocks_fucking_raw
http://www.myvidster.com/video/1457890/Papicock_King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/1462671/blk_3_way
http://www.myvidster.com/profile/Damon1420
http://www.myvidster.com/profile/Diamonds
http://www.myvidster.com/profile/dicklova
http://www.myvidster.com/profile/Fifthcharactermuppet
http://www.myvidster.com/profile/FuQnHot
http://www.myvidster.com/profile/Iiluvbttms76
http://www.myvidster.com/profile/In4deep
http://www.myvidster.com/profile/jayperez3
http://www.myvidster.com/profile/Johnjackson
http://www.myvidster.com/profile/Kblkmusicman
http://www.myvidster.com/profile/kgeezy
http://www.myvidster.com/profile/Maalik
http://www.myvidster.com/profile/mrgoodbody
http://www.myvidster.com/profile/Nellyhayes
http://www.myvidster.com/profile/Neumagic
http://www.myvidster.com/profile/Nycbigdikknigg2010
http://www.myvidster.com/profile/Onlidingding
http://www.myvidster.com/profile/Phatboi01
http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/Sexy909boy
http://www.myvidster.com/profile/Sexyblk223
http://www.myvidster.com/video/1462849/BEST_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1464381/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464389/kashmeir_and_kemancheo
http://www.myvidster.com/video/1464404/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464409/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464415/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464424/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464432/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464435/Malo_Solo
http://www.myvidster.com/video/1464468/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1464475/kashmeir_and_kemancheo



http://www.myvidster.com/video/1464489/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1464546/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464563/dormboyzgroup
http://www.myvidster.com/video/1464573/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464575/kashmeir_and_kemancheo
http://www.myvidster.com/video/1464585/kashmeir_and_kemancheo
http://www.myvidster.com/video/157484
http://www.myvidster.com/video/351135
http://www.myvidster.com/video/464877/myVidster
http://www.myvidster.com/video/465011/Rock_Speechless
http://www.myvidster.com/video/659533
http://www.myvidster.com/video/674794
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/9352
http://www.myvidster.com/coolkid20
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dontjudge
http://www.myvidster.com/fabb
http://www.myvidster.com/imjuxme
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jayfaves
http://www.myvidster.com/kashebony
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myvidsking
http://www.myvidster.com/p009
http://www.myvidster.com/patrick
http://www.myvidster.com/profile/Azzfetishfreak
http://www.myvidster.com/profile/Blka2cutie
http://www.myvidster.com/profile/Bootysmell
http://www.myvidster.com/profile/Brod706
http://www.myvidster.com/profile/Cmoneyw
http://www.myvidster.com/profile/Smilez
http://www.myvidster.com/profile/Taylormade99
http://www.myvidster.com/profile/Tazze_t
http://www.myvidster.com/richard36
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/victoriatr



Location of ORIGINAL WORKS:

http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.PapiCock.com
http://www.RawRods.com
http://www.CocoDorm.com
http://www.ThugBoy.com
http://www.CocoBoyz.com
http://www.MixItUpBoy.com
http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 28, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

The list of infringing material and the infringers by link are:
http://www.myvidster.com/profile/cool4u2seeme
http://www.myvidster.com/profile/Eastcoastboyz
http://www.myvidster.com/video/1083502/Hotrod_amp_day_day
http://www.myvidster.com/video/1318356/Raw_thugs_full_movie
http://www.myvidster.com/video/1360671/Gay_Coco_Dorm_
http://www.myvidster.com/video/1363037/deeangelo_raw_rods_muscle_dick_n_ass
http://www.myvidster.com/video/1378413/Gay_Coco_Dorm_Adultspacecom
http://www.myvidster.com/video/1402065/Its_All_Gay_-_Breion_Diamond_DeCario
http://www.myvidster.com/video/1402684/new_booty_-_Cocodorm
http://www.myvidster.com/video/1406675/Coco_Dorm
http://www.myvidster.com/video/1422868/Thugboy_Hotrod_Big_Dick_Mike_Watts
http://www.myvidster.com/video/1429849/Papicock_King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/1464087/Coco_Dorm-_Breion_Prophet_group_sex
http://www.myvidster.com/video/1479104/Raw_thugs_full_movie
http://www.myvidster.com/video/1503365/thugboy
http://www.myvidster.com/video/1515040/why_the_FREAK_are_their_dicks_so_long
http://www.myvidster.com/video/1515224/Prince_Le_Beau_and_Usher_Richbanks_-_Pornhubcom
http://www.myvidster.com/video/1521046/Flavaworks_All_Stars
http://www.myvidster.com/video/1534425
http://www.myvidster.com/video/1539545/BIG_JOHN
http://www.myvidster.com/video/1539545/BIG_JOHN
http://www.myvidster.com/video/1539556/LETS_GO_KICK_IT_-_Pornhubcom
http://www.myvidster.com/video/1540094/Dorm_life_7_hot_creamy_ch_6_-_Pornhubcom
http://www.myvidster.com/video/1540127/Its_All_Gay_-_Black_Sex
http://www.myvidster.com/video/1540127/Its_All_Gay_-_Black_Sex
http://www.myvidster.com/video/701111



