From: Tom Fisher <tomf@cwie.com>
To: "rubenism123@hotmail.com ...snip... Phillip <phil@flavaworks.com>
Subject: FW: DMCA Notice

EXHIBIT NO. 5

For your information, I have received the attached notice of copyright infringement. The infringing materials must be removed from your site within 24 hours, or under the Digital Millennium Copyright Act (DMCA), we are required to block access to your site. Once we have had to do that, we cannot unblock it for a minimum of 10 days after you respond with the proper counter-notification under the DMCA or the individual submitting the notification advises us that the material has been removed..

In order to preclude any difficulties, I urge you to take positive action and remove any material from your site that you do not hold the copyright for or have a valid license for. If you think you have a right to use the material, I suggest that you remove it and then work it out with the individual submitting the notification.

**By copy of this email I am asking the individual who submitted the notification to notify me after 24 hours if the infringing material has not been removed.**

Thanks for your cooperation.

Tom Fisher, Registered Agent, CWIE


DMCA new.pdf

file://C:\Users\PHIL\AppData\Local\Temp\eud217.htm								3/17/2011