| Share | Report Abuse | Next Blog» | | Create Blog | Sign In |

# myVidster Blog

My daily struggles and triumphs developing myVidster.

Monday, March 30, 2009

# Beta Testers Needed - myVidster's Video Backup

myVidster will be pushing out a new service call Video Backup. The goal of the new functionality is to give the users the option to create a backup of their bookmarked videos to the myVidster server so that they do not need to worry about their videos being taken down by the video host (ie Youtube)

Why would I want to use/test your Video Backup service?

Reason #1
Video Backup bypasses Youtube's videos that are private or have disable embedded.
Youtube source: http://www.youtube.com/watch?v=iAT5ypTjKOI
myVidster backup: http://www.myvidster.com/video/9343

Reason #2
Video Backup bypasses video host who blocks hot linking, ie Facebook videos.
Facebook source: http://www.facebook.com/...video.php?v=80255293032
myVidster backup: http://www.myvidster.com/video/9381

Reason #3
Video Backup works for a variety of video host other then Youtube. Facebook videos, Vimeo, Myspace, Veoh, MetaCafe to name a few.
Vimeo Source: http://vimeo.com/2232226
myVidster backup: http://www.myvidster.com/video/9385

Reason #4
Never fearing that your online videos will get removed by the video host.

What I need to do to become a beta tester.

Download Video Bookmarks, myVidster Firefox addon
Contact me requesting for a beta access.

Beta invites are limited to 100, please limit to videos with at max file size of 250 megs till I get the system stable and only backup flash videos (I am still working on WMV and MOV support).

Posted by marques at 11:58 AM

## 0 comments:

Post a Comment

## Links to this post

Create a Link

| Newer Post | Home | Older Post |

Subscribe to: Post Comments (Atom)

**Links**

myVidster

**About**

Welcome to the development blog of myVidster. myVidster is a social video bookmarking project that I started in Feb 2007. The idea of the project occur when I needed a way to show off my collection of videos (from various sources) to a small audience of visitors from another website that I manage. This is a self funded and solo project.

**video widget**

## Marques' Favorites



- WHY I HATE GIULIANI (pt 1 of 2)



- Dynamic Action Team Ep. 02: "The Sorcere...



