

EXHIBIT F

EXHIBIT F (1 of 33)



**EXHIBIT F**

http://www.myvidster.com/profile/sed269

 Google

xLive – The Adult Social Networ...    myVidster | sed269    +

 **social video bookmarking**
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

myVidster   [Search]

⚠ We have upgraded everyone's online backup storage to **500 MB** for free! You can use your additional storage to save your favorite videos to myVidster's server for safe keeping and faster loading. If 500 MBs is still not enough you can increase your storage quote for a small fee here. [remove]

### sed269

**Videos Collected**


**No Title**
Post Date September 22, 2010


**No Title**
Post Date September 22, 2010


**No Title**
Post Date September 22, 2010


**No Title**
Post Date September 22, 2010


**Thugbait DirtyRed**
Post Date September 21, 2010


**RAW - Compilation**
Post Date September 12, 2010


**FucK Me Niggas**
Post Date September 12, 2010


**RAW MIA**
Post Date September 12, 2010


**Twisted Thugz 5, Free Porn | Sex | ...**
Post Date September 11, 2010


**Lextactular**
Post Date September 11, 2010


**Bareback Latin Gang Bang: fucked by...**
Post Date September 11, 2010


**Raw Upclose**
Post Date September 9, 2010

« prev  **1**  2  3  4  5  ...  26  27  next »

#### User Info
**Name:** sed269
**Member since:** 2009-10-08
**Website:**

🔶 RSS Subscription

#### Collections
The Shit | Follow

#### Followers (6)
atlsbiboi  exoticblkman  daremdoido  flight1980  psodo  Thill4033

#### Following (0)
None

#### Subscriptions
None

myVidster | blog | api | legal | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

**EXHIBIT F (3 of 33)**

Done                                                                    September 22 2010





EXHIBIT F

EXHIBIT F (5 of 33)









EXHIBIT F (9 of 33)





EXHIBIT F

http://www.myvidster.com/video/198182/Dai_Dai_ROCK_Envy

 Google

Dai Dai, ROCK, &Envy

you are not logged in | login | register | family filter: off

# my**V**idster  social video bookmarking
collect | share | explore

myVidster ▾   Search

**myDLshit** » **LateNightVideos** » Dai Dai, ROCK, &Envy

collect   shuffle



01:08          24:53

**Pop Up | Full Screen | Stealth | Share Video | Download / Convert | Flag**

f **Share**   **Buzz** 0  Tweet



REAL PARTNERS FREE! ADULT VIRTUAL WORLD

DICKDORM

    

«   »

**Showing 1 comments**
Sort by  Oldest first ▾      ✉ Subscribe by email    🔲 Subscribe by RSS

  **rihauno**  1 month ago

this is so fuckin sexy yo ,

Like   Reply

**Add New Comment**

**Video Information**
Bookmark Date: June 14, 2010
Posted By: NellyHayes
Source Link: grou.ps
Permission: Adult

**Description:**
Satisfaction Guaranteed! (more)

Embed: `<div><div id="myvidster_embed_198182"> <`

URL: http://www.myvidster.com/video/198182

Tags:

DISQUS

Transferring data from s3.amazonaws.com...        July 20 2010

EXHIBIT F

http://www.myvidster.com/video/259356/Dai_Dai_BrooklynEnvy_Flicks_KnPhillys_Place



Dai Dai Brooklyn,Envy | Flicks | Kn... +



social video bookmarking
collect | share | explore

you are not logged in | login | register | family filter: off

[                    ] myVidster ▾  Search

brod706 » Favorites » **Dai Dai Brooklyn,Envy | Flicks | KnPhilly's Place**

collect    shuffle



▶ Share    ▶ Buzz    0   tweet


TUNE IN FOR CARMEN'S NEXT STEAMY, LIVE SHOW!

