EX. No. 12

```
Delivered-To: phil@flavaworks.com
X-Spam-Checker-Version: SpamAssassin 3.3.1 (2010-03-16) on
     chi01-003-27.nozonenet.com
X-Spam-Level:
X-Spam-Status: No, score=-1.1 required=5.0 tests=AWL,BAYES_00,FREEMAIL_FROM,
     HTML_MESSAGE,RCVD_IN_DNSWL_LOW,RDNS_NONE,T_DKIM_INVALID autolearn=no
     version=3.3.1
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=gamma;
     h=domainkey-signature:mime-version:in-reply-to:references:from:date
     :message-id:subject:to:cc:content-type;
     bh=m1n9DgiKRE8/QhEBNJBs6KLvbA+/Z5LNmN/kKb+M5mE=;
     b=Uc8vHygjIbxM+3pk6S9k9QMqHDw1iMHdRhgdt0d4+xPPKMHIVrTuMPUSp1JOmnvxy9
      hfDnViMXRapP04DFxjjLFtyFsTOQZfj43146jk1PyJlqAZzCFcp4qa8C8cP69jWrhJMO
      HwoNhIx201Irpc2pzEmdYau43mJ6LzNW2DVX8=
DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=gamma;
     h=mime-version:in-reply-to:references:from:date:message-id:subject:to
     :cc:content-type;
     b=NF0VBTUu9GBWkuUvPXevreXOxxoP0PmB9zvfDozBsIC0XUidy4KgpvbfuCC/rgCnTW
      6lpT2oTEn2MUpk+RerSsrgYAETRFL2Rgd9cX6tnrczSyz7nFdrEAxYYxmd/j0R3/ItHw
      +pD6UVEnK9P7/aW3u8F4FVapp/quQyEiGOyMY=
```

From: Marques Gunter <indysalsero@gmail.com>
Date: Fri, 25 Feb 2011 14:33:09 -0500
Subject: Re: DMCA NOTICE
To: Phillip <phil@flavaworks.com>
Cc: abuse@voxel.net, gleighton@ngelaw.com, shane.mcgee@snrdenton.com,
     huon.meanith@gmail.com, Voxel Billing <billing@voxel.net>

Links have been removed.

Marques
myVidster.com

On Fri, Feb 25, 2011 at 9:24 AM, Phillip <phil@flavaworks.com> wrote:
> Please note that we have evidence that not only are you allowing repeat infringers, but allowing the same files that we
> have identified as our Copyright to be re uploaded to your servers.
>
> This video, a full length version of our Copyrighted movie, "Raw Thugs" has been re-posted on your servers, the exact
> file (in time code, length and file size) here: http://www.myvidster.com/video/157517/Raw_Thugs
>
> This is the same file which has been reported on the following DMCA Notices sent to you:
> December 30, 2010 http://www.myvidster.com/video/747783/Raw_Thugs_full_movie
>
>
> *****************************************************************
> Phillip Bleicher
> Flava Works, Inc.
> 2610 North Miami Avenue
> Miami, FL 33127-4438
> Phone: 305-438-9450 Ext 305 / Toll-Free 877-352-8276 Ext 305 /
> Fax: 305-438-9470/ Toll-free Fax 866-935-7275
> Email: phil@flavaworks.com