

JuicyAds.com - Adult Advertising, Adult Traffic - Buy and Sell...     http://www.juicyads.com/juicysites.php?id=7156&ref=6812



### 300x250 Image

**zone display sample:**
images are 300 wide by 250 high

**zoneDetails:**
ZoneID# 49736
'Ad is display on video pages (under comments).'

**sampleURLs:**
Find this zone on these pages and others:
» http://mail.myvidster.com/video/131...
» http://mail.myvidster.com/video/977...
» http://mail.myvidster.com/video/130...

**zoneRules:**

**zoneStatistics** (for Apr-27)
statistics are based on unique clicks
top performing ad: 2 /clicks daily
average ad: 2 /clicks daily
estimated CPC: $0.049 (cost per click)
estimated CPM: $0.02 (cost per impressions)
estimated CTR: 0.05% (click through ratio)

**zoneImpressions** (daily raw)
Apr-27   4,150
Apr-26   4,232
Apr-25   3,758
United States   84.16%
United Kingdom   6.98%
  3.20%
Australia   0.94%
Canada   0.67%
France   0.53%
Other Countries   3.52%

**adAvailability**

**adPricing**
○ 7-Day Ad:   $0.99
○ 14-Day Ad:   $1.71   save $0.27 (13%)
◉ 30-Day Ad:   $2.93   save $1.03 (26%)

**SignUp Now**
You must SignUp and Login to your JuicyAds account to buy ad.

### More Websites from this Publisher



myVidster - collect the videos you love

\* - AutoRenewal is turned on. This space may not become available at the expiry date.

All statistics provided are based on past performance for current advertisements, and may not reflect future performance. When purchasing an ad, your actual results will vary and clicks may be higher or lower than expected. JuicyAds sells traffic based on time, not based on traffic volume. Estimated CPC price is based on 30-Day placement.

**Hints and Tips**
Be a Sell Out! Start your ad prices low to sell your available space, then raise prices when you know how much demand there really is.



