Ex. No. 14

     YouTube Help

---

## Rejected (duplicate upload) message

This message means that the video you have uploaded already exists within our system. We run a checksum on all video files that are uploaded in order to avoid duplicate videos. Simply changing the file name will not resolve this.

Please try editing the video again. Changing the **video length** (i.e. by adding extra frames by using video editing software) or **compression should allow the video to upload.**

updated 01/28/2011

**Was this information helpful?**    ○ Yes  ○ No

© 2011 YouTube, LLC
-