Search   Browse   **Upload**   Flavaworks ↔   Sign Out

## Video File Upload

Upload video  or  Record from webcam

Drag and drop videos anywhere on the page.

**Videos can be...**
- High Definition
- Up to 2 GB in size.
- Up to 15 minutes in length.
- A wide variety of formats

**Create your own animations!**
Make original videos with just an idea or your own photos, maps and video clips.

Try Now!


**YouTube direct mobile uploads**
Did you know you can upload directly from your mobile phone?
Set up | Learn more


**Advanced Video Upload**
Support for large (>2GB) files and resumable uploads (requires Java).
Try now | Learn more

**AutoShare**

Want to automatically share your activity feed (your uploads, favorites, ratings, etc.) to your profile on other websites? Choose a site to get started:

Facebook - Connect accounts
Twitter - Connect accounts
Reader - Connect accounts
Orkut - Connect accounts
MySpace - Connect accounts

**Important:** Do not upload any TV shows, music videos, music concerts, or commercials without permission unless they consist entirely of content you created yourself.

The Copyright Tips page and the Community Guidelines can help you determine whether your video infringes someone else's copyright.

By clicking "Upload Video", you are representing that this video does not violate YouTube's Terms of Service and that you own all copyrights in this video or have authorization to upload it.

Need more help? Watch this video or visit the Creator's Corner.

Upload problems? Try the basic uploader (works on older computers and web browsers).

**Promote your Videos with Promoted Videos**
Create and manage your video channel promotions on YouTube. Your promotion will appear with search results when people look for related content.
Get started now!

Help   About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers   Safety   Privacy   Terms
Report a bug   Language: English   Location: Worldwide   Safety mode: Off