

myVidster — collect the videos you love
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | queue | logout | family filter: off

We have upgraded the invite form to a Friend Finder! The form will import your email contacts and give you a list of those who are using myVidster! [close]

### Terms of Service

Do not bookmark any video content that contains child pornography, promotes racism/hate or in violation of US law. Do not bookmarking videos that are not accessible by the public. For example videos hosted on password protect websites or private file servers. Failing to do so will result in the deletion of your account without notice. All adult related video content must be flagged as either "adult" or "private".

myVidster | blog | api | terms | privacy | copyright | advertise | contact
Copyright © 2007 - 2011 myVidster All rights reserved.

EXHIBIT NO. 26