### Wednesday, October 7, 2009

# We are at 67,000 visit a month!



Here is a screen shot from Google Analytics for my recent traffic.

Additional stats
Users: 5,342
Collections: 5,309
Bookmarked Videos: 23,498

myVidster's is still growing! I know that I am behind on development (profile pages), if you include myVidster I currently have three jobs and it is taking its toll on me. If anyone wants to volunteer their programming or marketing skills, feel free to contact me.

Posted by marques at 6:58 AM    5 comments    Links to this post
Labels: news

Newer Posts                Home                    Older Posts

Subscribe to: Posts (Atom)

Awesome Inc. template. Powered by Blogger.

myVidster (viewable in the lower right column on the video display), but is now optional and must be enable. I added the same feature for Reddit stories. To enable these features go to the manage page and click edit next to the collection.

### Enhance bookmarklet

For those who do not use the Firefox addon there is a new bookmarklet available. I would highly recommend you switch to the new bookmarklet. It is faster and it will be more successful at fetching the video. Also if you are using Internet Explorer, SWITCH TO ANOTHER BROWSER! IE (any version) does not work well with fetching the embedded video. This is not an issue with myVidster, but with IE's moving the flash variables outside of Javascript's innerhtml. There is also a Chrome extension I develop, but it is only for users who have Chrome Beta installed and I removed the video download and backup feature to comply with their TOS.

### Where are my profile pages?

Yes, I know I still owe you guys profile pages. Life has been super busy and hopefully I can free up some time to push them out.

Posted by marques at 9:29 AM   2 comments   Links to this post
Labels: news, updates

---

Monday, December 7, 2009

## Over 129,000 visits a month, take that!



Reaching over 100k visits a month is a big milestone for myself. Keeping in mind that myVidster is myself and a server. You will notice that there was a drop in traffic. This was caused by server issues resulting in downtime, migration to a new (and faster) server and the holidays. It seems that I have rebounded and my stats are climbing again.

Additional stats
Users: 7,276
Collections: 7,195
Bookmarked Videos: 36,399

I still owe my user's profile pages, i get the last week of December off (my day job) and will finally have the time to do some development.

Posted by marques at 6:31 AM   1 comments   Links to this post
Labels: news



Monday, February 15, 2010

## Exceeding Expectations myVidster's Traffic Doubles to 225,000 Visits!

Recently myVidster's monthly traffic reached over **225,000 visits** and **2.6 million page views**! myVidster's growth is due to a increase in search engine traffic, organic growth and word of month. I am so proud of the myVidster project which was launch over 3 years ago where monthly traffic was only a few thousand visits. myVidster is proof that you do not hype from bloggers or money from VCs to be successful. I will admit that organic growth is slower than media hype, but I feel that the my users are more stable and loyal.

I hope myVidster inspires others to start up their own website. All it takes is an idea and dedication.

Posted by marques at 12:11 PM    1 comments    Links to this post
Labels: news

- November (3)
- October (2)
- September (2)
- July (1)
- ▼ April (2)
  - Yes we are still growing
  - Profile pages are here (finally)!
- March (1)
- February (1)
- January (1)
- 2009 (5)
- 2008 (6)
- 2007 (7)

Monday, January 11, 2010

## New Enhancements

**Adult Filtering**
In the past some found it difficult viewing myVidster from work because NSFW content would occasionally get past my filters and end up on the homepage. This will no longer happen, only approved video hosts like Youtube and Vimeo will be displayed on the homepage. It kinda sucks because users do collect a lot of video content from smaller video hosts, but its not worth the risk of seeing some 18 year old's rack on myVidster's homepage while I am in the office. Also if you browsing a user's collection that has adult content it will be block with NSFW warnings.



**Reddit and Digg Stories**
Digg stories that relate to the bookmarked video have been available for sometime on

Highlights
See all your bookmark videos across your collections.
See everyone who is following you.
See who you are following.
See that last 10 videos from your subscriptions (those you follow).

Upcoming additions:
Upload a profile photo.
Link to your website.

Please provide feedback.

