

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                     312-435-5670


October 17, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE*:*   *Flava Works -v- Gunter et al.,*

U.S.D.C. DOCKET NO. *:*   **10 cv 6517**

U.S.C.A. DOCKET NO. *:*   **11 - 3190**

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)                    **10**

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)                  **2**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                        Very truly yours,

                                                        Michael W. Dobbins, Clerk

                                                        By: D. Jordan
                                                             Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*10 Volumes of Pleadings*
*2 Transcripts*

In the cause entitled: Flava Works -v- Gunter et al.,.

USDC NO.     : 10 cv 6517

USCA NO.     : 11 - 3190

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 17th day of Oct. 2011.

MICHAEL W. DOBBINS, CLERK

By: /s/  D. Jordan, Deputy Clerk

**A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By  s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: OCTOBER 17, 2011**

AO279, APPEAL, MASON

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:10-cv-06517
## Internal Use Only

Flava Works, Inc. v. Gunter et al
Assigned to: Honorable John F. Grady
Demand: $9,999,000

Case in other court:             11-03190

Cause: 17:101 Copyright Infringement

Date Filed: 10/12/2010
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Flava Works, Inc.**      represented by **Meanith Huon**
Huon Law Firm
P.O. Box 441
Chicago, IL 60690
(312) 405-2789
Email: huon.meanith@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marques Rondale Gunter**      represented by **William J. Lenz**
*doing business as*
myVidster.com

Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
Email: wlenz@ngelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory James Leighton**
Neal, Gerber & Eisenberg
2 N. LaSalle

Suite 2200
Chicago, IL 60602
(312) 269-5372
Email: gleighton@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Kathleen E. Blouin**
Neal, Gerber & Eisenberg Llp
2 North Lasalle Street, Suite 1700
Chicago, IL 60602
(312) 827-1074
Email: kblouin@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Charles May**
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
312-269-8043
Email: kmay@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**myVidster.com** represented by **Gregory James Leighton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SalsaIndy, LLC** represented by **William J. Lenz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory James Leighton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen E. Blouin**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Kevin Charles May**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1 through 26**
*using various screen names*

**Defendant**

**Voxel Dot Net, Inc.** represented by **Charles Lee Mudd , Jr**
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, IL 60618
(773) 588-5410
Email: cmudd@muddlawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery S Davis**
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
(312)876-8000
Email: jeff.davis@snrdenton.com
*TERMINATED: 09/27/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Anthony Petrolis**
Mudd Law Offices
3114 West Irving Park Road
#1w
Chicago, IL 60618
(773) 588-5410
Email:
mpetrolis@muddlawoffices.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**SalsaIndy, LLC** represented by **William J. Lenz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory James Leighton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen E. Blouin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**myVidster.com** represented by **Gregory James Leighton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Marques Rondale Gunter** represented by **William J. Lenz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory James Leighton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen E. Blouin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Flava Works, Inc.** represented by **Meanith Huon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2010 | 1 | COMPLAINT filed by Flava Works, Inc.; Jury Demand. Filing fee $ 350, receipt number 0752-5306478. (Attachments: # 1 Exhibit Exhibits A, B, C, D, # 2 Exhibit Exhibits E, G, # 3 Exhibit Exhibit F Part I, # 4 Exhibit Exhibit F Part II, # 5 Exhibit Exhibit H, I, J, K)(Huon, Meanith) (Entered: 10/12/2010) |
| 10/12/2010 | 2 | CIVIL Cover Sheet (Huon, Meanith) (Entered: 10/12/2010) |
| 10/12/2010 | 3 | ATTORNEY Appearance for Plaintiff Flava Works, Inc. by Meanith Huon (Huon, Meanith) (Entered: 10/12/2010) |
| 10/12/2010 | | CASE ASSIGNED to the Honorable John F. Grady. Designated as Magistrate Judge the Honorable Michael T. Mason. (lcw, ) (Entered: 10/12/2010) |
| 10/13/2010 | 4 | (Court only) MAILED Copyright Report to Register of Copyrights, Copyright office, Washington, DC (ca, ). (Entered: 10/13/2010) |
| 10/14/2010 | | SUMMONS Issued as to Defendants Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com (emd, ) (Entered: 10/14/2010) |
| 11/22/2010 | 5 | ATTORNEY Appearance for Defendants Marques Rondale Gunter, SalsaIndy, LLC by William J. Lenz (Lenz, William) (Entered: 11/22/2010) |
| 11/22/2010 | 6 | ATTORNEY Appearance for Defendants Marques Rondale Gunter, SalsaIndy, LLC by Gregory James Leighton (Leighton, Gregory) (Entered: 11/22/2010) |
| 11/22/2010 | 7 | MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC for an extension of the deadline to answer or otherwise plead (Lenz, William) Modified on 11/23/2010 (ca, ). (Entered: 11/22/2010) |
| 11/22/2010 | 8 | NOTICE of Motion by William J. Lenz for presentment of motion for extension of time to file answer 7 before Honorable John F. Grady on 11/24/2010 at 10:30 AM. (Lenz, William) (Entered: 11/22/2010) |
| 11/24/2010 | 9 | MINUTE entry before Honorable John F. Grady: Motion hearing held. Defendants' Motion for an Extension of the Deadline to Answer or Otherwise Plead 7 is granted to the extent the defendant shall have until 1/10/2011 to answer or otherwise plead to the Plaintiff's Complaint. Mailed notice (ca, ) (Entered: 11/29/2010) |
| 12/11/2010 | 10 | MOTION by Plaintiff Flava Works, Inc. for leave to file an amended complaint 1 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Huon, Meanith) Modified on 12/13/2010 (ca, ). (Entered: 12/11/2010) |
| 12/11/2010 | 11 | NOTICE of Motion by Meanith Huon for presentment of motion to amend/correct, motion for relief 10 before Honorable John F. Grady on |

