

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

October 17, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

U.S.C.A. – 7th Circuit
R E C E I V E D
OCT 17 2011   SK

GINO J. AGNELLO
CLERK

RE: *Flava Works -v- Gunter et al.,*

U.S.D.C. DOCKET NO.: *10 cv 6517*

U.S.C.A. DOCKET NO.: *11 - 3190*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)         10

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)       2

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: D. Jordan
Deputy Clerk