**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-691-631

**Effective date of registration:**

April 26, 2010

## Title

**Title of Work:** Santo Domingo Uncut #3: Dominican Dick Destruction

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010          **Nation of 1st Publication:** United States

## Author

**Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com          **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127 United States

## Certification

**Name:** PHILLIP BLEICHER

**Date:** April 19, 2010

**EXHIBIT A (1 of 28)**

**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-691-645

**Effective date of registration:**

April 26, 2010

## Title

**Title of Work:** That Good Dick: Tyson

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com     **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127

## Certification

**Name:** PHILLIP BLEICHER

**Date:** April 19, 2010



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 5 of 21 entries



---

Labeled View

*Dorm life 1 & 2.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001295163 / 2005-09-09 |
| **Title:** | Dorm life 1 & 2. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | FlavaWorks, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-08-15 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | [FlavaWorks, Inc.](#) |



| Save, Print and Email ([**Help Page**](#)) | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

[Help](#)    [Search](#)    [History](#)    [Titles](#)    [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 21 of 21 entries



**Labeled View**

*Dorm Life X : The House Next Door.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001635777 / 2008-06-30 |
| **Application Title:** | Dorm Life V 10: The House Next Door. |
| **Title:** | Dorm Life X : The House Next Door. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 North Miami Avenue, Suite B, Miami, FL 33127. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-06-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc.; Citizenship: United States. |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                    Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (4 of 28)**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 20 of 21 entries



*Dorm Life XI : Revenge of da Nutt.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001635734 / 2008-06-30 |
| **Application Title:** | Dorm Life V 11: Revenge of da Nutt. |
| **Title:** | Dorm Life XI : Revenge of da Nutt. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 North Miami Avenue, Suite B, Miami, FL 33127. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-06-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc.; Citizenship: United States. |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (5 of 28)**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 6 of 21 entries



*Dorm Life 12 : Dick Addiction.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001635732 / 2008-06-30 |
| **Application Title:** | Dorm Life V 12: Dick Addiction. |
| **Title:** | Dorm Life 12 : Dick Addiction. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 North Miami Avenue, Suite B, Miami, FL 33127. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-06-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc.; Citizenship: United States. |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (6 of 28)**

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 7 of 21 entries



*Dorm Life 14 - The Dick Down.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668240 / 2009-12-11 |
| **Application Title:** | Dorm Life 14 - The Dick Down. |
| **Title:** | Dorm Life 14 - The Dick Down. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT A (7 of 28)**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 8 of 21 entries



Labeled View

### *Dorm Life 15 - After School Fuck Sessions.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668343 / 2009-12-11 |
| **Application Title:** | Dorm Life 15 - After School Fuck Sessions. |
| **Title:** | Dorm Life 15 - After School Fuck Sessions. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:           Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT A (8 of 28)**

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 9 of 21 entries



Labeled View

*Dorm Life 16 : Fucking For Extra Credit.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001666879 / 2010-01-13 |
| **Application Title:** | Dorm Life 16: Fucking For Extra Credit. |
| **Title:** | Dorm Life 16 : Fucking For Extra Credit. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                          Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (9 of 28)**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 10 of 21 entries



**Labeled View**

*Dorm Life 17 : Dick in Detention.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001666861 / 2010-01-13 |
| **Application Title:** | Dorm Life 17: Dick in Detention. |
| **Title:** | Dorm Life 17 : Dick in Detention. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 11 of 21 entries



**Labeled View**

*Dorm Life 18:,*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001666875 / 2010-01-13 |
| **Application Title:** | Dorm Life 18: Cum Hard or Fuck Off. |
| **Title:** | Dorm Life 18:, Cum Hard or Fuck Off. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (11 of 28)**

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 12 of 21 entries



*Dorm Life 19 - Night Vision.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001697763 / 2010-06-24 |
| **Application Title:** | Dorm Life 19 - Night Vision. |
| **Title:** | Dorm Life 19 - Night Vision. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:        Email |

Help | Search | History | Titles | Start Over

**EXHIBIT A (12 of 28)**



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 15 of 21 entries



---

Labeled View

---

*Dorm life :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001298415 / 2005-09-09
**Title:** Dorm life : no. 3.
**Description:** Videodisc (DVD)
**Copyright Claimant:** FlavaWorks, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-08-15
**Names:** [FlavaWorks, Inc.](#)



| **Save, Print and Email ([Help Page](#))** | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 16 of 21 entries



*Dorm life :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001298397 / 2005-09-09
**Title:** Dorm life : no. 4.
**Description:** Videodisc (DVD)
**Copyright Claimant:** FlavaWorks, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-08-15
**Names:** FlavaWorks, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (14 of 28)**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 17 of 21 entries



