Case: 1:10-cv-06517 Document #: 16-2 Filed: 10/26/10 Page 1 of 22 PageID #:559

  

http://www.myvidster.com/user/upgrade.php

 Google 

myVidster

 social video bookmarking
collect | share | explore

Signed in as **flavaworks** | **my videos** | **account** | **subscriptions** | **logout** | family filter: off

| | myVidster | Search |

| Home | Add | Manage | **Upgrade** | Widgets | Invite | Options | Delete | Log out |

## Storage Upgrade

We offer online storage space for those who desire to backup their bookmark videos.

Why should I use upgrade?

- Bookmarked videos are stored on our servers for safe keeping.
- Quick access to your videos from anywhere.
- Showing your support for self funded projects.
- It is cheaper than a mocha grande.

### Upgrade Options

| Storage Upgrade | Cost per month | Purchase |
|---|---|---|
| +5 GBs (~250 videos) | $3 | Add 5 GBs |
| +10 GBs (~500 videos) | $5 | Add 10 GBs |
| +20 GBs (~1000 videos) | $8 | Add 20 GBs |

1 GB = 1024 MBs. Video count is based on high quality videos with a runtime between 3 to 5 minutes. Feature length videos like documentaries and movies can take up ~200-300 MBs of storage space.

### Purchased Upgrades

You have not purchased any addtional storage.

myVidster | blog | api | legal | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

Done

September 23 2010



**EXHIBIT E**



**social video bookmarking**
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

myVidster    [Search]

We have upgraded everyone's online backup storage to **500 MB** for free! You can use
your additional storage to save your favorite videos to myVidster's server for safe
keeping and faster loading. If 500 MBs is still not enough you can increase your storage
quote for a small fee here. [remove]

| Home | Add | Manage | Upgrade | Widgets | Invite | Options | Delete | Log out |

## Storage Upgrade

We offer online storage space for those who desire to backup their bookmark videos.

Why should I use upgrade?

- Bookmarked videos are stored on our servers for safe keeping.
- Quick access to your videos from anywhere.
- Showing your support for self funded projects.
- It is cheaper than a mocha grande.

### Upgrade Options

| Storage Upgrade | Cost per month | Purchase |
|---|---|---|
| +5 GBs (~250 videos) | $3 | Add 5 GBs |
| +10 GBs (~500 videos) | $5 | Add 10 GBs |
| +20 GBs (~1000 videos) | $8 | Add 20 GBs |

1 GB = 1024 MBs. Video count is based on high quality videos with a
runtime between 3 to 5 minutes. Feature length videos like
documentaries and movies can take up ~200-300 MBs of storage space.

### Purchased Upgrades

You have not purchased any addtional storage.

myVidster | blog | api | legal | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

**EXHIBIT E (3 of 8)**

EXHIBIT E

http://www.myvidster.com/

Google

myVidster

myVidster – collect the videos ...

 **social video bookmarking**
collect | share | explore

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

myVidster ⌄  Search

⚠ We have upgraded everyone's online backup storage to **500 MB** for free! You can use your additional storage to save your favorite videos to myVidster's server for safe keeping and faster loading. If 500 MBs is still not enough you can increase your storage quote for a small fee here. [remove]

myVidster is a **social video bookmarking and backup service** that lets you collect, share and search your videos. You can also explore video collections from other users using myVidster.

### Create your own video collection!

Install myVidster's **Video Bookmarks Firefox Add-on** to collect and download your favorite videos from any website!

**Install Video Bookmarks**

**See what these users are collecting now**

 **No Title**
Channel: Favorites Collection: javiflixxx
Posted 51 seconds ago by javibusta



 **Gun Size Matters. New action vid from freddiew, featuring Shenae Grimes**
Channel: Favorites Collection: reddit videos
Posted 57 seconds ago by reddit

### Top collections (this week)

twitter videos
reddit videos
videosift
Hulu
ib0oks
digg videos
yumehito
Education
vids
Metaversal Clips

