





Case: 1:10-cv-06517 Document #: 15-3 Filed: 10/26/10 Page 3 of 15 PageID #:283

EXHIBIT F

Signed in as **flavaworks** | my videos | account | subscriptions | logout | family filter: off

**myVidster** — social video bookmarking
collect | share | explore

We have upgraded everyone's online backup storage to **500 MB** for free! You can use your additional storage to save your favorite videos to myVidster's server for safe keeping and faster loading. If 500 MBs is still not enough you can increase your storage quote for a small fee **here**. [remove]

**sed269**

### Videos Collected


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


No Title
Post Date September 22, 2010


Thugbait DirtyRed
Post Date September 21, 2010


RAW - Compilation
Post Date September 12, 2010


FucK Me Niggas
Post Date September 12, 2010


RAW MIA
Post Date September 12, 2010


Twisted Thugz 5, Free Porn | Sex | ...
Post Date September 11, 2010


Lextactular
Post Date September 11, 2010


Bareback Latin Gang Bang: fucked by...
Post Date September 11, 2010


Raw Upclose
Post Date September 9, 2010

**User Info**
Name: sed269
Member since: 2009-10-08
Website:

RSS Subscription

**Collections**
The Shit | Follow

**Followers (6)**
atlsbiboi  exoticblkman  daremdoido  flight1980  psodo  Thill4033

**Following (0)**
None

**Subscriptions**
None

« prev  1  2  3  4  5  ...  26  27  next »

myVidster | blog | api | legal | contact
Copyright © 2007 - 2010 myVidster All rights reserved.

EXHIBIT F (3 of 33)



















Case: 1:10-cv-06517 Document #: 15-3 Filed: 10/26/11 Page 12 of 15 PageID #:692

EXHIBIT F

EXHIBIT F (12 of 33)





