HotRod & Kydezion (3) Best Raw Fuck ever

http://www.myvidster.com/video/425895/HotRod_Kydezion_3_Best_Raw_Fuck_ever

myVidster – collect the videos ...    HotRod & Kydezion (3) Best Ra...

# myVidster
### social video bookmarking
collect | share | explore

Signed in as **flavaworks** | my videos | account | subscriptions | logout | family filter: off

[search box]  myVidster  [Search]

**ooops** » **Favorites** » HotRod & Kydezion (3) Best Raw Fuck ever     [collect]  [shuffle]

[Share]  [Buzz]   0  tweet

**Video Information**
Bookmark Date: September 24, 2010
Posted By: feelslikepuss
Source Link: grou.ps
Permission: Adult
Description:
Satisfaction Guaranteed! (more)

Embed: `<div><div id="myvidster_embed_425895"><`
URL: http://www.myvidster.com/video/425895

Tags:

**Users who are collecting this:**
TAYLORMADE99
SuperModel_J
ithinkyourcute15
fuckdaddy
sed269
Nut_Nut_2009
DUVALKID72
pepperloves
freelovegp
FuQnHot
jayjohnson
sexydee
dummett205
mixedkidd
romitco
TheReaper
DaGrippa
wht4blk200
Donald
theoneandonly20
riri
lovetohateme87
theoneandonlyme
silkweed318
Playboy2000
MiKKEY_4311
AZARI
mruntouchable5539
suppress9
magnum79
chevyboi22
AZZFETISHFREAK
rj49
blkdick4bttm
anjilzion
lamond
cosmith
joesoloman
Fineblackbrother98
chosin7
supadope
franklinrob
SeXiBttM89

00:02  05:31

Pop Up | Full Screen | Stealth | Share Video | Download / Convert | Flag

Like  3 people liked this.   DISQUS

**Showing 0 comments**
Sort by  Oldest first     Subscribe by email    Subscribe by RSS

**Add New Comment**
Optional: Login below.

[DISQUS]  [Twitter]  [OpenID]  [YAHOO!]

Type your comment here.















Signed in as **flavaworks** | my videos | account | subscriptions | logout | family filter: off

Damon1420 » Favorites » On the FLIP SIDE

collect    shuffle

Share    Buzz    0 tweet



### Video Information
**Bookmark Date:** July 9, 2010
**Posted By:** Damon1420
**Source Link:** www.tnaflix.com
**Permission:** Adult
**Description:**
Hot (more)

**Embed:** `<div><div id="myvidster_embed_239092"><`
**URL:** http://www.myvidster.com/video/239092

**Tags:**

**Users who are collecting this:**
dannynguyen
bosiboy
Damp2
tryjdog
mrken7
ThatGuy
camryn45
R3GGStar
ace1317
pecantan
rockmymic20
googlefreaks
devon120
pizzahead
yyuu90210
spiderman2099
kosep1988
clj589
Julius
cbaby2007
kj1179
dayum
mrperfect21
DisD
raymond12
sva1
jamon10
serge1988
tengoloko
marcograce
rickjr
Lowkey2010
femaleballer
princess513
JoeyBlowington
MrLately
Adonte
curious4cock
tyson08
TheReaper
Lilman09
sexy909boy
weezy4twenty

Pop Up | Full Screen | Stealth | Share Video | Flag

    

Like    3 people liked this.    DISQUS

**Showing 2 comments**
Sort by Oldest first    Subscribe by email    Subscribe by RSS

**John Goldstein**  1 month ago

my friend ;(

Like  Reply

**sexysagi**  3 weeks ago

These boys let all the freak inside them out!!!

EXHIBIT F (23 of 33)

Like  Reply

Done    September 24 2010







Screenshot of myVidster video page "KnPhilly's Place | Satisfaction Guaranteed!" (Case 1:10-cv-06517 Document #: 1-4 Filed: 10/28/10 Page 12 of 18 PageID #:267, EXHIBIT F, EXHIBIT F (27 of 33))

Case: 1:10-cv-06517 Document #: 1544 Filed: 10/28/10 Page 13 of 18 PageID #:2698

EXHIBIT F

EXHIBIT F (28 of 33)









