

May 12, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave.
Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Joseph Lopez
DMCA Agent for Server Beach Ltd.
500.101 Marietta St.
Atlanta, GA 30303
(ph) 678-365-2801
(fax) 678-365-2796
dmca@peer1.com

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act*

<u>Under Reservation of All Rights</u>

To Whom It May Concern:

I am an attorney employed by and representing Flava Works, Inc. ("Flava") for the protection of its intellectual property. Flava owns the copyright concerning an astounding number of still images (thumbnails or otherwise) and videos which you openly publish without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by you or your company(s). All of the infringements occur from the base URL http://www.MyVidster.com. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava's copyrighted works. Thumbnail images are also prominently displayed.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava's further rights concerning your

1

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ○ www.FlavaWorks.com ○ 305-438-9450 ○ FAX 866-935-7275 ○ Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava's rights in the images and directed at permanent cessation of your unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava or which you may subsequently learn to belong to Flava.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 et seq.) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava's copyrights in the identified material.

This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter.

It is possible that you currently have repeat infringers posting on your site, namely, the users AZZFETISHFREAK and CMONEYW, among others. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance.

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

**FlavaWorks**

World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 • www.FlavaWorks.com • 305-438-9450 • FAX 866-935-7275 • Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com

Below is a list of the infringing material by link:

http://www.myvidster.com/user/images/embed_flv/7620/343826242_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/531986197_1.jpg
http://www.myvidster.com/video/109179/DRINKIN_BABIES
http://www.myvidster.com/video/112639/King_Dingo_Papicock
http://www.myvidster.com/video/113073/Drillin_4_A_Nut
http://www.myvidster.com/video/117952/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/118400/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN
http://www.myvidster.com/video/127456/Coco_Shorty_J
http://www.myvidster.com/video/132803/wordTube_u2039_GClub_u2014_WordPress
http://www.myvidster.com/video/136272/Breion_Prophet_again
http://www.myvidster.com/video/136895/Hotrod_Will2k
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/94741/Dillion_Fucks_Little_Josh_Bottom_has_a_serious_fat_ass_and_pretty_toes_opens_his_legs_like_he_has_a_pussy_LOVE_THAT
http://www.myvidster.com/video/99651/Jeno_Hunter
http://www.myvidster.com/video/158828/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/116574/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/80377/castro_moaning_like_a_bitch
http://www.myvidster.com/video/79929/2
http://www.myvidster.com/video/77780/King_Dingo_Papicock
http://www.myvidster.com/video/74581/Kemancheo_Jamarion_and_Skittlez
http://www.myvidster.com/video/106372/Ruff_Rider
http://www.myvidster.com/video/104146/74590
http://www.myvidster.com/video/69324/Ken-Ninja-BabyStar
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/70534/Skittlez_and_Snow_Bunni
http://www.myvidster.com/video/158506/Rock_fucking_Slim_Nikka_Raw
http://www.myvidster.com/video/158472/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN
http://www.myvidster.com/video/74581/Kemancheo_Jamarion_and_Skittlez
http://www.myvidster.com/user/images/embed_flv/7620/343826242_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/531986197_1.jpg
http://www.myvidster.com/video/109179/DRINKIN_BABIES
http://www.myvidster.com/video/112639/King_Dingo_Papicock
http://www.myvidster.com/video/113073/Drillin_4_A_Nut
http://www.myvidster.com/video/117952/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/118400/can_i_GET_A_LIFT_MY_CAR_IS_BROKE_DOWN

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ○ www.FlavaWorks.com ○ 305-438-9450 ○ FAX: 866-935-7215 ○ Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

http://www.myvidster.com/video/127456/Coco_Shorty_J
http://www.myvidster.com/video/132803/wordTube_u2039_GClub_u2014_WordPress
http://www.myvidster.com/video/136272/Breion_Prophet_again
http://www.myvidster.com/video/136895/Hotrod_Will2k
http://www.myvidster.com/video/91917/RAW_THUGS_Cream_Pie_in_Ass_After
http://www.myvidster.com/video/94741/Dillion_Fucks_Little_Josh_Bottom_has_a_serious_fat_ass_and_pretty_toes_opens_his_legs_like_he_has_a_pussy_LOVE_THAT
http://www.myvidster.com/video/99651/Jeno_Hunter

