

December 5, 2010


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net


Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital ***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter

1 of 5



were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.



**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

Of special note, several links have been reported before and have STILL NOT BEEN REMOVED. Additionally, this link and several listed below state that are hosting on external servers, but upon further review, the video files are hosted and shared on MYVIDSTER/VOXEL Servers.

http://www.myvidster.com/video/688018/Girlfriends_baby_brother

http://www.myvidster.com/user/images/embed_flv/3958/1272957462_1.jpg
http://www.myvidster.com/dannya
http://www.myvidster.com/user/images/embed_flv/21230/1018301935_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1607973765_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1617078730_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1618756064_1.jpg
http://www.myvidster.com/video/688018/Girlfriends_baby_brother
http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter
http://www.myvidster.com/video/692655/RawRods_Daddy_Cream_Prince
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692780/RawRodscom_-_Big_Dick_Orgy_Part_2
http://www.myvidster.com/video/694321/BrazilBlack_White_and_Brown_FULL_LENGTH
http://www.myvidster.com/profile/southernboidallas
http://www.myvidster.com/user/images/embed_flv/21230/1018301935_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1607973765_1.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1617078730_1-thumb_medium.jpg
http://www.myvidster.com/user/images/embed_flv/21230/1618756064_1.jpg
http://www.myvidster.com/video/688018/Girlfriends_baby_brother



http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter
http://www.myvidster.com/video/692655/RawRods_Daddy_Cream_Prince
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692668/THUGS_fuckin_RAW
http://www.myvidster.com/video/692780/RawRodscom_-_Big_Dick_Orgy_Part_2
http://www.myvidster.com/video/694321/BrazilBlack_White_and_Brown_FULL_LENGTH
http://www.myvidster.com/video/694393/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com




Sincerely,




Phillip Bleicher,
Chief Executive Officer



World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

phil@flavaworks.com