

December 9, 2010


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net


Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com



**DMCA Notice of Copyright Infringement**

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the* Digital *Millennium Copyright Act*

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses



controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**



NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Below is YET AGAIN (Our FOURTH time) list of the repeat infringers and infringing links to material of which you have been notified before. Of special note is that you are failing to remove the infringing thumbnail images associated with this copyrighted works, you are FAILING to create a filter and allowing the SAME individuals to RE-UPLOAD to your servers the same files which have been identified in previous DMCA Take Down Notices.

I would also like to call to your attention to this video as an example (screenshot attached)
http://www.myvidster.com/video/714227/DeAngelo_and_Trax
You have this video linked on your server multiple times, yet when we send DMCA notice to you, you ONLY remove the link, NOT THE SOURCE URL, and according to our investigation, the infringing material is located ON YOUR SERVER.

It states "Title: DeAngelo and Trax Source url: **Source link not found**, contact webmaster."
http://www.myvidster.com/video/714227/DeAngelo_and_Trax
```
<link rel="videolink" href="http://www.myvidster.com/video/714227">
<link rel="videolink" href="http://www.myvidster.com/video/63486">
```
And also: http://www.myvidster.com/video/625333/This_Shit_IS_HOT_

You are FAILING to remove (as required under DMCA) repeat infringers, by this you and your server are NO LONGER eligible for safe harbor.

As a reminder to our past DMCA Notices which have went ignored, here is a list of repeat infringers and infringing links which we demand removal within 24 hours.

http://www.myvidster.com/profile/bigdick7

http://www.myvidster.com/profile/d2010

http://www.myvidster.com/profile/damscotty

http://www.myvidster.com/profile/Hoodnikka91

http://www.myvidster.com/profile/kerry14544

http://www.myvidster.com/profile/mdbttmdude

http://www.myvidster.com/profile/mdbttmdude#user

http://www.myvidster.com/profile/momo5111980



http://www.myvidster.com/profile/quill

http://www.myvidster.com/profile/spotlight912

http://www.myvidster.com/profile/str8klass

http://www.myvidster.com/profile/wldsgreatest702

http://www.myvidster.com/video/375601/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/381436/Hotrod_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/389518/Hotrod_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/553701/tearing_up_some_good_ass_part_2_

http://www.myvidster.com/video/575844/Breion_Diamond_-_Late_for_Class_

http://www.myvidster.com/video/612637/Big_Juicy_Raw_Dick

http://www.myvidster.com/video/625333/This_Shit_IS_HOT_

http://www.myvidster.com/video/63486/DeAngelo_and_Trax

http://www.myvidster.com/video/657298/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/674547/Thugboy_Hotrod_and_Shabazz

http://www.myvidster.com/video/692573/RawRods_Hotrod_fucks_Elmo_Carter

http://www.myvidster.com/video/699022/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699025/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699047/Short_dudes_cab_fuck_to

http://www.myvidster.com/video/699100/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/699124/Joe_Jerks

http://www.myvidster.com/video/699159/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition



http://www.myvidster.com/video/699159/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699162/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/699164/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699169/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699182/Breion_Smooth_and_Sauki_

http://www.myvidster.com/video/699262/2_sexy_men_having_sex

http://www.myvidster.com/video/699285/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition

http://www.myvidster.com/video/714093/Kemancheo_and_reeci_-_XVIDEOSCOM

http://www.myvidster.com/video/714107/a_POUND_full_of_CUMMMMM

http://www.myvidster.com/video/714130/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714141/londonrock

http://www.myvidster.com/video/714142/DeAngelo_and_Trax

http://www.myvidster.com/video/714157/DeAngelo_and_Trax

http://www.myvidster.com/video/714182/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714195/BIG_JOHN_FROM_THUG_BOY_GETS_FUCKED

http://www.myvidster.com/video/714206/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714224/Unruly_Dude2_Big_Black_Bare_Beautiful

