

February 7, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net


Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the* Digital *Millennium Copyright Act*

*Under Reservation of All Rights*


To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter



were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.



FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 www.FlavaWorks.com 305-438-9450 FAX: 305-438-9470 Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the repeat infringers by link:

http://www.myvidster.com/jammyfavs

http://www.myvidster.com/collection/32307

http://www.myvidster.com/collection/18337

http://www.myvidster.com/collection/57008

http://www.myvidster.com/jayfaves

http://www.myvidster.com/patrick

http://www.myvidster.com/imjuxme

http://www.myvidster.com/collection/9352

http://www.myvidster.com/p009

http://www.myvidster.com/victoriatr

http://www.myvidster.com/collection/8264

http://www.myvidster.com/fabb

http://www.myvidster.com/myfavcollection89

http://www.myvidster.com/stufflikethat

http://www.myvidster.com/richard36

http://www.myvidster.com/dontjudge

http://www.myvidster.com/myvidsking

http://www.myvidster.com/dcblue23

http://www.myvidster.com/lilnigga09

http://www.myvidster.com/kashebony

http://www.myvidster.com/thebadboyzclub

http://www.myvidster.com/coolkid20

Below is a list of the infringing material by link:
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda

http://www.myvidster.com/user/images/embed_flv/69376/275528546_1.jpg

http://www.myvidster.com/user/images/embed_flv/69376/1951941127_1.jpg

http://www.myvidster.com/user/images/embed_flv/8156/644371798_1.jpg

http://www.myvidster.com/video/1030667/fear_of_a_black_hat

http://www.myvidster.com/video/995959/Raw_Thugs_-_scene_1

http://www.myvidster.com/user/images/embed_flv/8156/572580553_1.jpg

http://www.myvidster.com/user/images/embed_flv/26265/1360175593_1.jpg

http://www.myvidster.com/video/1035553/Castro_Xmas__Castro_jerk-off_that_monster_dick

http://www.myvidster.com/user/images/embed_wmv/9257/231025892_1.jpg

http://www.myvidster.com/user/images/embed_flv/8694/260540102_1.jpg



http://www.myvidster.com/video/669904/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/user/images/embed_flv/8694/1520570937_1.jpg

http://www.myvidster.com/user/images/embed_flv/15157/714782205_1.jpg

http://www.myvidster.com/video/894506/Romeo_St_James_Vs_Shorty_J

http://www.myvidster.com/video/538367/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/27871/DORMLIFEV13SKIPPING

http://www.myvidster.com/video/143974/Big_Dick_Black_Homothug_Tyson_Fucks_Latino_Papi_

http://www.myvidster.com/video/868907/MIAMIUNCUT2HotasHell

http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy

http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut

http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher

http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/853454/PapiCock

http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_

http://www.myvidster.com/video/859978/Huge_dick_blatino_teen

http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1

http://www.myvidster.com/video/862271/Breion_-_Late_for_Class

http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James

http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher

http://www.myvidster.com/video/884100/Thugboy

http://www.myvidster.com/video/886842/Thugboy



http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda

http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs

http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2

http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie

http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden

http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito

http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck

http://www.myvidster.com/video/957853/Cocodormcom

http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_

http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog

http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com