

February 16, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net


Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:   gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act*

**REPEAT INFRINGERS STILL EXIST – NO ACTION HAS BEEN TAKEN
MANY OF OUR COPYRIGHTED LINKS / VIDEOS / IMAGES STILL RESIDE ON YOUR SERVER!
FINAL NOTICE BEFORE WE AMEND OUR COMPLAINT!**

**REMOVE ALL FLAVA WORKS' TRADEMARKS!**

                                                                    *Under Reservation of All Rights*


To Whom It May Concern:

1 of 13



I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.



This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).
NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of links and repeat infringers that we demand be removed, which include all source files, images, thumbnails, infringers and any variation of a link:
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/9352
http://www.myvidster.com/collection/9352
http://www.myvidster.com/coolkid20
http://www.myvidster.com/coolkid20
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dontjudge
http://www.myvidster.com/dontjudge
http://www.myvidster.com/fabb



http://www.myvidster.com/fabb
http://www.myvidster.com/imjuxme
http://www.myvidster.com/imjuxme
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jayfaves
http://www.myvidster.com/jayfaves
http://www.myvidster.com/kashebony
http://www.myvidster.com/kashebony
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myvidsking
http://www.myvidster.com/myvidsking
http://www.myvidster.com/p009
http://www.myvidster.com/p009
http://www.myvidster.com/patrick
http://www.myvidster.com/patrick
http://www.myvidster.com/richard36
http://www.myvidster.com/richard36
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/user/images/embed_flv/32278/849151866_1.jpg
http://www.myvidster.com/victoriatr
http://www.myvidster.com/victoriatr
http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy
http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy
http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy
http://www.myvidster.com/video/1018544/RawRods_Arquez_Valentino
http://www.myvidster.com/video/1023176/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut
http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut
http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut
http://www.myvidster.com/video/1025865/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1031320/xxxbunkercom_mr_saukei_tastee_breion_diamond
http://www.myvidster.com/video/1040553/Breion_at_the_gym_from_Xvideos_ADNLTCOM
http://www.myvidster.com/video/1046009
http://www.myvidster.com/video/1046645/Thugboy_Skittles_Markell_Snow_Bunni_Rock
http://www.myvidster.com/video/1049045/Cocodorm_Markell_fucks_sexy_thugboy_pt_2
http://www.myvidster.com/video/1049045/Cocodorm_Markell_fucks_sexy_thugboy_pt_2

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✲ www.FlavaWorks.com ✲ 305-438-9450 ✲ FAX: 305-438-9470 ✲ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1062569/RAWRODS7TAKEITINTHE_GUTS
http://www.myvidster.com/video/1064345/Rawrods_Video
http://www.myvidster.com/video/1072101/Thugboy_Romeo_St_James_Rhino
http://www.myvidster.com/video/1073674/RawRods_HOTTT_BAREBACK
http://www.myvidster.com/video/1078804/BREION_KAYDEN
http://www.myvidster.com/video/1079565/RawRods_Hotrod_fucks_Longhaired_guy
http://www.myvidster.com/video/1091382/RawRods_Kannon_fucks_Iraq_Cruz
http://www.myvidster.com/video/1098410/_eufeimeo_and_freakzilla
http://www.myvidster.com/video/1098443/Rawrods_Kairo_Japan_Rockafella_Kydezion_Rockafella
http://www.myvidster.com/video/1098543/2_Sexy_Ass_Niggas_
http://www.myvidster.com/video/1098732/THUGBOYV8FuckWhatYou
http://www.myvidster.com/video/1098734/SWAGGERSNov09
http://www.myvidster.com/video/1098742/JFizzo_V_Skittlez_V_Kemancheo_V_SnowBunnie
http://www.myvidster.com/video/1098758/Ninja_Ken
http://www.myvidster.com/video/1098788/PapiCock_DeAngelo_Jackson_and_Malachi
http://www.myvidster.com/video/1098827/Papicock_Tyson_fucks_Angel_Pierre
http://www.myvidster.com/video/1098835/Julian_Rockafella_Hot_Rod
http://www.myvidster.com/video/1098847/RawRods_Rock_fucks_Kris
http://www.myvidster.com/video/1098884/RawRods_Kannon_Iraq_Cruz
http://www.myvidster.com/video/1098953/Cookies_Cream
http://www.myvidster.com/video/1098974/Breion_at_the_gym_from_Xvideos_ADNLTCOM
http://www.myvidster.com/video/1099030/xxxbunkercom_eufeimeo_and_freakzilla
http://www.myvidster.com/video/1099114/RawRods_Kannon_fucks_Iraq_Cruz
http://www.myvidster.com/video/1099124/_eufeimeo_and_freakzilla
http://www.myvidster.com/video/1099124/_eufeimeo_and_freakzilla
http://www.myvidster.com/video/1099131/_eufeimeo_and_freakzilla
http://www.myvidster.com/video/1099134/RawRods_Kannon_fucks_Iraq_Cruz
http://www.myvidster.com/video/1099159/_eufeimeo_and_freakzilla
http://www.myvidster.com/video/222942
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/851222/Lucky
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/854769/IT_WAS_HOT_FUKCING_THE_WEED_MAN_-_Pornhubcom
http://www.myvidster.com/video/854917/One_Night_With_The_Prince_Part_1_