http://www.myvidster.com/video/87016
http://www.myvidster.com/video/1100969/Cody_and_DeAngelo
http://www.myvidster.com/video/1227130/Skittlez_Baby_Ricobefore_the_club
http://www.myvidster.com/video/1283886/_Milking_His_Walls-RAW_-_Pornhubcom
http://www.myvidster.com/video/1312405/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/1314323/Big_John_Getting_It_In_
http://www.myvidster.com/video/1345530/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1354483/THUG_BOTTOM_IS_BANGING
http://www.myvidster.com/video/1362944/Drake_fucking_Hotrod_SEXY_D
http://www.myvidster.com/video/1387296/new_booty
http://www.myvidster.com/video/1390166/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank s_on_top
http://www.myvidster.com/video/1391041/Arquez_back_at_it_again_-_Pornhubcom
http://www.myvidster.com/video/1391101/Hotrod_Papi_Caliente_-_Pornhubcom
http://www.myvidster.com/video/1406920/Rock_Speechless
http://www.myvidster.com/video/1430117/Daddy_Dingo_BabyStar
http://www.myvidster.com/video/1433083/dormboyzgroup
http://www.myvidster.com/video/145388
http://www.myvidster.com/video/1460604/Latino_dudes_getting_it_in_Baby_Star
http://www.myvidster.com/video/1467087/Raw_Rods-_Nuttin_Out_My_Ass
http://www.myvidster.com/video/1482700/Skittlez_and_Xtasy_Amerin_-_Pornhubcom
http://www.myvidster.com/video/1484183/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1488841/Will_Tray
http://www.myvidster.com/video/1488845/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1488846/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1488872/S-Dob_Prettyboi_on_Cam
http://www.myvidster.com/video/1488937/big_dick_top_is_vers
http://www.myvidster.com/video/1488967/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1489010/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank s_on_top
http://www.myvidster.com/video/1489024/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1489027/chance_jacobs_domino_star
http://www.myvidster.com/video/1489059/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1489074/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1489079/DeAngelo_Jackson_
http://www.myvidster.com/video/1489082/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank s_on_top
http://www.myvidster.com/video/1489121/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/1489129/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/441119
http://www.myvidster.com/video/465011
http://www.myvidster.com/video/59916
http://www.myvidster.com/video/659533



Location of ORIGINAL WORKS:

http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.PapiCock.com
http://www.RawRods.com
http://www.CocoDorm.com
http://www.ThugBoy.com
http://www.CocoBoyz.com
http://www.MixItUpBoy.com
http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



EXHIBIT H

May 12, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave.
Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Joseph Lopez
DMCA Agent for Server Beach Ltd.
500.101 Marietta St.
Atlanta, GA 30303
(ph) 678-365-2801
(fax) 678-365-2796
dmca@peer1.com

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I am an attorney employed by and representing Flava Works, Inc. ("Flava") for the protection of its intellectual property. Flava owns the copyright concerning an astounding number of still images (thumbnails or otherwise) and videos which you openly publish without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by you or your company(s). All of the infringements occur from the base URL http://www.MyVidster.com. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava's copyrighted works. Thumbnail images are also prominently displayed.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava's further rights concerning your

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4430 www.FlavaWorks.com 305-438-9450 FAX 866-905-7275 Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In House Counsel, jesse@flavaworks.com

infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava's rights in the images and directed at permanent cessation of your unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava or which you may subsequently learn to belong to Flava.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava's copyrights in the identified material.