00:12                                    24:53

Pop Up | Full Screen | Stealth | Share Video | Download / Convert | Flag


DICKDORM

    

**Video Information**
Bookmark Date: July 19, 2010
Posted By: brod706
Source Link: grou.ps
Permission: Adult
Description:
Satisfaction Guaranteed! (more)

Showing 1 comments
Sort by  Oldest first ▾    ✉ Subscribe by email    RSS Subscribe by RSS

  **rihauno**  1 month ago

this is so fuckin sexy yo ,

Like    Reply

Embed:  <div><div id="myvidster_embed_259356"><
URL:    http://www.myvidster.com/video/259356

**Add New Comment**

Tags:

EXHIBIT F (13 of 33)

Transferring data from s3.amazonaws.com...

July 20 2010





EXHIBIT F

HotRod & Kydezion (3) Best Raw Fuck ever

http://www.myvidster.com/video/425895/HotRod_Kydezion_3_Best_Raw_Fuck_ever

Google

myVidster – collect the videos …    HotRod & Kydezion (3) Best Ra…    +

my**V**idster  social video bookmarking
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

myVidster    Search

ooops » Favorites » HotRod & Kydezion (3) Best Raw Fuck ever

collect    shuffle

**f** Share    **Buzz** 0    tweet

00:02    05:31

Pop Up | Full Screen | Stealth | Share Video | Download / Convert | Flag

Like    3 people liked this.    DISQUS

**Showing 0 comments**
Sort by  Oldest first    Subscribe by email    Subscribe by RSS

**Add New Comment**
Optional: Login below.

D DISQUS    Twitter    OpenID    YAHOO!

Type your comment here.

**Video Information**
**Bookmark Date:** September 24, 2010
**Posted By:** feelslikepuss
**Source Link:** grou.ps
**Permission:** Adult
**Description:**
Satisfaction Guaranteed! (more)

**Embed:** <div> <div id="myvidster_embed_425895"> <
**URL:** http://www.myvidster.com/video/425895

**Tags:**

**Users who are collecting this:**
TAYLORMADE99
SuperModel_J
ithinkyourcute15
fuckdaddy
sed269
Nut_Nut_2009
DUVALKID72
pepperloves
freelovegp
FuQnHot
jayjohnson
sexydee
dummett205
mixedkidd
romitco
TheReaper
DaGrippa
wht4blk200
Donald
theoneandonly20
riri
lovetohateme87
theoneandonlyme
silkweed318
Playboy2000
MiKKEY_4311
AZARI
mruntouchable5539
suppress9
magnum79
chevyboi22
AZZFETISHFREAK
rj49
blkdick4bttm
anjilzion
lamond
cosmith
joesoloman
Fineblackbrother98
chosin7
supadope
franklinrob
SeXiBttM89

Transferring data from s3.amazonaws.com...

September 24 2010



EXHIBIT F

EXHIBIT F (17 of 33)



# my**Vidster** social video bookmarking
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

[ myVidster ▼ ] ( Search )

⚠ We have upgraded everyone's online backup storage to **500 MB** for free! You can use your additional storage to save your favorite videos to myVidster's server for safe keeping and faster loading. If 500 MBs is still not enough you can increase your storage quote for a small fee here. [remove]

**The Shit » Favorites » RAW MIA**

[ collect ] [ shuffle ]

▶ | ⟳ | *slo-mo*  ▬▬▬▬▬▬  00:00 / 00:00  🔍 ▥ 🔊 ⛶ ✦  menu

**Pop Up | Full Screen | Stealth | Share Video | Flag**

f **Share**   🔵 **Buzz**  0  tweet

## Video Information
**Bookmark Date:** September 12, 2010
**Posted By:** sed269
**Source Link:** www.myvidster.com
**Permission:** Adult
**Description:**
Miami southside (more)

**Embed:** `<div><div id="myvidster_embed_389545"><`
**URL:** http://www.myvidster.com/video/389545

**Tags:**

**Users who are collecting this:**
prepstar08
bodee4dayz
Diavontti
jamarionmontrell
keithfields
richard36
handyzanegood
Quanboi
lmblkmn
wht4blk200
eros_freak
bootysmell
xose
Hotjock85
growndude
lowkey
trsrsnake
mikey88
romitco
lhaamaz
bruhnfll
mrken7
Nasty86
flicted90
dbls1a7891
KINEO7
Eugnoteht
circlejerkboi08
darq
tigerbighead
Tereil

«      »

👍 Like | 👎 | 5 people liked this.