Posted by marques at 6:54 AM    1 comments    Links to this post
Labels: news, updates

**Marques' Favorites**



Joe Figueroa Promo



Theft By Deception - Deciphering The Federal ...



SALSA

Sunday, March 28, 2010

# myVidster's traffic is still climbing, now at 324,000 visits per month!



Can't stop, won't stop! myVidster popularity and traffic reaches new heights with over **324,000 visits** and **3.7 million page views** per month! I have put a hold on any new features and have been focusing on optimizing myVidster to manage the increase in traffic. If you remember the days of Friendster, one of their biggest drawbacks was site performance which in my opinion was one of the reason why Friendster did not reach the popularity of sites like Facebook and mySpace. Features like video searching and page load times during peak hours have been increased (< 2 seconds). myVidster's engine is very light weight which allows me to handle the traffic with only one server. Don't worry about server failure, all of your data is backed up to another server for safe keeping :)

Additional stats
Users: 15,092
Collections: 14,832
Bookmarked Videos: 109,222
Backed up Videos: 2,844 @ 62 GBs

Keep showing the love and invite your friends to join the myVidster community!

Posted by marques at 10:29 AM    1 comments    Links to this post
Labels: news

**Labels**

API (3)

development (6)

development firefox (1)

news (18)

updates (13)

**Blog Archive**

▶ 2011 (4)

▼ 2010 (15)
  ▶ December (2)

myVidster Blog | Share  Report Abuse  Next Blog»  Create Blog  Sign In

# myVidster Blog

My daily struggles and triumphs developing myVidster.

Tuesday, April 27, 2010

## Yes we are still growing



myVidster's traffic still continues to grow! Here are the numbers.

Pageviews (last 30 days): 7,200,531
Visits (last 30 days): 460,971
Users: 17,889
Collections: 17,554
Bookmarked Videos: 134,250

I would like to highlight the growth in pageviews, wow! Take care and thanks for the support.

Posted by marques at 10:13 AM   0 comments   Links to this post
Labels: news

**Links**

myVidster

**About**

Welcome to the development blog of myVidster. myVidster is a social video bookmarking project that I started in Feb 2007. The idea of the project occur when I needed a way to show off my collection of videos (from various sources) to a small audience of visitors from another website that I manage. This is a self funded and solo project.

video widget

Wednesday, April 14, 2010

## Profile pages are here (finally)!



myVidster now has profile pages! It has been long overdue, but worth the wait. To view your profile click here or visit myVidster and click on your user name at the top of the webpage. The purpose of the profile page is to give you and your friends an overview of your activity on myVidster. Note that any bookmarked videos that are set to private will not be viewable to other users.



Here is a long overdue update on myVidster's traffic growth.

Pageviews (last 30 days): 9,869,465
Visits (last 30 days): 853,708
Users: 35,846
Collections: 35,196
Bookmarked Videos: 352,164

Wow, both # of visits and users have double since my last post on traffic. As for updates to myVidster, I move to new servers (2 Quad core servers) and I have migrated the search engine from Zend Lucene to Solr Lucene. I LOVE Solr's search engine solution, Zend could not keep up with myVidster's growth and search queries were taking up to 10 seconds during peak hours, grrrrrrr. Solr executes within 1-2 seconds without consuming too much of the server's resources.

I know I have not been adding new features lately, but I recently left my day job to pursue a the life of self employment and been busy building up other businesses to make a living. I am considering setting up self serving advertising to increase revenue for myVidster. Right now I use an ad network and the network takes a cut of the revenue which makes it hard for me to make a living on myVidster.

Thanks again for all the support and keep telling your friends about myVidster!!!

Posted by marques at 10:17 AM    1 comments    Links to this post
Labels: news


Saturday, July 17, 2010

# myVidster API (Beta)

Here is a how to guide for using our API. The API is in beta and we need your feedback to make it better. Only a few functions are available but more will be added soon (requests will be given higher priority).

## Requirements:
myVidster account, if you do not have one please register here.

## Insert function
This function will bookmark videos to your collection.

Syntax:

http://www.myvidster.com/user/api.php?