| | | |
|---|---|---|
| | | 1/12/2011 at 11:00 AM. (Huon, Meanith) (Entered: 12/11/2010) |
| 01/10/2011 | 12 | MOTION by Defendants SalsaIndy, LLC, myVidster.com, Marques Rondale Gunter to Dismiss Plaintiff's amended complaint (Leighton, Gregory) Modified on 1/11/2011 (ca, ). (Entered: 01/10/2011) |
| 01/10/2011 | 13 | MEMORANDUM by Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com in support of motion to dismiss 12 (Leighton, Gregory) (Entered: 01/10/2011) |
| 01/10/2011 | 14 | NOTICE of Motion by Gregory James Leighton for presentment of motion to dismiss 12 before Honorable John F. Grady on 1/12/2011 at 10:30 AM. (Leighton, Gregory) (Entered: 01/10/2011) |
| 01/12/2011 | 15 | MINUTE entry before Honorable John F. Grady: Motion hearing held. Plaintiff's Motion for Leave to File an Amended Complaint 10 is granted. Plaintiff's response to Defendants Motion to Dismiss Plaintiff's Amended Complaint 12 shall be due 3/1/2011; Reply shall be due 3/22/2011. Defendants' Motion to Dismiss Plaintiff's Amended Complaint 12 shall be taken under advisement. Mailed notice (ca, ) (Entered: 01/14/2011) |
| 01/15/2011 | 16 | *First* AMENDED complaint by Flava Works, Inc. against All Defendants (Attachments: # 1 Exhibit A through D, # 2 Exhibit E and G, # 3 Exhibit F Part I, # 4 Exhibit F, Part II, # 5 Exhibit H through K, # 6 Exhibit L, # 7 Exhibit M, # 8 Exhibit N)(Huon, Meanith) (Entered: 01/15/2011) |
| 01/15/2011 | 17 | NOTICE by Flava Works, Inc. re amended complaint, 16 (Huon, Meanith) (Entered: 01/15/2011) |
| 01/18/2011 | 18 | SUMMONS Issued, one original as to Defendant Voxel Dot Net, Inc. (ca, ). (Entered: 01/19/2011) |
| 02/27/2011 | 19 | RESPONSE by Flava Works, Inc.in Opposition to MOTION by Defendants SalsaIndy, LLC, myVidster.com, Marques Rondale Gunter to dismiss 12 (Huon, Meanith) (Entered: 02/27/2011) |
| 03/12/2011 | 20 | MOTION by Plaintiff Flava Works, Inc. for preliminary injunction (Huon, Meanith) (Entered: 03/12/2011) |
| 03/12/2011 | 21 | MEMORANDUM by Flava Works, Inc. in support of motion for preliminary injunction 20 (Attachments: # 1 Exhibit A)(Huon, Meanith) (Entered: 03/12/2011) |
| 03/12/2011 | 22 | NOTICE of Motion by Meanith Huon for presentment of motion for preliminary injunction 20 before Honorable John F. Grady on 3/16/2011 at 11:00 AM. (Huon, Meanith) (Entered: 03/12/2011) |
| 03/15/2011 | 23 | ATTORNEY Appearance for Defendants Marques Rondale Gunter, SalsaIndy, LLC by Kathleen E. Blouin (Blouin, Kathleen) (Entered: 03/15/2011) |
| 03/15/2011 | 24 | ATTORNEY Appearance for Defendant Voxel Dot Net, Inc. by Jeffery S |