Labeled View

*Dorm life :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001298401 / 2005-09-09 |
| **Title:** | Dorm life : no. 6. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | FlavaWorks, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-08-15 |
| **Names:** | FlavaWorks, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 18 of 21 entries



---

*Dorm life :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001298403 / 2005-09-12 |
| **Title:** | Dorm life : no. 7, Hot & creamy. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | FlavaWorks, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-08-15 |
| **Other Title:** | Hot & creamy |
| **Names:** | FlavaWorks, Inc. |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (16 of 28)**



**EXHIBIT A**

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = DORM LIFE
Search Results: Displaying 7 of 20 entries



---

**Labeled View**

*Dorm Life 14 - The Dick Down.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668240 / 2009-12-11 |
| **Application Title:** | Dorm Life 14 - The Dick Down. |
| **Title:** | Dorm Life 14 - The Dick Down. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record      Format for Print/Save |
| Enter your email address:                          Email |

---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

---

**EXHIBIT A (17 of 28)**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = flavamen
Search Results: Displaying 2 of 9 entries



**Labeled View**

*FlavaMen Junior Year.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668262 / 2009-12-11 |
| **Application Title:** | FlavaMen Junior Year. |
| **Title:** | FlavaMen Junior Year. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                                Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (18 of 28)**

**EXHIBIT A**



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Miami Uncut
Search Results: Displaying 1 of 1 entries



*Miami Uncut, Papicock Presents.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001691638 / 2010-04-26 |
| **Application Title:** | Miami Uncut, Papicock Presents. |
| **Title:** | Miami Uncut, Papicock Presents. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    [ Format for Print/Save ] |
| Enter your email address:                  [ Email ] |

Help    Search    History    Titles    Start Over

Contact Us  |   Request Copies  |   Get a Search Estimate  |   Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |   Library of Congress Home Page

**EXHIBIT A (19 of 28)**



**EXHIBIT A**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = nightmare on elmo
Search Results: Displaying 2 of 6 entries



Labeled View

*Nightmare on Elmo Street.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668011 / 2009-12-11 |
| **Application Title:** | Nightmare on Elmo Street. |
| **Title:** | Nightmare on Elmo Street. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:              Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT A (20 of 28)**

**EXHIBIT A**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = raw rod
Search Results: Displaying 2 of 6 entries



---

Labeled View

---

*Raw Rods #2: Gangsta Juice.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668271 / 2009-12-11 |
| **Application Title:** | Raw Rods #2: Gangsta Juice. |
| **Title:** | Raw Rods #2: Gangsta Juice. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:            Email |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT A (21 of 28)**

**EXHIBIT A**



## Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = raw rods
Search Results: Displaying 3 of 6 entries



Labeled View

*Raw Rods #3: Gettin that Nut.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668236 / 2009-12-11 |
| **Application Title:** | Raw Rods #3: Gettin that Nut. |
| **Title:** | Raw Rods #3: Gettin that Nut. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:      Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (22 of 28)**

EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = raw rod
Search Results: Displaying 4 of 6 entries



Labeled View

*Raw Rods #4: Raw Beat Down.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001677124 / 2010-01-15 |
| **Application Title:** | Raw Rods #4: Raw Beat Down. |
| **Title:** | Raw Rods #4: Raw Beat Down. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Richard Cooper, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Flava Works, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                          Email |

Help | Search | History | Titles | Start Over

EXHIBIT A (23 of 28)

EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = raw rods
Search Results: Displaying 6 of 6 entries



Labeled View

### *Raw Rods #6: Crazy for Cum.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001691644 / 2010-05-11 |
| **Application Title:** | Raw Rods #6: Crazy for Cum. |
| **Title:** | Raw Rods #6: Crazy for Cum. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help | Search | History | Titles | Start Over

EXHIBIT A (24 of 28)



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Raw Thugs
Search Results: Displaying 2 of 3 entries



**Labeled View**

*Raw thugs :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001316802 / 2006-02-10 |
| **Title:** | Raw thugs : no. 2. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works, Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-12-01 |
| **Names:** | Flava Works, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:    Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Snow Ballerz
Search Results: Displaying 3 of 4 entries



Labeled View

*Snow Ballerz Two.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668265 / 2009-12-11 |
| **Application Title:** | Snow Ballerz V2. |
| **Title:** | Snow Ballerz Two. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:              Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Snow Ballerz
Search Results: Displaying 4 of 4 entries