 **No Title**
Channel: Favorites Collection: Dicks and Shit
Posted 3 minutes ago by GANGGbanggME

 **No Title**
Channel: Favorites Collection: boyz
Posted 8 minutes ago by james64x

### Newly popular tags

afghan and android asia blog cell cellphone
cellphones counterinsurgency croatia cute de
elections ericsson fail firefight for funny
graphics hulu infographic inforgraphic interior
john kunar message messaging military missed
moviefone news o obama province smartphone

 **No Title**
Channel: Favorites Collection: sexclips
Posted 10 minutes ago by jdb819

EXHIBIT E (4 of 8)

Done

September 22 2010

**EXHIBIT E**

 social video bookmarking
collect | share | explore

## Log in to complete your checkout

 

PayPal securely processes payments for **SalsaIndy and myVidster**. To complete your checkout using PayPal, please log in. Learn more.

| Description | Terms | Amount |
|---|---|---|
| Video Backup Storage Upgrade +5 GB | $3.00 USD for each month | $3.00 USD |

**Check out using PayPal**

Pay fast with PayPal. It's secure and you won't have to reveal your financial information. Learn more

**PayPal**

**Email:**

**Password:**

Forgot email address or password?

No PayPal account? Pay using your credit or debit card

Log In

PayPal. The safer, easier way to pay.
For more information, read our User Agreement and Privacy Policy.

**EXHIBIT E (5 of 8)**

September 23 2010

EXHIBIT E



### Add Video: Step 1

Video Link: URL or link to video file (Flash, Quicktime, Windows Media or DivX)

http://                    Retrieve Video

Link to:  ● Webpage   ○ Video File

Supported file extensions for video files: FLV, WMV, MOV, MP4, M4V, DIVX/AVI

myVidster | blog | api | terms | copyright | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

Done                                                                October 07 2010



EXHIBIT E



EXHIBIT G

 site:myvidster.com cocodorm



site:myvidster.com cocodorm  ✕  Search

About 110 results (0.26 seconds)

Instant is on ▼
SafeSearch off ▼

Advanced search

**Everything**
Images
Videos
Blogs
**More**

▼ Show search tools

▶ **2 COCODORM FREAKS**
Aug 22, 2010 ... jovonnie972 » Favorites » 2 **COCODORM** FREAKS. collect, shuffle. This
video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/334364 - Cached

**Cocodorm Brieon**
Apr 18, 2010 ... smartguy24 » Favorites » **Cocodorm** Brieon. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/136268 - Cached

**Cocodorm Brieon**
May 17, 2010 ... mycollection » Favorites » **Cocodorm** Brieon. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/164699 - Cached

**Breion sex at Cocodorm**
Aug 23, 2010 ... mateo » Favorites » Breion sex at **Cocodorm**. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/336173 - Cached

**2 COCODORM FREAKS**
May 12, 2010 ... ricoo20 » Favorites » 2 **COCODORM** FREAKS. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/158943 - Cached

**Breion sex at Cocodorm**
Sep 10, 2010 ... stuff225 » Favorites » Breion sex at **Cocodorm**. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/383116 - Cached

**Cocodorm Brieon**
Sep 26, 2010 ... SHIT » Favorites » **Cocodorm** Brieon. collect, shuffle. This video contains
adult content. To view this video you must be 18+. ...
www.myvidster.com/video/434349/Cocodorm_Brieon - Cached

**Cocodorm: Shorty J & Romeo~**
Sep 28, 2010 ... *~richard36~* » Favorites » **Cocodorm**: Shorty J & Romeo~**. collect, shuffle.
This video contains adult content. To view this video you must ...
www.myvidster.com/video/438713 - Cached

**Breion sex at Cocodorm**
Oct 7, 2010 ... 99s » Breion » Breion sex at **Cocodorm**. collect, shuffle. This video contains
adult content. To view this video you must be 18+. ...
www.myvidster.com/video/471605

**cocodorm**
Sep 9, 2009 ... igor fucks bare with his huge dick the sexy black ass dude.
www.myvidster.com/video/25229 - Cached



1  2  3  4  5  6  7  8  9  10    **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

EXHIBIT G (1 of 14)