Original works are located at:
http://CocoDorm.com
http://Thugboy.com
http://PapiCock.com
http://FlavaWorks.com
http://FlavaMen.com
http://CocoStore.com
http://RawRods.com

As the attorney for the copyright holder, I aver as follows:

1. THAT THE COPYRIGHTED WORKS SUBJECT TO THIS COMPLAINT ARE DESIGNATED ABOVE. THE PHOTOGRAPHER, THE COMPLAINANT IN THIS MATTER, IS FLAVA WORKS, INC.

2. THAT NEITHER THE UPLOADER(S), NOR SERVER BEACH LTD., NOR MYVIDSTER.COM HAS ANY AUTHORIZATION AND/OR PERMISSION TO USE, REPRODUCE OR DISTRIBUTE THE COPYRIGHTED WORKS IDENTIFIED ABOVE. THERE IS NO LICENSE OR AGREEMENT BY WHICH THIS CONTENT IS USED. NO COMPENSATION HAS EVER BEEN PAID TO THE PHOTOGRAPHER FOR THE USE OF THESE IMAGES.

3. THAT THE INFRINGING MATTER AND ITS INTERNET LOCATIONS ARE DISCLOSED IN SUBSTANTIAL DETAIL ABOVE AND ARE TRUE AND CORRECT.

4. THAT THE COMPLAINING PARTY HAS A GOOD FAITH BELIEF THAT USE OF THE MATERIAL IN THE MANNER COMPLAINED OF IS NOT AUTHORIZED BY THE COPYRIGHT OWNER, ITS AGENT, OR THE LAW.

5. THAT THE OWNER OF THE COPYRIGHTED WORKS DEMANDS THE REMEDIES APPLICABLE UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT.

**FlavaWorks**

World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ○ www.FlavaWorks.com ○ 305-438-9450 ○ FAX: 856-905-7275 ○ Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

6. THAT THE SIGNATURE BELOW IS INTENDED AS THE ELECTRONIC SIGNATURE OF JESSE LANSHE AND SHALL BE VALID FOR ANY PURPOSE FOR WHICH A MANUAL SIGNATURE UPON PAPER MIGHT BE MADE.

I hereby state, under penalty of perjury, the following:

*All of the information in this notification is accurate.*
*I am the attorney for the owner of the copyright for the works described.*

Sincerely,

Jesse Lanshe
In-house Counsel
Flava Works, Inc.
933 W. Irving Park Rd., Ste. C
Chicago, IL 60613
Phone: 305-438-9450 ext. 307
Fax: 305-438-9470
jesse@flavaworks.com

**FlavaWorks**

World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 • www.FlavaWorks.com • 305-438-9450 • FAX 866-905-7275 • Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lansne, In-House Counsel, jesse@flavaworks.com

July 20, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave.
Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Joseph Lopez
DMCA Agent for Server Beach Ltd.
500.101 Marietta St.
Atlanta, GA 30303
(ph) 678-365-2801
(fax) 678-365-2796
dmca@peer1.com

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act*

**Under Reservation of All Rights**

To Whom It May Concern:

I am an attorney employed by and representing Flava Works, Inc. ("Flava") for the protection of its intellectual property. Flava owns the copyright concerning an astounding number of still images (thumbnails or otherwise) and videos which you openly publish without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by you or your company(s). All of the infringements occur from the base URL http://www.MyVidster.com. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava's copyrighted works. Thumbnail images are also prominently displayed.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava's further rights concerning your

1

**EXHIBIT I (1 of 5)**

**FlavaWorks**

World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ● www.FlavaWorks.com ● 305-438-9450 ● FAX 856-905-7275 ● Toll free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava's rights in the images and directed at permanent cessation of your unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava or which you may subsequently learn to belong to Flava.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava's copyrights in the identified material.