http://www.myvidster.com/video/714227/DeAngelo_and_Trax

http://www.myvidster.com/video/714271/Late_for_school_fuckin_with_Breion

http://www.myvidster.com/profile/abank

http://www.myvidster.com/profile/amaterialhag



http://www.myvidster.com/profile/AZZFETISHFREAK

http://www.myvidster.com/profile/bigadrian

http://www.myvidster.com/profile/Blaqconquest

http://www.myvidster.com/profile/blka2cutie

http://www.myvidster.com/profile/bootysmell

http://www.myvidster.com/profile/brod706

http://www.myvidster.com/profile/CivicBoi01

http://www.myvidster.com/profile/CJ10

http://www.myvidster.com/profile/cmoneyw

http://www.myvidster.com/profile/cshawty

http://www.myvidster.com/profile/Damon1420

http://www.myvidster.com/profile/daqare

http://www.myvidster.com/profile/DCARTER

http://www.myvidster.com/profile/diamonds

http://www.myvidster.com/profile/fifthcharactermuppet

http://www.myvidster.com/profile/fuckdaddy

http://www.myvidster.com/profile/FuQnHot

http://www.myvidster.com/profile/gaypop

http://www.myvidster.com/profile/HOODSEX

http://www.myvidster.com/profile/ieswaggermade

http://www.myvidster.com/profile/iluvbttms76

http://www.myvidster.com/profile/in4deep

http://www.myvidster.com/profile/johnjackson



http://www.myvidster.com/profile/jrz88

http://www.myvidster.com/profile/kblkmusicman

http://www.myvidster.com/profile/maalik

http://www.myvidster.com/profile/markopolo26

http://www.myvidster.com/profile/nellyhayes

http://www.myvidster.com/profile/neumagic

http://www.myvidster.com/profile/nycbigdikknigg2010

http://www.myvidster.com/profile/onlidingding

http://www.myvidster.com/profile/orgasmikk

http://www.myvidster.com/profile/phatboi01

http://www.myvidster.com/profile/prada_kyss

http://www.myvidster.com/profile/richard36

http://www.myvidster.com/profile/sexy909boy

http://www.myvidster.com/profile/sexyblk223

http://www.myvidster.com/profile/smilez

http://www.myvidster.com/profile/suppress9

http://www.myvidster.com/profile/taylormade99

http://www.myvidster.com/profile/TheReaper

http://www.myvidster.com/profile/Xpr3ssBoii

http://www.myvidster.com/video/678605/Its_All_Gay_-_DeAngelo_Isaiah_

http://www.myvidster.com/video/202674/Amhir_Cruze_Redd_Spyda_pt22

http://www.myvidster.com/video/344651/Fine_Lovers_Doin_What_They_Do



http://www.myvidster.com/video/355759/Domino_star_and_romeo_storm_-_XVIDEOSCOM

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/485367/Domino_Star_and_Romeo_Storm_-

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/540299/gimme_that_boi_pussy_right

http://www.myvidster.com/video/550588

http://www.myvidster.com/video/557171/Cocodorm_One_Night_With_The_Prince_Part_3

http://www.myvidster.com/video/566252

http://www.myvidster.com/video/571604/Coco_Dorm-_2_hours

http://www.myvidster.com/video/573026/Homies_Going_Hard

http://www.myvidster.com/video/574021/RawRods_Rock_fucks_dude_at_Sizzle

http://www.myvidster.com/video/591734/PapiCock_King_Dingo_fucks_BabyStar

http://www.myvidster.com/video/599842/Elmo_Jackson_trainer

http://www.myvidster.com/video/601283/cum_inside_me_rawrods

http://www.myvidster.com/video/608112/RawRodscom_DeAngelo_Tastee

http://www.myvidster.com/video/611381/Thugboy_Chance_Jacobs_fucks_PM_Dawn

http://www.myvidster.com/video/614694/Thugboy_Breion_fucks_Mr_Saukei_

http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi

http://www.myvidster.com/video/616033/RawRods_Hotrod_fucks_Lil_Papi



http://www.myvidster.com/video/616420/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS

http://www.myvidster.com/video/616956/RawRodscom_-_Berlin_gets_it_Raw_with_NUTT_in_his_ASS

http://www.myvidster.com/video/625276/Cocodorm_Big_Black_Dicks

http://www.myvidster.com/video/636464/RawRods-Magic_Redboi_Ma_Favorite_Scene

http://www.myvidster.com/video/642960/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/643109/Cocodorm_Deka_Jay_Jay_fuck_

http://www.myvidster.com/video/643252/Fine_ass_Marco_Scott_-_PapiCockcom

http://www.myvidster.com/video/645571/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/650304/Alejandro

http://www.myvidster.com/video/650395/PapiCock_Baby_Rico_and_Skittlez

http://www.myvidster.com/video/650481/Fizzo_and_Kemancheo

http://www.myvidster.com/video/656106/Cocodorm_Breion_Prophet_Mr_Sauki_fuck

http://www.myvidster.com/video/656137/Cocodorm_Breion_Prophet_Mr_Sauki_fuck

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com



Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com