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 · www.FlavaWorks.com · 305-438-9450 · FAX: 305-438-9470 · Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/884100/Thugboy
http://www.myvidster.com/video/884100/Thugboy
http://www.myvidster.com/video/884100/Thugboy
http://www.myvidster.com/video/886842/Thugboy
http://www.myvidster.com/video/886842/Thugboy
http://www.myvidster.com/video/886842/Thugboy
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/917878/THINK_YOU_CAN_HANDLE_DAT_DICK
http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✱ www.FlavaWorks.com ✱ 305-438-9450 ✱ FAX: 305-438-9470 ✱ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie
http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/9352
http://www.myvidster.com/coolkid20
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dontjudge
http://www.myvidster.com/fabb
http://www.myvidster.com/imjuxme
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jayfaves
http://www.myvidster.com/kashebony
http://www.myvidster.com/lilnigga09

Case: 1:10-cv-06517 Document #: 115-12 Filed: 10/26/11 Page 8 of 13 PageID #:2679



http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myvidsking
http://www.myvidster.com/p009
http://www.myvidster.com/patrick
http://www.myvidster.com/profile/dicklova
http://www.myvidster.com/profile/dicklova#/3
http://www.myvidster.com/profile/jayperez3
http://www.myvidster.com/profile/kgeezy
http://www.myvidster.com/richard36
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/user/images/embed_flv/32278/849151866_1.jpg
http://www.myvidster.com/victoriatr
http://www.myvidster.com/video/1004225/Raw_Rods_-_Arquez_Valentino
http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy
http://www.myvidster.com/video/1008934/thick_lite_skin_dude_get_fucked
http://www.myvidster.com/video/1008945/A_Fuck_That_Is_Oscar_Worthy_
http://www.myvidster.com/video/1008958/fear_of_a_black_hat
http://www.myvidster.com/video/1018544/RawRods_Arquez_Valentino
http://www.myvidster.com/video/1020606/_sexy_3sum
http://www.myvidster.com/video/1023125/vers_talent
http://www.myvidster.com/video/1023176/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut
http://www.myvidster.com/video/1025865/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1026356/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1026448/HotRod_Tasty_-_Pornhubcom
http://www.myvidster.com/video/1026537/danger_xtasy
http://www.myvidster.com/video/1027673/RAWANDNASTY2DEC
http://www.myvidster.com/video/1035266/Skittles_Markell_and_Snow_Bunni
http://www.myvidster.com/video/1035332
http://www.myvidster.com/video/1044053/RAWANDNASTY1SEPT
http://www.myvidster.com/video/1045219/Big_Dick_Orgy_pt_1
http://www.myvidster.com/video/1046009
http://www.myvidster.com/video/1046423/RawRods_Hotrod_Romeo_Storm
http://www.myvidster.com/video/1046452/RAWANDNASTY1SEPT
http://www.myvidster.com/video/1046481/NOTHING_BUT_HOTTTTT_FUCKING_GOING_ON
http://www.myvidster.com/video/1046487/_Smooths_Crib_Full
http://www.myvidster.com/video/1046503/_Luv_this_dude
http://www.myvidster.com/video/1046627/Ace_rockwood_and_iraq_
http://www.myvidster.com/video/1046633/Thugboy_Skittles_Markell_Snow_Bunni_Rock
http://www.myvidster.com/video/1046645/Thugboy_Skittles_Markell_Snow_Bunni_Rock
http://www.myvidster.com/video/1046664/ThugBoycom_-_Gay_Black_Thugs
http://www.myvidster.com/video/1046740/fear_of_a_black_hat