This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter.

It is possible that you currently have repeat infringers posting on your site, namely, the users AZZFETISHFREAK and CMONEYW, among others. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance.

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866-935-7275 Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com

Below is a list of the infringing material by link:

http://www.myvidster.com/user/images/embed_flv/7620/343826242_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/531986197_1.jpg
http://www.myvidster.com/video/109179/DRINKIN_BABIES
http://www.myvidster.com/video/112639/King_Dingo_Papicock
http://www.myvidster.com/video/113073/Drillin_4_A_Nut
http://www.myvidster.com/video/117952/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/118400/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN
http://www.myvidster.com/video/127456/Coco_Shorty_J
http://www.myvidster.com/video/132803/wordTube_u2039_GClub_u2014_WordPress
http://www.myvidster.com/video/136272/Breion_Prophet_again
http://www.myvidster.com/video/136895/Hotrod_Will2k
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/94741/Dillion_Fucks_Little_Josh_Bottom_has_a_serious_fat_ass_and_pretty_toes_opens_his_legs_like_he_has_a_pussy_LOVE_THAT
http://www.myvidster.com/video/99651/Jeno_Hunter
http://www.myvidster.com/video/158828/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/116574/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/80377/castro_moaning_like_a_bitch
http://www.myvidster.com/video/79929/2
http://www.myvidster.com/video/77780/King_Dingo_Papicock
http://www.myvidster.com/video/74581/Kemancheo_Jamarion_and_Skittlez
http://www.myvidster.com/video/106372/Ruff_Rider
http://www.myvidster.com/video/104146/74590
http://www.myvidster.com/video/69324/Ken-Ninja-BabyStar
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/70534/Skittlez_and_Snow_Bunni
http://www.myvidster.com/video/158506/Rock_fucking_Slim_Nikka_Raw
http://www.myvidster.com/video/158472/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN
http://www.myvidster.com/video/74581/Kemancheo_Jamarion_and_Skittlez
http://www.myvidster.com/user/images/embed_flv/7620/343826242_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/531986197_1.jpg
http://www.myvidster.com/video/109179/DRINKIN_BABIES
http://www.myvidster.com/video/112639/King_Dingo_Papicock
http://www.myvidster.com/video/113073/Drillin_4_A_Nut
http://www.myvidster.com/video/117952/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/118400/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866-355-7715 Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lasalle, In House Counsel, jesse@flavaworks.com

http://www.myvidster.com/video/127456/Coco_Shorty_J
http://www.myvidster.com/video/132803/wordTube_u2039_GClub_u2014_WordPress
http://www.myvidster.com/video/136272/Breion_Prophet_again
http://www.myvidster.com/video/136895/Hotrod_Will2k
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/94741/Dillion_Fucks_Little_Josh_Bottom_has_a_serious_fat_ass_and_pretty_toes_opens_his_legs_like_he_has_a_pussy_LOVE_THAT
http://www.myvidster.com/video/99651/Jeno_Hunter

Original works are located at:
http://CocoDorm.com
http://Thugboy.com
http://PapiCock.com
http://FlavaWorks.com
http://FlavaMen.com
http://CocoStore.com
http://RawRods.com

As the attorney for the copyright holder, I aver as follows:

**1. THAT THE COPYRIGHTED WORKS SUBJECT TO THIS COMPLAINT ARE DESIGNATED ABOVE. THE PHOTOGRAPHER, THE COMPLAINANT IN THIS MATTER, IS FLAVA WORKS, INC.**

**2. THAT NEITHER THE UPLOADER(S), NOR SERVER BEACH LTD., NOR MYVIDSTER.COM HAS ANY AUTHORIZATION AND/OR PERMISSION TO USE, REPRODUCE OR DISTRIBUTE THE COPYRIGHTED WORKS IDENTIFIED ABOVE. THERE IS NO LICENSE OR AGREEMENT BY WHICH THIS CONTENT IS USED. NO COMPENSATION HAS EVER BEEN PAID TO THE PHOTOGRAPHER FOR THE USE OF THESE IMAGES.**

**3. THAT THE INFRINGING MATTER AND ITS INTERNET LOCATIONS ARE DISCLOSED IN SUBSTANTIAL DETAIL ABOVE AND ARE TRUE AND CORRECT.**