DISQUS ▾

**Showing 0 comments**
Sort by [ Oldest first ▼ ] | ✉ Subscribe by email | 🔲 Subscribe by RSS

**Add New Comment**

EXHIBIT F (18 of 33)

Transferring data from www.itsallgay.com...

September 22 2010







EXHIBIT F

http://www.myvidster.com/video/346280/Its_All_Gay_-_Do_It_Black_like

myVidster    BiG JoHn N tRaY | Flicks | KnPh...    myVidster | Damon1420    Its All Gay – Do It Black like

myVidster  social video bookmarking
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

myVidster ▾    Search

Damon1420 » Favorites » Its All Gay - Do It Black like    collect  shuffle



Pop Up | Full Screen | Stealth | Share Video | Flag

**Video Information**
**Bookmark Date:** August 27, 2010
**Posted By:** Damon1420
**Source Link:** www.itsallgay.com
**Permission:** Adult
**Description:**
Just a lil fucking (more)

**Embed:** <div> <div id="myvidster_embed_346280"> <
**URL:** http://www.myvidster.com/video/346280

**Tags:**

**Users who are collecting this:**
spotlight912
missit
datdude05
Cam9412
bottomboi090
marbeaby
scorses
fanatic2012
babib0ii
videoman
sexiebrown99
Crmlskn
natureschoice
princess513
cocored21
xsplict
jigga12177
Xprettiecapricornx3X
flicted90
johnjackson
jboy
Quanboi
Warii
Joerobnson
must_be_lyfe
neboi
bigjayvon
lmblkmn
butlerboy
fireman1
ready2go
bajanflyy
DisShit
darius316
calell
army_strong
ReDDicK
blkmlesfca
asxyscorpio
bob585582
blknblu22
Slickdick
deon07

Like  👎  5 people liked this.    DISQUS ▾

**Showing 2 comments**
Sort by  Oldest first ▾    ✉ Subscribe by email  |  RSS Subscribe by RSS

veryversace  2 weeks ago

this vid was so fuckin hot..2 sexy ass vers

Like   Reply

asifallasleep  5 days ago

damn this was hot. two sexy verse bros.

EXHIBIT F (22 of 33)

Like   Reply

Transferring data from static-o.itsallgay.com...    September 24 2010



EXHIBIT F

EXHIBIT F (23 of 33)



EXHIBIT F

EXHIBIT F (24 of 33)



EXHIBIT F





http://www.myvidster.com/video/202313/KnPhillys_Place_Satisfaction_Guaranteed




you are not logged in | login | register | family filter: off

**my Vidster** social video bookmarking
collect | share | explore

| myVidster | Search |

creative » **Favorites** » KnPhilly's Place | Satisfaction Guaranteed!

collect     shuffle



f Share   Buzz  0  tweet



Add **4** Inches in **See How**
**4** Weeks For Free  click here

**Pop Up** | **Full Screen** | **Stealth** | **Share Video** | **Download / Convert** | **Flag**



**DICKDORM**

«      »

**Showing 0 comments**
Sort by  Oldest first   ✉ Subscribe by email  🔊 Subscribe by RSS

**Video Information**
Bookmark Date: June 17, 2010
Posted By: fifthcharactermuppet
Source Link: grou.ps
Permission: **Adult**

**Description:**
Satisfaction Guaranteed! (more)

**Add New Comment**
Optional: Login below.

**DISQUS**

    

Type your comment here.

**Embed:** `<div> <div id="myvidster_embed_202313"> <`
**URL:** http://www.myvidster.com/video/202313

**Tags:**



Transferring data from s3.amazonaws.com...

July 20 2010



EXHIBIT F

EXHIBIT F (28 of 33)

EXHIBIT F







EXHIBIT F



**EXHIBIT F**