| | | |
|---|---|---|
| | | Davis (Davis, Jeffery) (Entered: 03/15/2011) |
| 03/15/2011 | 25 | MOTION by Defendant Voxel Dot Net, Inc. for extension of time *(UNOPPOSED MOTION)* (Davis, Jeffery) (Entered: 03/15/2011) |
| 03/15/2011 | 26 | NOTICE of Motion by Jeffery S Davis for presentment of extension of time 25 before Honorable John F. Grady on 3/16/2011 at 11:00 AM. (Davis, Jeffery) (Entered: 03/15/2011) |
| 03/16/2011 | 27 | MINUTE entry before Honorable John F. Grady. Motion hearing held. Plaintiffs motion for preliminary injunction 20 is entered and continued to May 18, 2011 at 1:00 p.m. Defendant Voxel Dot Net, Inc.s unopposed motion for extension of time until May 2, 2011 to plead to the complaint 25 is granted. Mailed notice (lw, ). (Entered: 03/17/2011) |
| 03/21/2011 | 28 | MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com for discovery (Blouin, Kathleen) (Entered: 03/21/2011) |
| 03/21/2011 | 29 | NOTICE of Motion by Kathleen E. Blouin for presentment of motion for discovery 28 before Honorable John F. Grady on 4/13/2011 at 11:00 AM. (Blouin, Kathleen) (Entered: 03/21/2011) |
| 03/22/2011 | 30 | REPLY by Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com to response in opposition to motion 19 *to dismiss Amended Complaint* (Leighton, Gregory) (Entered: 03/22/2011) |
| 03/22/2011 | 31 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Voxel Dot Net, Inc. (Davis, Jeffery) (Entered: 03/22/2011) |
| 04/01/2011 | 32 | ATTORNEY Appearance for Defendant Voxel Dot Net, Inc. by Charles Lee Mudd, Jr (Mudd, Charles) (Entered: 04/01/2011) |
| 04/05/2011 | 33 | ATTORNEY Appearance for Defendant Voxel Dot Net, Inc. by Mark Anthony Petrolis (Petrolis, Mark) (Entered: 04/05/2011) |
| 04/12/2011 | 34 | RESPONSE by Flava Works, Inc. to MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com for discovery 28 (Huon, Meanith) (Entered: 04/12/2011) |
| 04/13/2011 | 35 | MINUTE entry before Honorable John F. Grady. Motion hearing held. Salsaindy, LLCs motion for expedited limited discovery 28 is granted as discussed in court. Each side will be permitted to conduct two depositions, limited to ninety minutes, for each deposition. Mailed notice (lw, ). (Entered: 04/15/2011) |
| 04/20/2011 | 36 | STIPULATION regarding motion for preliminary injunction 20 *Joint Stipulation as to Defendant Voxel Dot Net, Inc. Only* (Attachments: # 1 Notice of Filing)(Mudd, Charles) (Docket Text modified by Clerks' Office.) (Entered: 04/20/2011) |
| 04/27/2011 | 37 | NOTICE by Voxel Dot Net, Inc. *DEFENDANT VOXEL DOT NET, INC. RULE 68 OFFER OF JUDGMENT TO PLAINTIFF* (Attachments: # 1 |