**Labeled View**

*Snow Ballerz V4: 18 to Party, 21 to Swallow.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001691647 / 2010-04-26 |
| **Application Title:** | Snow Ballerz V4: 18 to Party, 21 to Swallow. |
| **Title:** | Snow Ballerz V4: 18 to Party, 21 to Swallow. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-02-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record        Format for Print/Save |
| Enter your email address:                          Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**EXHIBIT A (27 of 28)**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = thugboy
Search Results: Displaying 4 of 5 entries



*ThugBoy Vol 4 : Thugged Out.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001635774 / 2008-06-30
**Application Title:** ThugBoy V4: Thugged Out.
**Title:** ThugBoy Vol 4 : Thugged Out.
**Description:** 2 Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 North Miami Avenue, Suite B, Miami, FL 33127.
**Date of Creation:** 2008
**Date of Publication:** 2008-06-16
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc.; Citizenship: United States.
**Names:** Flava Works Inc.



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

https://eco.copyright.gov/eService_enu/start.swe?SWERowId=1-6XB5...

**EXHIBIT B**





## Case Summary:

| | | |
|---|---|---|
| **Case #:** 1-418745366 | **Type of Case:** Work of the Visual Arts | **Opened:** 6/18/2010 |
| **Title:** Thugboy.com 2010 | | **Contact Name:** Phillip Bleicher |
| **Fee Due:** 35.00 | **Service Fee Paid:** 35.00 | **Claim Status:** Pending |

**Upload E**

## Claims

| Claim Id | Date | Version |
|---|---|---|
| 1-6XB5ZS | 6/8/2010 11:21:13 AM | 1 |

### Updates

| Comments | Activity Type | Status | Created | Created By |
|---|---|---|---|---|

### Attachments

| Attachment Name | File Type | Size | Date and Time | |
|---|---|---|---|---|
| 1-418745366_Application_20100618_132234 | pdf | 11,682 | 6/18/2010 01:22:35 PM | |

### Send by Mail

| Attachment Name | File Type | Size | Date and Time | Co |
|---|---|---|---|---|
| Shipping_Slip_CORCPT_1-729LMB | pdf | 19,355 | 6/18/2010 01:22:00 PM | |

---

### *eCO information*

---

**The eCO Registration System will be offline every weekend from 10:00 PM Saturday until 6:00 AM Sunday (Eastern Time) for scheduled maintenance.**

**Please click "What's new in eCO?" on your Home Page for details on recent changes to the eCO Registration System.**

---

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on th registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as requ catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits u

**EXHIBIT B (1 of 1)**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 8 04:06:29 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump   to record:     **Record 4 out of 18**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# COCODORM

| | |
|---|---|
| **Word Mark** | COCODORM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Pre-recorded CD's, video tapes, laser disks and DVD's featuring men's lifestyles and adult entertainment; downloadable video recordings featuring men's lifestyles and adult entertainment. FIRST USE: 20010901. FIRST USE IN COMMERCE: 20010901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78854317 |
| **Filing Date** | April 5, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 22, 2007 |
| **Registration Number** | 3274798 |
| **Registration Date** | August 7, 2007 |
| **Owner** | (REGISTRANT) Flava Works, Inc. CORPORATION ILLINOIS 933 W. Irving Park Rd., Ste. C Chicago ILLINOIS 60613 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**EXHIBIT C (1 of 4)**

**EXHIBIT C**



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 8 04:06:29 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout　Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |　*( Use the "Back" button of the Internet Browser to return to TESS)*

# COCOSTORE

| Field | Value |
|---|---|
| **Word Mark** | COCOSTORE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: On-line retail store services featuring media in the field of men's lifestyles and adult entertainment. FIRST USE: 20020101. FIRST USE IN COMMERCE: 20020101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78854339 |
| **Filing Date** | April 5, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 21, 2006 |
| **Registration Number** | 3206002 |
| **Registration Date** | February 6, 2007 |
| **Owner** | (REGISTRANT) Flava Works, Inc. CORPORATION ILLINOIS 933 W. Irving Park Rd., Ste. C Chicago ILLINOIS 60613 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT C (2 of 4)**

**EXHIBIT C**



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 23 04:06:28 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout    Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLAVA MEN

| | |
|---|---|
| **Word Mark** | FLAVA MEN |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Monthly men's entertainment magazine featuring pictures and text. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76609587 |
| **Filing Date** | August 30, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3025813 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) LUKEBABY PRODUCTIONS, INC. CORPORATION ILLINOIS 40 East Chicago Street, Suite 162 Chicago ILLINOIS 60611 |
| | (LAST LISTED OWNER) FLAVA WORKS, INC. CORPORATION FLORIDA 2610 NORTH MIAMI AVE. MIAMI FLORIDA 331274438 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Havona Madama |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT C (3 of 4)**