Done    October 08 2010

**EXHIBIT G**

   

http://www.google.com/search?q=site%3Amyvidster.com+cocodorm&ie=utf-8&oe=utf-8&aq=t&rls=org.mo...  site:myvidster.com cocodorm

site:myvidster.com cocostore – Go...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▾

Web History | Search settings | Sign in



site:myvidster.com cocostore                    ✕   Search          Instant is on ▾
                                                                    SafeSearch off ▾
6 results (0.52 seconds)                           Advanced search

🌐 Everything
📷 Images
📹 Videos
▼ More

▼ Show search tools

▸ **DORM LIFE V13: SKIPPING...**
Oct 4, 2009 ... DORM LIFE V13: SKIPPING CLASS FOR ASS (Aug '08 Release) **CocoStore**:
Black & Latin thug male DVD's, VOD, and more.
www.myvidster.com/video/27871 - Cached

**DORM LIFE V13: SKIPPING...**
Nov 19, 2009 ... DORM LIFE V13: SKIPPING CLASS FOR ASS (Aug '08 Release)
**CocoStore**: Black & Latin thug male DVD's, VOD, and more. (more) ...
www.myvidster.com/video/36070/DORM - Cached

**Raw Rods 1 preview 0:02:15**
Apr 25, 2010 ... RAW RODS 1 (ROCKAFELLAZ) **CocoStore**: Black & Latin thug male DVD. ...
Source Link: www.**cocostore**.com. Permission: Adult. Description: ...
www.myvidster.com/video/142890 - Cached

**RAW DICKIN IT (Rockafellaz)...**
Apr 10, 2010 ... Source Link: **cocostore**.com. Permission: Adult. Description: RAW DICKIN IT
(Rockafellaz) (January (more). RAW DICKIN IT (Rockafellaz) ...
www.myvidster.com/video/129072 - Cached

**RAW DICKIN IT (Rockafellaz)...**
Dec 23, 2009 ... Source Link: **cocostore**.com. Permission: Public. Description: RAW DICKIN
IT (Rockafellaz) (January (more). RAW DICKIN IT (Rockafellaz) ...
www.myvidster.com/video/48108 - Cached

**RAW DICKIN IT (Rockafellaz)...**
Source Link: **cocostore**.com. Permission: Public. Description: RAW DICKIN IT
(Rockafellaz) (January (more). RAW DICKIN IT (Rockafellaz) (January (less) ...
www.myvidster.com/video/48108/RAW

*In order to show you the most relevant results, we have omitted some entries very similar to the 6
already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Done                                                                          ⊙ October 08 2010

Case: 1:10-cv-0653712 Document: 4:15-2 Filed: 10/26/10 Page 11 of 22 PageID #: 2569



http://www.google.com/search?q=site%3Amyvidster.com+cocodorm&ie=utf-8&oe=utf-8&aq=t&rls=org.mo...

site:myvidster.com cocodorm



site:myvidster.com "dorm life" – G...    +

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Web History | Search settings | Sign in



site:myvidster.com "dorm life"    ✕    Search

About 132 results (0.38 seconds)

Advanced search

Instant is on ▼
SafeSearch off ▼

🟦 **Everything**
📷 **Images**
🟦 **Videos**
🔽 **More**

🔽 Show search tools

**Dorm Life 17: Dick In Detention**
Jul 21, 2010 ... Description: Description: Scene 1: Cody Kyler, Markell Scene 2: Smooth,
Xavier Scene 3: Magic, Sincere Luv Scene 4: Hotrod, Jon Carlos Scene ...
www.myvidster.com/video/264008 - Cached

**Dorm Life - Gaywatch Videos**
Aug 21, 2010 ... Dorm Life Room mates playing in the wee hours of the morning! on
Gaywatch Videos.
www.myvidster.com/video/332718 - Cached

**DORM LIFE V13: SKIPPING...**
Oct 4, 2009 ... DORM LIFE V13: SKIPPING CLASS FOR ASS (Aug '08 Release) CocoStore:
Black & Latin thug male DVD's, VOD, and more.
www.myvidster.com/video/27871 - Cached

**Dorm Life 15 - Fourway Ebony Boys**
Jun 9, 2010 ... Joey Blowington » Favorites » Dorm Life 15 - Fourway Ebony Boys. collect,
shuffle. This video contains adult content. ...
www.myvidster.com/video/190668 - Cached

**DORM LIFE V13: SKIPPING...**
Nov 19, 2009 ... DORM LIFE V13: SKIPPING CLASS FOR ASS (Aug '08 Release) CocoStore:
Black & Latin thug male DVD's, VOD, and more. (more) ...
www.myvidster.com/video/36070/DORM - Cached

**Dorm Life 15 -skittle, snowbunnie,markel**
freakfilez » Favorites » Dorm Life 15 -skittle, snowbunnie,markel. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/39891/No_Title - Cached

**Dorm Life 15**
Sep 14, 2010 ... Snow Bunny, Markell, Skittlez and Jus Incredible get down.
www.myvidster.com/video/395477/Dorm_Life_15 - Cached

**Its All Gay - Dorm Life 7: Chp 2**
Apr 20, 2010 ... Mycollection » Favorites » Its All Gay - Dorm Life 7: Chp 2. collect, shuffle.
This video contains adult content. ...
www.myvidster.com/video/137625 - Cached

**Its All Gay - Dorm Life 7: Chp 2**
Mar 28, 2010 ... redz_ish » Favorites » Its All Gay - Dorm Life 7: Chp 2. collect, shuffle. This
video contains adult content. To view this video you must be ...
www.myvidster.com/video/117328 - Cached

**Its All Gay - Dorm Life 7: Chp 2**
Apr 3, 2010 ... stuffz » Favorites » Its All Gay - Dorm Life 7: Chp 2. collect, shuffle. This video
contains adult content. To view this video you must be ...
www.myvidster.com/video/123123 - Cached

Sponsored links

**College Dorm Furniture**
1 (888) 358 2816
Perfect For Your Lifestyle. Go to CORT
Furniture Rental Now!
www.cort.com

**College Dorm Essentials**
7000+ College Dorm Essentials Ship Free
- No Minimim! RU Ready?
www.dormsmart.com
➕ Show products from this advertiser

**Life Room**
Life Room Online. Shop Home Decor at
Target.
www.Target.com

See your ad here »



Goooooooogle ▶

1  2  3  4  5  6  7  8    **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Done                                                                    October 08 2010

EXHIBIT G

   

http://www.google.com/search?q=site%3Amyvidster.com+cocodorm&ie=utf-8&oe=utf-8&aq=t&rls=org.mo...  site:myvidster.com cocodorm

site:myvidster.com "miami uncut" ...

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Web History | Search settings | Sign in

**Google**

site:myvidster.com "Miami Uncut"          ✕   Search

About 30 results (0.24 seconds)                    Advanced search

Instant is on ▼
SafeSearch off ▼

🌐 **Everything**
📷 Images
📹 Videos
▼ More

▼ Show search tools

▶ **Miami uncut (papicock) - baby star & ice king**
Jun 10, 2010 ... Another one my all time favorite bottoms...baby star.
www.myvidster.com/.../Miami_uncut_papicock_-_baby_star_ice_king - Cached

**Favorites**
Jun 26, 2010... **Miami uncut** (papicock) - baby star & ice king, lONG DIK LATINO THUG
GETS SERVICED, Tyson kobie fucks girl - XVIDEOS.COM, 2 hot for TV. ...
www.myvidster.com/channel/19773/Favorites - Cached

**myVidster | social video bookmarking**
**Miami uncut** (papicock) - baby star & ice king. Channel: Favorites Collection: unvids. Posted
16 weeks ago by army_strong ...
www.myvidster.com/subscriptions/vip_statz&page=26 - Cached

**myVidster | social video bookmarking**
**Miami uncut** (papicock) - baby star & ice king. Channel: Favorites Collection: typ. Posted 15
weeks ago by pitt09 · Guys on a car ...
www.myvidster.com/subscriptions/london02/.../23283&page=11 - Cached

**Favorites**
... Fuckin Royalty, Teen Video, **Miami uncut** (papicock) - baby star & ice king, Forced Fuck
(part 2) - Gaywatch Videos, Forced Fuck - Gaywatch Videos ...
www.myvidster.com/channel/10873/Favorites - Cached

**myVidster | social video bookmarking**
**Miami uncut** (papicock) - baby star & ice king. Channel: Favorites Collection: mystuff. Posted
15 weeks ago by sexy073 ...
www.myvidster.com/subscriptions/.../3924&page=4 - Cached

**Favorites**
KING DINGO & BABY STARR, **Miami uncut** (papicock) - baby star & ice king, Rawassaddict's
Videos, THE MATING GAME, rock speechless, Football Thug Gets a ...
www.myvidster.com/channel/14488/Favorites - Cached

**Favorites**
Jul 23, 2010 ... Flicks | knphillys place, fuck that leasing agent, **Miami uncut** (papicock) - baby
star & ice king, LandonRok's Gaytube - Black Lion, ...
www.myvidster.com/channel/14516/Favorites - Cached

**blam2**
**Miami uncut** (papicock) - baby star & ice king, 12 Inch Work Of Art - BLACKGAYSPACE3,
Latinboyz-822 - XVIDEOS.COM, Double Up! ...
www.myvidster.com/channel/24278/blam2 - Cached

**3!oquinze**
**Miami uncut** (papicock) - baby star ... Post Date June 10, 2010. Rawassaddict's Videos. Post
Date May 4, 2010. THE MATING GAME. Post Date April 30, 2010 ...
www.myvidster.com/3oquinze - Cached

Sponsored links

**Miami Room**
$50 Save 70% Upscale South Beach! 99
Hr Sale, Book Miami Now & Save
BookIt.com/Miami

**Miami Dorm Room**
Miami Dorm Room Online. Shop Furniture
at Target.
www.Target.com

See your ad here »

 ▶

1  2  3    **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google

Done                                                      October 08 2010

    

http://www.google.com/search?q=site%3Amyvidster.com+cocodorm&ie=utf-8&oe=utf-8&aq=t&rls=org.mo... 

site:myvidster.com cocodorm 

site:myvidster.com papicock – Go...

Web | Images | Videos | Maps | News | Shopping | Gmail | more ▼

Web History | Search settings | Sign in



site:myvidster.com papicock                    ✕    Search

Instant is on ▼
SafeSearch off ▼

About 200 results (0.19 seconds)

Advanced search



🔘 **Everything**
📷 Images
▶ Videos
▼ More

▼ Show search tools

▶ **Miami uncut (papicock) - baby star & ice king**
Jun 10, 2010 ... Another one my all time favorite bottoms...baby star.
www.myvidster.com/.../Miami_uncut_papicock_-_baby_star_ice_king - Cached

**Papi Cock**
msg8800 » Favorites » **Papi Cock**. collect, shuffle. This video contains adult content. To view this video you must be 18+. Click here to disable the family ...
www.myvidster.com/video/68714/Papi_Cock - Cached

**Papi Cock**
Apr 27, 2010 ... tymes » Favorites » **Papi Cock**. collect, shuffle. This video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/144326 - Cached

**Papicock - babystar and ricco - XVIDEOS.COM**
Jun 18, 2010 ... Thugs » Favorites » **Papicock** - babystar and ricco - XVIDEOS.COM. collect, shuffle. This video contains adult content. ...
www.myvidster.com/.../Papicock_-_babystar_and_ricco_-_XVIDEOSCOM - Cached

**Marco Scott (PapiCock) Jerks**
May 15, 2010 ... FuQnHot » Favorites » Marco Scott (**PapiCock**) Jerks. collect, shuffle. This video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/162657 - Cached

**Papicock - babystar and ricco - XVIDEOS.COM**
Aug 11, 2010 ... redboiengland » Favorites » **Papicock** - babystar and ricco - XVIDEOS.COM. collect, shuffle. This video contains adult content. ...
www.myvidster.com/.../Papicock_-_babystar_and_ricco_-_XVIDEOSCOM - Cached

**Papicock - babystar and ricco - XVIDEOS.COM**
Jun 12, 2010 ... nyuboy88 » Favorites » **Papicock** - babystar and ricco - XVIDEOS.COM. collect, shuffle. This video contains adult content. ...
www.myvidster.com/video/194630 - Cached

**Papi Cock- Baby Star and Ricco Futuro**
Feb 12, 2010 ... hey » Me » **Papi Cock**- Baby Star and Ricco Futuro. collect, shuffle. This video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/.../Papi_Cock-_Baby_Star_and_Ricco_Futuro - Cached

**Marco Scott (PapiCock) Jerks**
May 18, 2010 ... tpsm » Favorites » Marco Scott (**PapiCock**) Jerks. collect, shuffle. This video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/166566 - Cached

**Papi Cock.com**
Sep 30, 2010 ... IEatBooty » Favorites » **Papi Cock**.com. collect, shuffle. This video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/446771 - Cached

Goooooooooogle ▶
1 2 3 4 5 6 7 8 9 10   **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    About Google



http://www.google.com/search?hl=en&safe=off&client=firefox-a&hs=c9y&rls=org.mozilla:en-US:official&q=site:myvidster.com+papicock&um=1&ie=UTF-8&tbo=u&tbs=vid:1&source=og&sa=N&t...    October 08 2010

site:myvidster.com thugboy – Google Search
Case 1:10-cv-06503-document 4:15-2 Filed: 10/26/10 Page 14 of 22 PageID #:2572
EXHIBIT G

 http://www.google.com/search?q=site%3Amyvidster.com+cocodorm&ie=utf-8&oe=utf-8&aq=t&rls=org.mo...  site:myvidster.com cocodorm 

site:myvidster.com thugboy – Goo...

Web | Images | Videos | Maps | News | Shopping | Gmail | more ▼

Web History | Search settings | Sign in



site:myvidster.com thugboy                    ✕   Search      Instant is on ▼
About 177 results (0.13 seconds)                            SafeSearch off ▼

Advanced search

🔴 **Everything**

📷 Images

▶ Videos

📝 Blogs

🔽 More

🔽 Show search tools

**Thugboy- Tyson and Teddy**
Feb 12, 2010 ... princess614 » Favorites » **Thugboy**- Tyson and Teddy. collect, shuffle. This
video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/80691/Thugboy-_Tyson_and_Teddy - Cached

**Thugboy**
Aug 23, 2010 ... the goodness » Favorites » **Thugboy**. collect, shuffle. This video contains
adult content. To view this video you must be 18+. ...
www.myvidster.com/video/336988/Thugboy - Cached

**Thugboy- Tyson and Teddy**
Feb 18, 2010 ... landonrok » Favorites » **Thugboy**- Tyson and Teddy. collect, shuffle. This
video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/84402/Thugboy-_Tyson_and_Teddy - Cached

**Thugboy- Tyson and Teddy**
Feb 19, 2010 ... myniggas » Favorites » **Thugboy**- Tyson and Teddy. collect, shuffle. This
video contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/85772/Thugboy-_Tyson_and_Teddy - Cached

**Thugboy- Tyson and Teddy**
Feb 12, 2010 ... hey » Me » **Thugboy**- Tyson and Teddy. collect, shuffle. This video contains
adult content. To view this video you must be 18+ ...
www.myvidster.com/video/80663 - Cached

**Thugboy- Tyson and Teddy**
Feb 19, 2010 ... diswutzhot08 » Favorites » **Thugboy**- Tyson and Teddy. collect, shuffle. This
video contains adult content. To view this video you must be 18+ ...
www.myvidster.com/video/85553 - Cached

**Thugboy**
Aug 28, 2010 ... jubooks » Favorites » **Thugboy**. collect, shuffle. This video contains adult
content. To view this video you must be 18+. ...
www.myvidster.com/video/348360 - Cached

**Thugboy- Tyson and Teddy**
Feb 20, 2010 ... Favorites » Favorites » **Thugboy**- Tyson and Teddy. collect, shuffle. This video
contains adult content. To view this video you must be 18+. ...
www.myvidster.com/video/86112 - Cached

**ThugBoy: HotRod and Redd Spyda**
Mar 9, 2010 ... javon1429 » Favorites » **ThugBoy**: HotRod and Redd Spyda. collect, shuffle.
This video contains adult content. To view this video you must be ...
www.myvidster.com/video/100250 - Cached

**ThugBoy: HotRod and Redd Spyda**
May 12, 2010 ... adult videos xxx » Favorites » **ThugBoy**: HotRod and Redd Spyda. collect,
shuffle. This video contains adult content. ...
www.myvidster.com/video/158966 - Cached



1  2  3  4  5  6  7  8  9  10    **Next**

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google

Done                                                    October 08 2010

EXHIBIT G



EXHIBIT G (7 of 14)

EXHIBIT G

myVidster



EXHIBIT G (8 of 14)

October 08 2010



EXHIBIT G (9 of 14)

EXHIBIT G



EXHIBIT G (10 of 14)

http://www.myvidster.com/search/?q=papicock&filter_by=myvidster    Google



myVidster

Signed in as flavaworks | my videos | account | subscriptions | logout | family filter: off

my**V**idster social video bookmarking
collect | share | explore

papicock    myVidster    Search

Search results for papicock

« prev 1 2 3 4 5 6 7 next »

### Results from search 10 out of 69

**PapiCock: Baby Rico and Skittlez~***
Posted 1 week ago by richard36

**PapiCock Baby Rico and Skittlez**
Posted 5 days ago by cajunboi

**Marco Scott (PapiCock) Jerks**
Posted 20 weeks ago by fuqnhot
Gorgeous body!

**PapiCock: Billy Baxter & Flamez~***
Posted 14 weeks ago by richard36

**Marco Scott (PapiCock) Jerks**
Posted 20 weeks ago by lalocandela
Gorgeous body!

**Marco Scott (PapiCock) Jerks**
Posted 20 weeks ago by freejb
Gorgeous body!

**Marco Scott (PapiCock) Jerks**
Posted 19 weeks ago by spencerelite
Gorgeous body!

**Marco Scott (PapiCock) Jerks**
Posted 12 weeks ago by jaywells29
Gorgeous body!

**Marco Scott (PapiCock) Jerks**
Posted 11 weeks ago by bootysmell
Gorgeous body!

**Marco Scott (PapiCock) Jerks**
Posted 10 weeks ago by ram081988
Gorgeous body!

« prev 1 2 3 4 5 6 7 next »

Find:    Next    Previous    Highlight all    Match    **EXHIBIT G (11 of 14)**
Done    October 08 2010

EXHIBIT G



EXHIBIT G



EXHIBIT G (13 of 14)

Case 1:10-cv-00565-TD Document 41-2 Filed: 10/26/10 Page 22 of 22 PageID #:2630

myVidster



http://www.myvidster.com/search/?q=flava men&filter_by=myvidster&page=29

Google

myVidster



social video bookmarking
collect | share | explore

flava men       myVidster       Search

**Search results for flava men**

## Results from search 10 out of 12466



**Raw Rods #1 Black Bareback Fucking at Megaporn 1:4...**
Posted 26 weeks ago by nycbigdikknigg2010

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**Raw Rods #1 Black Bareback Fucking at Megaporn 1:4...**
Posted 26 weeks ago by hazle22

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**Raw Rods #1 Black Bareback Fucking at Megaporn 1:4...**
Posted 25 weeks ago by mikejameson

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**#1 Shit**
Posted 25 weeks ago by dee

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**#1 Shit**
Posted 25 weeks ago by amquay

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**Raw Rods #1 Black Bareback Fucking at Megaporn 1:4...**
Posted 25 weeks ago by tony123

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...



**Raw Rods #1 Black Bareback Fucking at Megaporn 1:4...**
Posted 24 weeks ago by lastf75

RAW RODS #1 2008Scene 1: Impulse, Tastee Scene 2: Anubis, Vance Cloud Scene 3: Magic, Redboi Scene 4: Anubis, Impulse Scene 5: Leo Conyers, Tommy Rock...

Done       September 24 2010