This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter.

It is possible that you currently have repeat infringers posting on your site, namely, the users AZZFETISHFREAK and CMONEYW, among others. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

Please advise me when the offending images have been removed so that we may re-inspect the site for compliance.

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438  www.FlavaWorks.com  305-438-9450  FAX 866-935-7275  Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com

Below is a list of the infringing material by link:

http://www.myvidster.com/user/images/embed_flv/10222/191271802_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/17509/447533518_1.jpg
http://www.myvidster.com/user/images/embed_flv/21085/1395502874_1.jpg
http://www.myvidster.com/user/images/embed_flv/21741/609604115_1.jpg
http://www.myvidster.com/user/images/embed_flv/21962/1339691855_1.jpg
http://www.myvidster.com/user/images/embed_flv/21962/897821903_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1103458712_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1481574665_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1569822355_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1587548264_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1591324334_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1603407326_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/162663925_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/1713546103_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/2051087250_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/362576966_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/524230850_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/557401436_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/744393213_1.jpg
http://www.myvidster.com/user/images/embed_flv/23029/898105430_1.jpg
http://www.myvidster.com/user/images/embed_flv/26922/143171159_1.jpg
http://www.myvidster.com/user/images/embed_flv/29228/1205458191_1.jpg
http://www.myvidster.com/user/images/embed_flv/5416/1477230676_1.jpg
http://www.myvidster.com/user/images/embed_flv/5416/722440005_1.jpg
http://www.myvidster.com/user/images/embed_flv/6525/826628427_1.jpg
http://www.myvidster.com/user/images/embed_flv/7756/775374818_1.jpg
http://www.myvidster.com/video/185088/_Danger_Zone_gets_his_cherry_pulverized
http://www.myvidster.com/video/186580/No_Title
http://www.myvidster.com/video/186585/Babyboy_and_Xxxtasy
http://www.myvidster.com/video/187563/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/187566/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place
http://www.myvidster.com/video/192498/Kemancheo-Syxx_Flicks_KnPhillys_Place
http://www.myvidster.com/video/198182/Dai_Dai_ROCK_Envy
http://www.myvidster.com/video/202313/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/202315/shorty_c1
http://www.myvidster.com/video/202317/shorty_c2

**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ⬤ www.FlavaWorks.com ⬤ 305-438-9450 ⬤ FAX: 866-905-7275 ⬤ Toll Free 1-877-352-8254
**Chicago Office** 903 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

http://www.myvidster.com/video/214032/Video_by_ajamu_graves_-_DL_Thugs_Chat
http://www.myvidster.com/video/214890/BiG_JoHn_N_TrAy
http://www.myvidster.com/video/226447/2_COCODORM_FREAKS
http://www.myvidster.com/video/246039/light_skin_papi_elmo_jackson_get_fucked_by_blk_thug_
http://www.myvidster.com/video/246039/light_skin_papi_elmo_jackson_get_fucked_by_blk_thug_
http://www.myvidster.com/video/246043/FINE_AZZ_YELLA_DUDE
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259210/Ass_stretcher_2
http://www.myvidster.com/video/259213/Ass_stretcher_2
http://www.myvidster.com/video/259279/Dai_Dai_BrooklynEnvy_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259285/Rock_and_Shorty_J
http://www.myvidster.com/video/259304/DeAngelo_Jackson_and_Rica_Zaiciah
http://www.myvidster.com/video/259308/Raw_Fucking_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/259356/Dai_Dai_BrooklynEnvy_Flicks_KnPhillys_Place
http://www.myvidster.com/video/259361/FREAKZILLA_FUCKS_A_CUTIE
http://www.myvidster.com/video/259375/Sneak_and_fuck
http://www.myvidster.com/video/259383/Elmo_Fantasy
http://www.myvidster.com/video/259393/HotRod_Kydezion_3_Flicks_KnPhillys_Place

Original works are located at:
http://CocoDorm.com
http://Thugboy.com
http://PapiCock.com
http://FlavaWorks.com
http://FlavaMen.com
http://CocoStore.com
http://RawRods.com

As the attorney for the copyright holder, I aver as follows:

1. THAT THE COPYRIGHTED WORKS SUBJECT TO THIS COMPLAINT ARE DESIGNATED ABOVE. THE PHOTOGRAPHER, THE COMPLAINANT IN THIS MATTER, IS FLAVA WORKS, INC.

2. THAT NEITHER THE UPLOADER(S), NOR SERVER BEACH LTD., NOR MYVIDSTER.COM HAS ANY AUTHORIZATION AND/OR PERMISSION TO USE, REPRODUCE OR DISTRIBUTE THE COPYRIGHTED WORKS IDENTIFIED ABOVE. THERE IS NO LICENSE OR AGREEMENT BY WHICH THIS CONTENT IS USED. NO COMPENSATION HAS EVER BEEN PAID TO THE PHOTOGRAPHER FOR THE USE OF THESE IMAGES.

3. THAT THE INFRINGING MATTER AND ITS INTERNET LOCATIONS ARE DISCLOSED IN SUBSTANTIAL DETAIL ABOVE AND ARE TRUE AND CORRECT.

4

EXHIBIT I (4 of 5)

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ● www.FlavaWorks.com ● 305-438-9450 ● FAX 866-935-7275 ● Toll Free 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613
Jesse Lanshe, In-House Counsel, jesse@flavaworks.com

4. THAT THE COMPLAINING PARTY HAS A GOOD FAITH BELIEF THAT USE OF THE MATERIAL IN THE MANNER COMPLAINED OF IS NOT AUTHORIZED BY THE COPYRIGHT OWNER, ITS AGENT, OR THE LAW.

5. THAT THE OWNER OF THE COPYRIGHTED WORKS DEMANDS THE REMEDIES APPLICABLE UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT.

6. THAT THE SIGNATURE BELOW IS INTENDED AS THE ELECTRONIC SIGNATURE OF JESSE LANSHE AND SHALL BE VALID FOR ANY PURPOSE FOR WHICH A MANUAL SIGNATURE UPON PAPER MIGHT BE MADE.

I hereby state, under penalty of perjury, the following:

*All of the information in this notification is accurate.*
*I am the attorney for the owner of the copyright for the works described.*

Sincerely,

*[signature]*  Digitally signed by Jesse Lanshe
DN: cn=Jesse Lanshe, o=Flava Works, Inc., ou=933 W. Irving Park Rd., Ste. C, Chicago, IL 60613, email=jesse@flavaworks.com, c=US
Date: 2010.07.20 13:48:15 -05'00'

Jesse Lanshe
In-house Counsel
Flava Works, Inc.
933 W. Irving Park Rd., Ste. C
Chicago, IL 60613
Phone: 305-438-9450 ext. 307
Fax: 305-438-9470
jesse@flavaworks.com

5

**EXHIBIT I (5 of 5)**

**EXHIBIT J**

**FlavaWorks** 2610 North Miami Ave., Miami FL 33127-4438 ❖ www.FlavaWorks.com ❖ 305-438-9450 ❖ FAX: 866-935-7275 ❖ Toll Free: 1-877-352-8254

August 21, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing material that I demand be disabled or removed in consideration of the above:
http://www.myvidster.com/user/images/embed_flv/17091/1102641024_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/1422569532_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/1890887454_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/334003161_1.jpg
http://www.myvidster.com/user/images/embed_flv/17091/536794507_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1065307960_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1694425078_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/1923451769_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/49788184_1.jpg
http://www.myvidster.com/user/images/embed_flv/7620/534223328_1.jpg

http://www.myvidster.com/video/140569/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place  
http://www.myvidster.com/video/140569/FreakZilla_and_ArmyBrat_Flicks_KnPhillys_Place  
http://www.myvidster.com/video/228735/Big_dick_in_tight_hole_Videos_King_Stories_Gay_Entertainment  
http://www.myvidster.com/video/233452/Apple_Bottom_Ge-No  
http://www.myvidster.com/video/236693/Flip_Side_Free_Porn_Sex_Porno_at_Tnaflix  
http://www.myvidster.com/video/243825/Cocodorm_Brieon  
http://www.myvidster.com/video/243825/Cocodorm_Brieon  
http://www.myvidster.com/video/245624/Young_CastroSupreme  
http://www.myvidster.com/video/245640/blk_guy_fucks_light_skin_papi_Going_real_deep  
http://www.myvidster.com/video/246140/Deka_Carmell_Flicks_KnPhillys_Place  
http://www.myvidster.com/video/246154/Flamez_and_Suspect_Free_Porn_Sex_Porno_at_Tnaflix  
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place  
http://www.myvidster.com/video/246306/Elmo_Jackson_DB_Da_Best_Flicks_KnPhillys_Place  
http://www.myvidster.com/video/276223/dormlifeXI  
http://www.myvidster.com/video/277141/Hotroddayday_-_XVIDEOSCOM  
http://www.myvidster.com/video/277141/Hotroddayday_-_XVIDEOSCOM  
http://www.myvidster.com/video/300739/COCODORM_-_49_min  
http://www.myvidster.com/video/308918/Papicock_-_babystar_and_ricco_-_XVIDEOSCOM  

Location of ORIGINAL WORKS:  
http://www.FlavaWorks.com  
http://www.cocoboyz.com  
http://www.Thugboy.com  

Sincerely,



Phillip Bleicher,  
Copyright Owner

**FlavaWorks** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 866-935-7275 ✿ Toll Free: 1-877-352-8254

September 22, 2010

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing material that I demand be disabled or removed in consideration of the above:

http://www.myvidster.com/profile/BrothaManBlack#user
http://www.myvidster.com/profile/dcshannytime10
http://www.myvidster.com/user/images/embed_flv/13521/1061396217_1.jpg
http://www.myvidster.com/user/images/embed_flv/13521/1968625125_1.jpg
http://www.myvidster.com/user/images/embed_flv/13521/2072156123_1.jpg
http://www.myvidster.com/user/images/embed_flv/16515/1922851396_1.jpg
http://www.myvidster.com/user/images/embed_flv/16515/281610459_1.jpg
http://www.myvidster.com/user/images/embed_flv/3871/1992427818_1.jpg
http://www.myvidster.com/user/images/embed_flv/3871/519737845_1.jpg

**EXHIBIT K (1 of 2)**

http://www.myvidster.com/video/120428/Big_Dick_In_Tight_Hole_Raw_
http://www.myvidster.com/video/120438/DemetriLeoRicky_D_Flicks_KnPhillys_Place
http://www.myvidster.com/video/125373/KnPhillys_Place_JD_and_ThugNasty_Video
http://www.myvidster.com/video/125917/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/125917/KnPhillys_Place_Satisfaction_Guaranteed
http://www.myvidster.com/video/242328/MR_FIX_IT
http://www.myvidster.com/video/242328/MR_FIX_IT
http://www.myvidster.com/video/329264/ThugBoy_HotRod_and_Redd_Spyda
http://www.myvidster.com/video/377985/Its_All_Gay_-_Elmo_gets_pounded
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/383156/Raw_Thugs_2
http://www.myvidster.com/video/399229/GayForItcom_-_Four_way
http://www.myvidster.com/video/399649/ruff_ryder_Flicks_KnPhillys_Place
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418154/Fuck_Dry_U_Off_Make_Me_Wet
http://www.myvidster.com/video/418735/Deangelo_jackson_and_shabazz_-_XVIDEOSCOM
http://www.myvidster.com/user/images/embed_flv/37205/1235351873_1-thumb_medium.jpg
http://www.myvidster.com/video/420893/No_Title

Location of ORIGINAL WORKS:
http://www.FlavaWorks.com
http://www.cocoboyz.com
http://www.Thugboy.com

Sincerely,




Phillip Bleicher,
Copyright Owner