8 of 13

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438  www.FlavaWorks.com  305-438-9450  FAX: 305-438-9470  Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1046804/fear_of_a_black_hat
http://www.myvidster.com/video/1046809/Romeo_St_James_Vs_Shorty_J
http://www.myvidster.com/video/1046812/Romeo_St_James_Vs_Shorty_J
http://www.myvidster.com/video/1047392/Mr_Sauki_and_Julian_James
http://www.myvidster.com/video/1047440/Dick_Lover
http://www.myvidster.com/video/1047449/Interracial_Ass_Fuck_Santiago_Gonzales
http://www.myvidster.com/video/1047475/MrSaukeiTastee_Brieon
http://www.myvidster.com/video/1047502/MrSaukeiTastee_Brieon
http://www.myvidster.com/video/1049045/Cocodorm_Markell_fucks_sexy_thugboy_pt_2
http://www.myvidster.com/video/24319/Dudevu_-_Two_black_muscle_guys_with_big_dicks_fuck_hard_each_other_in_the_ass_like_tomorrow_is_the_end_of_the_world_Video
http://www.myvidster.com/video/304297/Getting_It_In_
http://www.myvidster.com/video/430218/Flamez_and_suspect_-
http://www.myvidster.com/video/434624/Black_Gay_Threesome
http://www.myvidster.com/video/49736/Versatiles_Fucking
http://www.myvidster.com/video/641814
http://www.myvidster.com/video/641814
http://www.myvidster.com/video/641814
http://www.myvidster.com/video/655973/RICO_WATTS_BEST_THUG_BOTTOM_EVER_
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/721371/_JRock_and_Raymond_Usher
http://www.myvidster.com/video/722462/Janell_and_Trade
http://www.myvidster.com/video/731942/DORM_LIFE_13_--_GET_READY_TO_OVERDOSE_ON_LONG_HARD_BLACK_DICK_-_Pornhubcom
http://www.myvidster.com/video/751936/Raw_cornrows
http://www.myvidster.com/video/755359/One_Night_With_The_Prince_Part_4
http://www.myvidster.com/video/760840/Black_Lion_tops_BQ
http://www.myvidster.com/video/760944/Getting_It_In_
http://www.myvidster.com/video/768804/Raw_Rods_1_Black_Bareback_Fucking_at_Megaporn_14332
http://www.myvidster.com/video/768832/NOTHING_BUT_HOTTTTT_FUCKING_GOING_ON
http://www.myvidster.com/video/771825/NOTHING_BUT_HOTTTTT_FUCKING_GOING_ON
http://www.myvidster.com/video/775447/Danger_Zone_Bottoms_OMG
http://www.myvidster.com/video/778050/Deangelo_jackson_and_rica_zaiciah-krg_-_XVIDEOSCOM
http://www.myvidster.com/video/790646/ACE_ROCKWOOD_HOOKS_UP_IN_HOTEL_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/798007/Big_Dick_Orgy_pt_2
http://www.myvidster.com/video/798009/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/798762/DORM_LIFE_13_--_GET_READY_TO_OVERDOSE_ON_LONG_HARD_BLACK_DICK_-_Pornhubcom

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 · www.FlavaWorks.com · 305-438-9450 · FAX: 305-438-9470 · Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/798812/BIG_DICK_SEXY_LATINO_THUG_GETS_SERVICED
http://www.myvidster.com/video/812675/Papi_X_3
http://www.myvidster.com/video/820265/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/820322/Twisted_Thugz_5_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/827352/Rock_fucks_Moaning_Queen
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/835407/RICO_WATTS_BEST_THUG_BOTTOM_EVER_
http://www.myvidster.com/video/843134/dont_sleep_every_nigga_in_florida_is_gay_or_bi
http://www.myvidster.com/video/851903/VIDEOXNXXCOM_Longer_Flash_Porn_Videos_FREE
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/853454/PapiCock
http://www.myvidster.com/video/857468/CHANCE_JACOBS_AND_DOMINO_STAR
http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/859978/Huge_dick_blatino_teen
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/862271/Breion_-_Late_for_Class
http://www.myvidster.com/video/868276/Adultspacecom_A_Stimulating_Social_Network_For_the_Adult_Community_-_Special_Edition
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher
http://www.myvidster.com/video/878115/Big_Dicks_Mac_Mace_and_Johnnyboy_fuck
http://www.myvidster.com/video/88237/Lex_and_Wild_Boy_-_High_-_XVIDEOSCOM
http://www.myvidster.com/video/884100/Thugboy
http://www.myvidster.com/video/886842/Thugboy
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda

FlavaWorks
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda
http://www.myvidster.com/video/891429/Romeo_St_James_Vs_Shorty_J
http://www.myvidster.com/video/901951/Thick_Lite_Skin_Dude_Get_Fucked_By_A_Big_Dick_Videos_BlkM4Mcom_-_The_1_Urban_Gay_Social_Network
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2
http://www.myvidster.com/video/914617/Rock_and_London_-_Gaywatch_Videos
http://www.myvidster.com/video/914786/RAWANDNASTY2DEC
http://www.myvidster.com/video/917878/THINK_YOU_CAN_HANDLE_DAT_DICK
http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie
http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie
http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie
http://www.myvidster.com/video/923533/RAWANDNASTY2DEC
http://www.myvidster.com/video/935672/Thick_Lite_Skin_Dude_Get_Fucked_By_A_Big_Dick_Videos_BlkM4Mcom_-_The_1_Urban_Gay_Social_Network
http://www.myvidster.com/video/937617/BREION_KAYDEN
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck
http://www.myvidster.com/video/949435/dont_sleep_every_nigga_in_florida_is_gay_or_bi
http://www.myvidster.com/video/951188/Mr_Saukei_and_Ricco_Furtado
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/957853/Cocodormcom
http://www.myvidster.com/video/958566/_Smooths_Crib_Full
http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau



http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau
http://www.myvidster.com/video/963819/_Smooths_Crib_Full
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog
http://www.myvidster.com/video/973002/Ace_Prince
http://www.myvidster.com/video/979061/good_sex_with_romeo_st_james
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano
http://www.myvidster.com/video/995355/Fine_Lovers_Doin_What_They_Do


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com