**4. THAT THE COMPLAINING PARTY HAS A GOOD FAITH BELIEF THAT USE OF THE MATERIAL IN THE MANNER COMPLAINED OF IS NOT AUTHORIZED BY THE COPYRIGHT OWNER, ITS AGENT, OR THE LAW.**

**5. THAT THE OWNER OF THE COPYRIGHTED WORKS DEMANDS THE REMEDIES APPLICABLE UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT.**

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4439 www.FlavaWorks.com 305-438-9450 FAX 866-305-7275 Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

**6. THAT THE SIGNATURE BELOW IS INTENDED AS THE ELECTRONIC SIGNATURE OF JESSE LANSHE AND SHALL BE VALID FOR ANY PURPOSE FOR WHICH A MANUAL SIGNATURE UPON PAPER MIGHT BE MADE.**

**I hereby state, under penalty of perjury, the following:**

***All of the information in this notification is accurate.***
***I am the attorney for the owner of the copyright for the works described.***

Sincerely,

Jesse Lanshe
In-house Counsel
Flava Works, Inc.
933 W. Irving Park Rd., Ste. C
Chicago, IL 60613
Phone: 305-438-9450 ext. 307
Fax: 305-438-9470
jesse@flavaworks.com

FlavaWorks
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 · www.FlavaWorks.com · 305-438-9450 · FAX 866-955-7275 · Toll Free 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanine, In-House Counsel, jesse@flavaworks.com

July 20, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave.
Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Joseph Lopez
DMCA Agent for Server Beach Ltd.
500.101 Marietta St.
Atlanta, GA 30303
(ph) 678-365-2801
(fax) 678-365-2796
dmca@peer1.com

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I am an attorney employed by and representing Flava Works, Inc. ("Flava") for the protection of its intellectual property. Flava owns the copyright concerning an astounding number of still images (thumbnails or otherwise) and videos which you openly publish without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by you or your company(s). All of the infringements occur from the base URL http://www.MyVidster.com. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava's copyrighted works. Thumbnail images are also prominently displayed.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava's further rights concerning your

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866 ... Toll free 1-877-...
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse ..., In House Counsel, ...@flavaworks.com

infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava's rights in the images and directed at permanent cessation of your unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava or which you may subsequently learn to belong to Flava.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava's copyrights in the identified material.

This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter.

It is possible that you currently have repeat infringers posting on your site, namely, the users AZZFETISHFREAK and CMONEYW, among others. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance.

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866-935-7275 Toll Free 1-877-357-8254
Chicago Office 933 West Irving Park Road, Suite C Chicago, IL 60613
Jesse Lansne, In-House Counsel, jesse@flavaworks.com

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com

Below is a list of the infringing material by link:

http://www.myvidster.com/user/images/embed_flv/10222/191271802_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/17509/447533518_1.jpg
http://www.myvidster.com/user/images/embed_flv/21085/1395502874_1.jpg
http://www.myvidster.com/user/images/embed_flv/21741/609604115_1.jpg
http://www.myvidster.com/user/images/embed_flv/21962/1339691855_1.jpg
http://www.myvidster.com/user/images/embed_flv/21962/897821903_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1103458712_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1481574665_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1569822355_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1587548264_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1591324334_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1603407326_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/162663925_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1713546103_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/2051087250_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/362576966_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/524230850_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/557401436_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/744393213_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/898105430_1.jpg
http://www.myvidster.com/user/images/embed_flv/26922/143171159_1.jpg
http://www.myvidster.com/user/images/embed_flv/29228/1205458191_1.jpg
http://www.myvidster.com/user/images/embed_flv/5416/1477230676_1.jpg
http://www.myvidster.com/user/images/embed_flv/5416/722440005_1.jpg
http://www.myvidster.com/user/images/embed_flv/6525/826628427_1.jpg
http://www.myvidster.com/user/images/embed_flv/7756/775374818_1.jpg
http://www.myvidster.com/video/185088/_Danger_Zone_gets_his_cherry_pulverized
http://www.myvidster.com/video/186580/No_Title
http://www.myvidster.com/video/186585/Babyboy_and_Xxxtasy
http://www.myvidster.com/video/187563/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/187566/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place
http://www.myvidster.com/video/192498/Kemancheo-Syxx_Flicks_KnPhillys_Place
http://www.myvidster.com/video/198182/Dai_Dai_ROCK_Envy
http://www.myvidster.com/video/202313/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/202315/shorty_c1
http://www.myvidster.com/video/202317/shorty_c2

EXHIBIT I

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866-935-7775 Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C Chicago, IL 60613
Jesse Lansha, In-House Counsel, esse@flavaworks.com

http://www.myvidster.com/video/214032/Video_by_ajamu_graves_-_DL_Thugs_Chat
http://www.myvidster.com/video/214890/BiG_JoHn_N_TrAy
http://www.myvidster.com/video/226447/2_COCODORM_FREAKS
http://www.myvidster.com/video/246039/light_skin_papi_elmo_jackson_get_fucked_by_blk_thug_
http://www.myvidster.com/video/246039/light_skin_papi_elmo_jackson_get_fucked_by_blk_thug_
http://www.myvidster.com/video/246043/FINE_AZZ_YELLA_DUDE
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259210/Ass_stretcher_2
http://www.myvidster.com/video/259213/Ass_stretcher_2
http://www.myvidster.com/video/259279/Dai_Dai_BrooklynEnvy_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259285/Rock_and_Shorty_J
http://www.myvidster.com/video/259304/DeAngelo_Jackson_and_Rica_Zaiciah
http://www.myvidster.com/video/259308/Raw_Fucking_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/259356/Dai_Dai_BrooklynEnvy_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259361/FREAKZILLA_FUCKS_A_CUTIE
http://www.myvidster.com/video/259375/Sneak_and_fuck
http://www.myvidster.com/video/259383/Elmo_Fantasy
http://www.myvidster.com/video/259393/HotRod_Kydezion_3_Flicks_KnPhillys_Place

Original works are located at:
http://CocoDorm.com
http://Thugboy.com
http://PapiCock.com
http://FlavaWorks.com
http://FlavaMen.com
http://CocoStore.com
http://RawRods.com

As the attorney for the copyright holder, I aver as follows:

**1. THAT THE COPYRIGHTED WORKS SUBJECT TO THIS COMPLAINT ARE DESIGNATED ABOVE. THE PHOTOGRAPHER, THE COMPLAINANT IN THIS MATTER, IS FLAVA WORKS, INC.**

**2. THAT NEITHER THE UPLOADER(S), NOR SERVER BEACH LTD., NOR MYVIDSTER.COM HAS ANY AUTHORIZATION AND/OR PERMISSION TO USE, REPRODUCE OR DISTRIBUTE THE COPYRIGHTED WORKS IDENTIFIED ABOVE. THERE IS NO LICENSE OR AGREEMENT BY WHICH THIS CONTENT IS USED. NO COMPENSATION HAS EVER BEEN PAID TO THE PHOTOGRAPHER FOR THE USE OF THESE IMAGES.**

**3. THAT THE INFRINGING MATTER AND ITS INTERNET LOCATIONS ARE DISCLOSED IN SUBSTANTIAL DETAIL ABOVE AND ARE TRUE AND CORRECT.**

**Flava Works**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX 866-925-7215 Toll Free 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

**4. THAT THE COMPLAINING PARTY HAS A GOOD FAITH BELIEF THAT USE OF THE MATERIAL IN THE MANNER COMPLAINED OF IS NOT AUTHORIZED BY THE COPYRIGHT OWNER, ITS AGENT, OR THE LAW.**

**5. THAT THE OWNER OF THE COPYRIGHTED WORKS DEMANDS THE REMEDIES APPLICABLE UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT.**

**6. THAT THE SIGNATURE BELOW IS INTENDED AS THE ELECTRONIC SIGNATURE OF JESSE LANSHE AND SHALL BE VALID FOR ANY PURPOSE FOR WHICH A MANUAL SIGNATURE UPON PAPER MIGHT BE MADE.**

**I hereby state, under penalty of perjury, the following:**

***All of the information in this notification is accurate.***
***I am the attorney for the owner of the copyright for the works described.***

Sincerely,

Digitally signed by Jesse Lanshe
DN: cn=Jesse Lanshe, o=Flava Works, Inc., ou=933 W. Irving Park Rd., Ste. C, Chicago, IL 60613, email=jesse@flavaworks.com, c=US
Date: 2010.07.20 15:48:15 -05'00'

Jesse Lanshe
In-house Counsel
Flava Works, Inc.
933 W. Irving Park Rd., Ste. C
Chicago, IL 60613
Phone: 305-438-9450 ext. 307
Fax: 305-438-9470
jesse@flavaworks.com

EXHIBIT J

FlavaWorks 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 866-935-7275 Toll Free: 1-877-352-8254

August 21, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.myvidster.com/user/images/embed_flv/17091/1102641024_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/1422569532_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/1890887454_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/334003161_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/536794507_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1065307960_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1694425078_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1923451769_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/49788184_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/534223328_1.jpg

FlavaWorks 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 866-935-7275 Toll Free: 1-877-352-8254

http://www.myvidster.com/video/140569/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place
http://www.myvidster.com/video/140569/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place
http://www.myvidster.com/video/228735/Big_dick_in_tight_hole_Videos_King_Stories_Gay_Entertainment
http://www.myvidster.com/video/233452/Apple_Bottom_Ge-No
http://www.myvidster.com/video/236693/Flip_Side_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/243825/Cocodorm_Brieon
http://www.myvidster.com/video/243825/Cocodorm_Brieon
http://www.myvidster.com/video/245624/Young_CastroSupreme
http://www.myvidster.com/video/245640/blk_guy_fucks_light_skin_papi_Going_real_deep
http://www.myvidster.com/video/246140/Deka_Carmell_Flicks_KnPhillys_Place
http://www.myvidster.com/video/246154/Flamez_and_Suspect_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place
http://www.myvidster.com/video/276223/dormlifeXI
http://www.myvidster.com/video/277141/Hotroddayday_-_XVIDEOSCOM
http://www.myvidster.com/video/277141/Hotroddayday_-_XVIDEOSCOM
http://www.myvidster.com/video/300739/COCODORM_-_49_min
http://www.myvidster.com/video/308918/Papicock_-_babystar_and_ricco_-_XVIDEOSCOM

Location of ORIGINAL WORKS:
http://www.FlavaWorks.com
http://www.cocoboyz.com
http://www.Thugboy.com

Sincerely,

Phillip Bleicher,
Copyright Owner

EXHIBIT K

FlavaWorks 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 866-935-7275 Toll Free: 1-877-352-8254

September 22, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing material that I demand be disabled or removed in consideration of the above:

http://www.myvidster.com/profile/BrothaManBlack#user
http://www.myvidster.com/profile/dcshannytime10
http://www.myvidster.com/user/images/embed_flv/13521/1061396217_1.jpg
http://www.myvidster.com/user/images/embed_flv/13521/1968625125_1.jpg
http://www.myvidster.com/user/images/embed_flv/13521/2072156123_1.jpg
http://www.myvidster.com/user/images/embed_flv/16515/1922851396_1.jpg
http://www.myvidster.com/user/images/embed_flv/16515/281610459_1.jpg
http://www.myvidster.com/user/images/embed_flv/3871/1992427818_1.jpg
http://www.myvidster.com/user/images/embed_flv/3871/519737845_1.jpg

EXHIBIT K

FlavaWorks 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 866-935-7275 Toll Free: 1-877-352-8254

http://www.myvidster.com/video/120428/Big_Dick_In_Tight_Hole_Raw_
http://www.myvidster.com/video/120438/DemetriLeoRicky_D_Flicks_KnPhillys_Place
http://www.myvidster.com/video/125373/KnPhillys_Place_JD_and_ThugNasty_Video
http://www.myvidster.com/video/125917/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/125917/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/242328/MR_FIX_IT
http://www.myvidster.com/video/242328/MR_FIX_IT
http://www.myvidster.com/video/329264/ThugBoy_HotRod_and_Redd_Spyda
http://www.myvidster.com/video/377985/Its_All_Gay_-_Elmo_gets_pounded
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/399229/GayForItcom_-_Four_way
http://www.myvidster.com/video/399649/ruff_ryder_Flicks_KnPhillys_Place
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418735/Deangelo_jackson_and_shabazz_-_XVIDEOSCOM
http://www.myvidster.com/user/images/embed_flv/37205/1235351873_1-thumb_medium.jpg
http://www.myvidster.com/video/420893/No_Title

Location of ORIGINAL WORKS:
http://www.FlavaWorks.com
http://www.cocoboyz.com
http://www.Thugboy.com

Sincerely,

Phillip Bleicher,
Copyright Owner