| | | |
|---|---|---|
| | | Notice of Filing)(Petrolis, Mark) (Entered: 04/27/2011) |
| 05/02/2011 | 38 | *Defendant Voxel Dot Net, Inc.'s* ANSWER to amended complaint by Voxel Dot Net, Inc. (Attachments: # 1 Notice of Filing)(Petrolis, Mark) (Entered: 05/02/2011) |
| 05/09/2011 | 39 | MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC, myVidster.com to strike *Paragraphs 18, 21, 26, 61 and 68-71 of the Affidavit of Phillip Bleicher* (Attachments: # 1 Exhibit A)(Blouin, Kathleen) (Entered: 05/09/2011) |
| 05/09/2011 | 40 | ~~NOTICE of Motion by Kathleen E. Blouin for presentment of motion to strike 39 before Honorable John F. Grady on 5/11/2011 at 11:00 AM. (Blouin, Kathleen) (Entered: 05/09/2011)~~ |
| 05/09/2011 | 41 | MOTION by Defendant Marques Rondale Gunter to quash *Plaintiff's Subpoena* (Attachments: # 1 Exhibit A)(Blouin, Kathleen) (Entered: 05/09/2011) |
| 05/09/2011 | 42 | ~~NOTICE of Motion by Kathleen E. Blouin for presentment of motion to quash 41 before Honorable John F. Grady on 5/11/2011 at 11:00 AM. (Blouin, Kathleen) (Entered: 05/09/2011)~~ |
| 05/10/2011 | 43 | MINUTE entry before Honorable John F. Grady: The motion of Marques Rondale Gunter and SalsaIndy, LLC to dismiss the first amended complaint 12 is granted in part and denied in part. Counts I, III, IV, V, VI, and VII are dismissed. Plaintiff is given leave to file a second amended complaint by May 16, 2011 that cures Count III's deficiencies, if it can do so. The motion is denied as to Count II. ENTER MEMORANDUM OPINION. See attached Memorandum Opinion. Mailed notice (cdh, ) (Entered: 05/10/2011) |
| 05/10/2011 | 44 | MEMORANDUM Opinion signed by the Honorable John F. Grady on 5/10/2011. Mailed notice(cdh, ) (Entered: 05/10/2011) |
| 05/13/2011 | 45 | MINUTE entry before Honorable John F. Grady: Motion hearing held. Salsaindy's motion to partially strike paragraphs 18, 21, 26, 61 and 68-71 of the affidavit of Phillip Bleicher 39 is denied as unnecessary, since Phillip Bleicher will be testifying at the preliminary injunction hearing scheduled for May 18, 2011 at 1:00 p.m. Marques Gunter's motion to partially quash plaintiff's subpoena 41 is granted. Plaintiff may file an amended complaint by June 1, 2011 and the defendants may have until June 22, 2011 to answer or otherwise plead to the amended complaint. Mailed notice (jmp, ) (Entered: 05/13/2011) |
| 05/16/2011 | 46 | *SECOND* AMENDED complaint by Flava Works, Inc. against All Defendants (Attachments: # 1 Exhibit A to D, # 2 Exhibit E, G, # 3 Exhibit F Part I, # 4 Exhibit F, Part II, # 5 Exhibit H to K, # 6 Exhibit L, # 7 Exhibit M, # 8 Exhibit N)(Huon, Meanith) (Entered: 05/16/2011) |
| 05/17/2011 | 47 | EXHIBIT by Plaintiff Flava Works, Inc. *EXHIBIT L to SECOND* |

| | | |
|---|---|---|
| | | *AMENDED COMPLAINT* regarding amended complaint, 46 (Huon, Meanith) (Entered: 05/17/2011) |
| 05/18/2011 | 48 | MINUTE entry before Honorable John F. Grady: Preliminary Injunction hearing held and continued to Thursday, June 9, 2011 at 10:00 a.m. Plaintiff is to provide defendants with proposed injunctive language no later than June 3, 2011. Mailed notice (cdh, ) (Entered: 05/18/2011) |
| 05/23/2011 | 49 | RESPONSE by Plaintiff Flava Works, Inc. to answer to amended complaint 38 *Voxel Dot Net, Inc.'s Affirmative Defenses* (Huon, Meanith) (Entered: 05/23/2011) |
| 06/01/2011 | 50 | *Third* AMENDED complaint by Flava Works, Inc. against All Defendants (Attachments: # 1 Exhibit A to D, # 2 Exhibit E, G, # 3 Exhibit F, Part I, # 4 Exhibit F, Part II, # 5 Exhibit H to K, # 6 Exhibit L, # 7 Exhibit M, # 8 Exhibit N)(Huon, Meanith) (Entered: 06/01/2011) |
| 06/09/2011 | 51 | MINUTE entry before Honorable John F. Grady: Continued hearing on plaintiff's motion for preliminary injunction 20 . At the conclusion of the hearing, the motion was taken under advisement. Mailed notice (cdh, ) (Entered: 06/09/2011) |
| 06/10/2011 | 52 | MOTION by Plaintiff Flava Works, Inc. for leave to file *authorities and case law* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Huon, Meanith) (Entered: 06/10/2011) |
| 06/10/2011 | 53 | ~~NOTICE of Motion by Meanith Huon for presentment of motion for leave to file 52 before Honorable John F. Grady on 6/22/2011 at 11:00 AM. (Huon, Meanith) (Entered: 06/10/2011)~~ |
| 06/10/2011 | 54 | MINUTE entry before Honorable John F. Grady: Plaintiff's motion for leave to submit authorities and case law 52 is granted. No appearance is necessary on June 22, 2011. Mailed notice (cdh, ) (Entered: 06/10/2011) |
| 06/10/2011 | 55 | Proposed Order by Flava Works, Inc. for Preliminary Injunction (Huon, Meanith) (Docket Text modified by Clerks' Office.) (Entered: 06/10/2011) |
| 06/10/2011 | 56 | Exhibit List by Marques Rondale Gunter, SalsaIndy, LLC. (Leighton, Gregory) (Entered: 06/10/2011) |
| 06/14/2011 | 57 | NOTICE by Flava Works, Inc. re preliminary injunction hearing 51 , preliminary injunction hearing, set/reset hearings,, 48 *List of Plaintiff's Exhibits* (Huon, Meanith) (Docket Text modified by Clerks' Office) (Entered: 06/14/2011) |
| 06/22/2011 | 58 | ANSWER to amended complaint *and affirmative defenses*, *and* COUNTERCLAIM filed by SalsaIndy, LLC, myVidster.com, Marques Rondale Gunter against Flava Works, Inc.. by SalsaIndy, LLC, myVidster.com, Marques Rondale Gunter (Attachments: # 1 Exhibit A - C)(Leighton, Gregory) (Entered: 06/22/2011) |

| | | |
|---|---|---|
| 06/22/2011 | 59 | MOTION by Defendants myVidster.com, Marques Rondale Gunter, SalsaIndy, LLC to dismiss *counts III-VII of Plaintiff's Third Amended Complaint* (Leighton, Gregory) (Entered: 06/22/2011) |
| 06/22/2011 | 60 | ~~NOTICE of Motion by Gregory James Leighton for presentment of motion to dismiss 59 before Honorable John F. Grady on 6/29/2011 at 11:00 AM. (Leighton, Gregory) (Entered: 06/22/2011)~~ |
| 06/22/2011 | 61 | MOTION by Defendant Voxel Dot Net, Inc. for extension of time to file answer regarding amended complaint, 50 *Unopposed Motion for Extension of Time for defendant Voxel Dot Net, Inc. to Answer or Otherwise Plead to Plaintiffs Third Amended Complaint* (Petrolis, Mark) (Docket Text modified by Clerks' Office.) (Entered: 06/22/2011) |
| 06/22/2011 | 62 | ~~NOTICE of Motion by Mark Anthony Petrolis for presentment of motion for extension of time to file answer, motion for relief,, 61 before Honorable John F. Grady on 6/29/2011 at 11:00 AM. (Petrolis, Mark) (Entered: 06/22/2011)~~ |
| 06/28/2011 | 63 | MINUTE entry before Honorable John F. Grady: Unopposed motion for extension of time for defendant Voxel Dot Net, Inc. to answer or otherwise plead to plaintiff's third amended complaint 61 is granted. Defendant Voxel Dot Net, Inc. shall answer or otherwise plead to the plaintiff's third amended complaint by June 29, 2011. Mailed notice (cdh, ) (Entered: 06/28/2011) |
| 06/29/2011 | 64 | MOTION by Defendant Voxel Dot Net, Inc. for clarification *Defendant Voxel Dot Net, Inc.s Motion for Clarification* (Petrolis, Mark) (Docket Text modified by Clerks' Office.) (Entered: 06/29/2011) |
| 06/29/2011 | 65 | ~~NOTICE of Motion by Mark Anthony Petrolis for presentment of motion to clarify 64 before Honorable John F. Grady on 7/6/2011 at 11:00 AM. (Petrolis, Mark) (Entered: 06/29/2011)~~ |
| 06/29/2011 | 66 | ANSWER to amended complaint *Defendant Voxel Dot Net, Inc.s Answer to Plaintiffs Third Amended Complaint* by Voxel Dot Net, Inc. (Attachments: # 1 Notice of Filing)(Petrolis, Mark) (Docket Text modified by Clerks' Office.) (Entered: 06/29/2011) |
| 06/29/2011 | 67 | MINUTE entry before Honorable John F. Grady. Motion hearing held. Defendants' motion to dismiss Counts III - VII of the Plaintiffs' Third Amended complaint 59 is entered and continued generally. Plaintiff's filing responsibilities under Rule 11 are hereby tolled until further order of court. Mailed notice (lw, ). (Entered: 07/05/2011) |
| 07/01/2011 | 68 | MINUTE entry before Honorable John F. Grady: Defendant Voxel Dot Net, Inc.'s motion for clarification 64 is granted. No appearance will be necessary on July 6, 2011. Voxel asks the court to clarify whether Counts I, IV, V, VI, and VII were dismissed with prejudice in the order of May 10, 2011. Those counts were dismissed without prejudice. In our memorandum opinion, we did not give plaintiff leave to replead those claims, but we did give plaintiff leave to replead them at the May 11 hearing on various motions. Mailed |

| | | |
|---|---|---|
| | | notice (cdh, ) (Entered: 07/05/2011) |
| 07/12/2011 | 69 | MOTION by Plaintiff Flava Works, Inc. to dismiss *Defendants Salsa Indy, LLC and Marques Gunter's Counterclaims* (Huon, Meanith) (Docket Text modified by Clerks' Office.) (Entered: 07/12/2011) |
| 07/13/2011 | 70 | MOTION by Plaintiff Flava Works, Inc. to dismiss *Defendants SalsaIndy,LLC's and Marques Gunter's CounterClaims (Amended Motion)* (Huon, Meanith) (Entered: 07/13/2011) |
| 07/13/2011 | 71 | MOTION by Plaintiff Flava Works, Inc. to strike answer to amended complaint,, counterclaim, 58 (Huon, Meanith) (Entered: 07/13/2011) |
| 07/13/2011 | 72 | ~~NOTICE of Motion by Meanith Huon for presentment of motion to dismiss 70 , motion to strike, motion for relief, 71 before Honorable John F. Grady on 9/7/2011 at 11:00 AM. (Huon, Meanith) (Entered: 07/13/2011)~~ |
| 07/20/2011 | 73 | MOTION by Plaintiff Flava Works, Inc. to strike MOTION by Plaintiff Flava Works, Inc. to strike answer to amended complaint,, counterclaim, 58 71 , notice of motion 72 *(Amended Motion)* (Huon, Meanith) (Entered: 07/20/2011) |
| 07/20/2011 | 74 | MOTION by Plaintiff Flava Works, Inc. to strike answer to amended complaint 66 *Affirmative Defenses of Voxel Dot Net, Inc.* (Huon, Meanith) (Entered: 07/21/2011) |
| 07/21/2011 | 75 | ~~NOTICE of Motion by Meanith Huon for presentment of motion to strike, motion for relief 74 before Honorable John F. Grady on 9/7/2011 at 11:00 AM. (Huon, Meanith) (Entered: 07/21/2011)~~ |
| 07/27/2011 | 76 | MINUTE entry before Honorable John F. Grady: Paintiff's motion for a preliminary injunction 20 is granted. Plaintiff is directed to prepare a proposed preliminary injunction order in accordance with this opinion and submit it to defendants by August 5, 2011. Thereafter, the parties shall confer and attempt to agree on the language of the proposed injunction order. Plaintiff shall submit the final proposed injunction order to the court by August 15, 2011; if there are any outstanding disputes with respect to its language, the plaintiff shall submit, along with the proposed order, abrief statement describing the disputes. ENTER MEMORANDUM OPINION. See ATTACHED Memorandum Opinion. Mailed notice (cdh, ) (Entered: 07/28/2011) |
| 07/27/2011 | 77 | MEMORANDUM Opinion Signed by the Honorable John F. Grady on 7/27/2011. Mailed notice(cdh, ) (Entered: 07/28/2011) |
| 08/04/2011 | 78 | TRANSCRIPT OF PROCEEDINGS held on 5/16/11 before the Honorable John F. Grady. Court Reporter Contact Information: Michael P Snyder (312) 435-5563 michael_snyder@ilnd.uscourts.gov. <br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or |

| | | |
|---|---|---|
| *PDF* | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 8/25/2011. Redacted Transcript Deadline set for 9/6/2011. Release of Transcript Restriction set for 11/2/2011. (Snyder, Michael) (Docket text Modified by clerk's office on 8/4/2011 (ca, ). (Entered: 08/04/2011) |
| 08/04/2011 | 79 | NOTICE of Correction regarding 78 (ca, ). (Entered: 08/04/2011) |
| 08/04/2011 | 80 | MINUTE entry before Honorable John F. Grady: Plaintiff's amended motion to dismiss defendants' counterclaims 70 , motion to strike defendants' affirmative defenses 71 , amended motion to strike defendants' affirmative defenses 73 , and motion to strike defendant, Voxel Dot Net, Inc.'s affirmative defenses 74 noticed up for September 7, 2011 are reset to September 14, 2011 at 10:30 a.m. in courtroom 1003. Mailed notice (cdh, ) Modified on 8/4/2011 (cdh, ). (Entered: 08/04/2011) |
| 08/10/2011 | 81 | MINUTE entry before Honorable John F. Grady. Plaintiff's amended motion to dismiss defendants' counterclaims 70 , motion to strike defendants' affirmative defenses 71 , amended motion to strike defendants' affirmative defenses 73 and motion to strike defendant, Voxel Dot Net, Inc.'s affirmative defenses 74 notice up for September 14, 2011 are reset to Wednesday, September 21, 2011 at 11:00 a.m. in courtroom 1003. Mailed notice (lw, ). (Entered: 08/11/2011) |
| 08/12/2011 | 82 | ATTORNEY Appearance for Defendants Marques Rondale Gunter, SalsaIndy, LLC by Kevin Charles May (May, Kevin) (Entered: 08/12/2011) |
| 08/15/2011 | 83 | BRIEF STATEMENT by Flava Works, Inc. of disputes regarding proposed injunctive order (Attachments: # 1 Exhibit EX A Plaintiff's final proposed order, # 2 Exhibit EX B Defendants' proposed order, # 3 Exhibit EX C Plaintiff's draft proposed order submitted before the Court entered its order)(Huon, Meanith) (Docket Text modified by Clerks' Office.) (Entered: 08/15/2011) |
| 08/15/2011 | 84 | MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC for reconsider preliminary injunction 77 . (Leighton, Gregory) (Docket Text modified by Clerks' Office.) (Entered: 08/15/2011) |
| 08/15/2011 | 85 | MEMORANDUM by Marques Rondale Gunter, SalsaIndy, LLC in support of motion for reconsideration, motion for relief 84 (Leighton, Gregory) (Entered: 08/15/2011) |
| 08/15/2011 | 86 | NOTICE of Motion by Gregory James Leighton for presentment of motion |

| | | |
|---|---|---|
| | | ~~for reconsideration, motion for relief 84 before Honorable John F. Grady on 9/21/2011 at 11:00 AM. (Leighton, Gregory) (Entered: 08/15/2011)~~ |
| 08/15/2011 | 87 | RESPONSE by Defendants Marques Rondale Gunter, SalsaIndy, LLC to plaintiff's statement of disputes 83 *Filed by Plaintiff Regarding Proposed Injunction Order* (Attachments: # 1 Exhibit A)(Leighton, Gregory) (Docket Text modified by Clerks' Office.) (Entered: 08/15/2011) |
| 09/01/2011 | 88 | MINUTE entry before Honorable John F. Grady: Defendants' motion to reconsider the issuance of a preliminary injunction 84 is denied. [For further detail see Memorandum Opinion.]Mailed notice (cdh, ) (Entered: 09/01/2011) |
| 09/01/2011 | 89 | MEMORANDUM OPINION Signed by the Honorable John F. Grady on 9/1/2011. Mailed notice(cdh, ) (Entered: 09/01/2011) |
| 09/01/2011 | 90 | ORDER Signed by the Honorable John F. Grady on 9/1/2011. Mailed notice(cdh, ) (Entered: 09/01/2011) |
| 09/01/2011 | 91 | MOTION by Defendants Marques Rondale Gunter, SalsaIndy, LLC to stay *Preliminary Injunction Pending Appeal* (Leighton, Gregory) (Entered: 09/01/2011) |
| 09/01/2011 | 92 | MEMORANDUM by Marques Rondale Gunter, SalsaIndy, LLC in support of motion to stay 91 *Preliminary Injunction Pending Appeal* (Leighton, Gregory) (Entered: 09/01/2011) |
| 09/01/2011 | 93 | ~~NOTICE of Motion by Gregory James Leighton for presentment of motion to stay 91 before Honorable John F. Grady on 9/21/2011 at 11:00 AM. (Leighton, Gregory) (Entered: 09/01/2011)~~ |
| 09/15/2011 | 94 | COMPLIANCE Report *Regarding Compliance With Preliminary Injunction Order* by Marques Rondale Gunter, SalsaIndy, LLC (Blouin, Kathleen) (Docket Text modified by Clerks' Office.) (Entered: 09/15/2011) |
| 09/21/2011 | 95 | MINUTE entry before Honorable John F. Grady. Motion hearing held. Defendants' motion to stay enforcement of the preliminary injunction pending appeal 91 is granted for the reasons stated in open court. Plaintiff's oral motion for leave to file a Fourth Amended Complaint is granted. Plaintiff may file its Fourth Amended Complaint by October 12, 2011. The plaintiff's motion to dismiss defendants' counterclaims 69 and its motion to strike defendants' affirmative defenses 71 were superceded by amended motions [ 70 and 73 , respectively]. Accordingly, those motions [ 69 and 71 ] are denied as moot. The other pending motions in this case [ 59 , 70 , 73 , and 74 ], some or all of which may be mooted by the filing of plaintiff's Fourth Amended Complaint, are entered and continued. Mailed notice (lw, ). (Entered: 09/23/2011) |
| 09/26/2011 | 96 | NOTICE of appeal by Marques Rondale Gunter, SalsaIndy, LLC regarding orders 89 , 76 , 77 , 90 , 88 Filing fee $ 455, receipt number 0752-6412278. |

| | | |
|---|---|---|
| | | (Leighton, Gregory) (Entered: 09/26/2011) |
| 09/27/2011 | 97 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/27/2011)~~ |
| 09/27/2011 | 98 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 96. Notified counsel (dj, ) (Entered: 09/27/2011)~~ |
| 09/27/2011 | 99 | MOTION by counsel for Defendant Voxel Dot Net, Inc. to withdraw as attorney (Davis, Jeffery) (Entered: 09/27/2011) |
| 09/27/2011 | 100 | ~~NOTICE of Motion by Jeffery S Davis for presentment of motion to withdraw as attorney 99 before Honorable John F. Grady on 10/5/2011 at 11:00 AM. (Davis, Jeffery) (Entered: 09/27/2011)~~ |
| 09/27/2011 | 101 | MINUTE entry before Honorable John F. Grady. Motion of Jeffery S. Davis to withdraw as counsel of record for defendant Voxel Dot Net, Inc. 99 is granted. No appearance is necessary on October 5, 2011. Mailed notice (lw, ). (Entered: 09/28/2011) |
| 09/27/2011 | 102 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 96 ; USCA Case No. 11-3190. (lw, ) (Entered: 09/28/2011) |
| 10/06/2011 | 103 | Exhibit List by Marques Rondale Gunter. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 Part 1 of 2, # 5 Exhibit 4 Part 2 of 2, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Leighton, Gregory) (Entered: 10/06/2011) |
| 10/06/2011 | 104 | by Marques Rondale Gunter *TRANSCRIPT OF PROCEEDINGS held on 6/9/2011 before the Honorable John F. Grady* (Leighton, Gregory) (Entered: 10/06/2011) |
| 10/10/2011 | 105 | TRANSCRIPT OF PROCEEDINGS held on 5/16/11 before the Honorable John F. Grady. by Marques Rondale Gunter (Leighton, Gregory) (Entered: 10/10/2011) |
| 10/10/2011 *PDF* | 106 | TRANSCRIPT OF PROCEEDINGS held on 6/9/2011 before the Honorable John F. Grady. Court Reporter Contact Information: Valarie M. Ramsey valharam@aol.com (709) 860-8482. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 10/31/2011. Redacted Transcript Deadline set for 11/10/2011. Release of Transcript Restriction set for |

| | | |
|---|---|---|
| | | 1/9/2012. (rp, ) (Entered: 10/12/2011) |
| 10/14/2011 | 107 | MOTION by Plaintiff Flava Works, Inc. for extension of time (Huon, Meanith) (Entered: 10/14/2011) |
| 10/14/2011 | 108 | ~~NOTICE of Motion by Meanith Huon for presentment of extension of time 107 before Honorable John F. Grady on 10/19/2011 at 11:00 AM. (Huon, Meanith) (Entered: 10/14/2011)~~ |
| 10/14/2011 | 109 | Exhibit List by Flava Works, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17)(Huon, Meanith) (Entered: 10/14/2011) |
| 10/14/2011 | 110 | EXHIBIT by Plaintiff Flava Works, Inc. *(AMENDED NOTICE OF FILING)* regarding notice of filing 57 , exhibit list, 109 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17)(Huon, Meanith) (Entered: 10/14/2011) |
| 10/17/2011 | 111 | MINUTE entry before Honorable John F. Grady: Plaintiff's motion for an extension of time to and including October 26, 2011 to file a fourth amended complaint 107 is granted without objection. No appearance is necessary on October 19, 2011.Mailed notice (cdh, ) (Entered: 10/17/2011) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These item are sent under a separate certificate.**