### United States Patent and Trademark Office

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:  **Record 1 out of 3**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLAVA WORKS

| | |
|---|---|
| **Word Mark** | **FLAVA WORKS** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85086562 |
| **Filing Date** | July 16, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave. Miami FLORIDA 33127 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**EXHIBIT C (4 of 4)**

**EXHIBIT D**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 8 04:06:29 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:            OR   Jump   to record:            **Record 1 out of 38**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# FLAVA WORKS

| | |
|---|---|
| **Word Mark** | FLAVA WORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85086562 |
| **Filing Date** | July 16, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave. Miami FLORIDA 33127 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**EXHIBIT D (1 of 7)**



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: _____  OR  **Jump**  to record: _____  **Record 1 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | PAPICOCK.COM |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20031014. FIRST USE IN COMMERCE: 20031014 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.25 - Blood vessels, human; Brain, human; Buttocks, human; Human, other parts of the body; Intestines, human; Lungs, human; Nerves, human; Nose, human; Spine, human; Tongue, human |
| **Serial Number** | 77914926 |
| **Filing Date** | January 19, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAPI OR .COM" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) yellow and red is/are claimed as a feature of the mark. The mark consists of The mark consists of a stylized drawing of a red penis over which the word PAPICOCK.COM is displayed made up of red letters that have a yellow outline. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT D (2 of 7)**



### United States Patent and Trademark Office

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Oct 8 04:06:29 EDT 2010*

TESS HOME　NEW USER　STRUCTURED　FREE FORM　BROWSE DICT　SEARCH OG　BOTTOM　HELP　PREV LIST　CURR LIST　NEXT LIST
FIRST DOC　PREV DOC　NEXT DOC　LAST DOC

Logout　Please logout when you are done to release system resources allocated for you.

Start　**List At:**　　OR　Jump　**to record:**　　**Record 24 out of 38**

TARR Status　ASSIGN Status　TDR　TTAB Status　*( Use the "Back" button of the Internet Browser to return to TESS)*

# PAPICOCK

| | |
|---|---|
| **Word Mark** | PAPICOCK |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20031014. FIRST USE IN COMMERCE: 20031014 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77910877 |
| **Filing Date** | January 13, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAPI" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME　NEW USER　STRUCTURED　FREE FORM　BROWSE DICT　SEARCH OG　TOP　HELP　PREV LIST　CURR LIST　NEXT LIST

**EXHIBIT D (3 of 7)**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# RAWRODS

| Word Mark | RAWRODS |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20080307. FIRST USE IN COMMERCE: 20080401 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85086301 |
| Filing Date | July 16, 2010 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave. Miami FLORIDA 33127 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT A (4 of 7)

**EXHIBIT D (4 of 7)**

1 of 2                   10/8/2010 12:53 AM

**EXHIBIT D**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Oct 8 04:06:29 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump   to record:     **Record 22 out of 38**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

**Swaggers**

| | |
|---|---|
| **Word Mark** | $WA993R$ |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20090729. FIRST USE IN COMMERCE: 20090729 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.03 - Dollar symbol ($) |
| **Serial Number** | 77915733 |
| **Filing Date** | January 20, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Description of Mark** | The color(s) red and black is/are claimed as a feature of the mark. The mark consists of the word 'SWAGGERS' in stylized red with black shadow shaded lettering with the letter 'S' represented by the '$' symbol, the lower-case letter 'G' represented by the number '9' and the letter 'E' represented by a backwards number '3'. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**EXHIBIT D (5 of 7)**

EXHIBIT A (5 of 7)



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:         OR  Jump  to record:         **Record 10 out of 18**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THUGBOY |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20010122. FIRST USE IN COMMERCE: 20010301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms |
| **Serial Number** | 77915525 |
| **Filing Date** | January 20, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 1, 2010 |
| **Owner** | (APPLICANT) **Flava Works**, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Description of Mark** | The color(s) brown, white and light brown is/are claimed as a feature of the mark. The mark consists of the word "THUGBOY" written in graffiti style letters that are brown with a white outline over a sideways clenched right fist design outlined in black, containing two shades of light brown and a white thumbnail. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**   Please logout when you are done to release system resources allocated for you.

**Start**  List At: _____ OR **Jump** to record: _____     **Record 9 out of 18**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# THUGBOY

| Word Mark | THUGBOY |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20010122. FIRST USE IN COMMERCE: 20010301 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77919166 |
| Filing Date | January 25, 2010 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 1, 2010 |
| Owner | (APPLICANT) **Flava Works**, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |