

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

March 15, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

Voxel Dot Net, Inc.
Attn: Legal Support, DMCA Complaints
29 Broadway 30th Floor
New York, NY 10006
Phone: 212.812.4190 Fax: 212.812.4195
abuse@voxel.net

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter



were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.



**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

On February 25, 2011, we identified several copyright infringers of your website who were posting, bookmarking and storing videos in violation of DMCA. These users have not been removed and continue to infringe on our copyrights and trademarks.

For example, this user http://www.myvidster.com/coolkid20 recently posted this video and image which are copyrighted by Flava Works, Inc.

http://www.myvidster.com/video/1264660/Arquez_Ralph_Laurin

http://www.myvidster.com/user/images/embed_flv/29792/1548928579_1.jpg

The list of infringing material and the infringers by link are:

http://www.myvidster.com/collection/18337

http://www.myvidster.com/collection/32307

http://www.myvidster.com/collection/57008

http://www.myvidster.com/collection/8264

http://www.myvidster.com/collection/9352


http://www.myvidster.com/dcblue23

http://www.myvidster.com/dontjudge

http://www.myvidster.com/fabb



http://www.myvidster.com/imjuxme

http://www.myvidster.com/jammyfavs

http://www.myvidster.com/jayfaves

http://www.myvidster.com/kashebony

http://www.myvidster.com/lilnigga09

http://www.myvidster.com/myfavcollection89

http://www.myvidster.com/myvidsking

http://www.myvidster.com/p009

http://www.myvidster.com/patrick

http://www.myvidster.com/profile/dicklova

http://www.myvidster.com/profile/jayperez3

http://www.myvidster.com/profile/kgeezy

http://www.myvidster.com/richard36

http://www.myvidster.com/stufflikethat

http://www.myvidster.com/thebadboyzclub

http://www.myvidster.com/victoriatr


http://www.myvidster.com/user/images/embed_flv/32278/849151866_1.jpg


http://www.myvidster.com/video/1005835/Cocodorm_Deka_fucks_gemini_boy

http://www.myvidster.com/video/1008189/Gaywatchcom_Free_Gay_Videos_Nice_big_Hole

http://www.myvidster.com/video/1015929/Now_Thats_sum_GOOD_RAW_FUCKING_-_Only_wish_it_was_a_LONGER_SCENE



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1018544/RawRods_Arquez_Valentino

http://www.myvidster.com/video/1023176/RawRods_Hotrod_Romeo_Storm

http://www.myvidster.com/video/1023566/Cocodorm_PM_Dawn_busts_a_sweet_nut

http://www.myvidster.com/video/1025865/RawRods_Hotrod_Romeo_Storm

http://www.myvidster.com/video/1031320/xxxbunkercom_mr_saukei_tastee_breion_diamond

http://www.myvidster.com/video/1035300/Swa_Boy_and_Willie_Grays_by_Papi_Cock_-_Presented_by_JustUsBoys_Gay_Porn_Videos

http://www.myvidster.com/video/1035300/Swa_Boy_and_Willie_Grays_by_Papi_Cock_-_Presented_by_JustUsBoys_Gay_Porn_Videos

http://www.myvidster.com/video/1036030/Sexy_Couple_Nutt_and_Kiss

http://www.myvidster.com/video/1040553/Breion_at_the_gym_from_Xvideos_ADNLTCOM

http://www.myvidster.com/video/1046009

http://www.myvidster.com/video/1046645/Thugboy_Skittles_Markell_Snow_Bunni_Rock

http://www.myvidster.com/video/1049045/Cocodorm_Markell_fucks_sexy_thugboy_pt_2

http://www.myvidster.com/video/10491/Bust_a_NUTT_-_part_1

http://www.myvidster.com/video/1062569/RAWRODS7TAKEITINTHE_GUTS

http://www.myvidster.com/video/1064345/Rawrods_Video

http://www.myvidster.com/video/1071955/RawRods_Rock_fucks_Kris

http://www.myvidster.com/video/1072101/Thugboy_Romeo_St_James_Rhino

http://www.myvidster.com/video/1073674/RawRods_HOTTT_BAREBACK

http://www.myvidster.com/video/1074006/Sexy_Couple_Nutt_and_Kiss

http://www.myvidster.com/video/1078804/BREION_KAYDEN



http://www.myvidster.com/video/1079565/RawRods_Hotrod_fucks_Longhaired_guy

http://www.myvidster.com/video/1089708/Blow_My_Back_Out_CoCo_Dorm_Boys_-_Skittlez_Snow_Bunni

http://www.myvidster.com/video/1089708/Blow_My_Back_Out_CoCo_Dorm_Boys_-_Skittlez_Snow_Bunni

http://www.myvidster.com/video/1089708/Blow_My_Back_Out_CoCo_Dorm_Boys_-_Skittlez_Snow_Bunni

http://www.myvidster.com/video/1090848/Papicock_Tyson_fucks_Angel_Pierre

http://www.myvidster.com/video/1091382/RawRods_Kannon_fucks_Iraq_Cruz

http://www.myvidster.com/video/1092783/Cocodorm_Fucking_Orgy

http://www.myvidster.com/video/1093557/Cocodorm_Fucking_Orgy

http://www.myvidster.com/video/1094042/PapiCock_DeAngelo_Jackson_and_Malachi

http://www.myvidster.com/video/1094381/RawRods_Hotrod_fucks_Longhaired_guy

http://www.myvidster.com/video/1097217/Jason_Tiya_Phat_Daddy_Pt_1

http://www.myvidster.com/video/1097326/Red_Bone_top

http://www.myvidster.com/video/1098227/Hot_Rod_and_Rica_Zaiciah

http://www.myvidster.com/video/1098246/_eufeimeo_and_freakzilla

http://www.myvidster.com/video/1098247/RawRods_Julian_Rockafella_Hotrod

http://www.myvidster.com/video/1098250/Rawrods_Kairo_Japan_Rockafella_Kydezion_Rockafella

http://www.myvidster.com/video/1098384/Desire__Kemancheo__Snow_Bunni

http://www.myvidster.com/video/1098742/JFizzo_V_Skittlez_V_Kemancheo_V_SnowBunnie

http://www.myvidster.com/video/1098827/Papicock_Tyson_fucks_Angel_Pierre

http://www.myvidster.com/video/1098862/DORM_LIFE_13_-_GET_READY_TO_OVERDOSE_ON_LONG_HARD_BLACK_DICK_-_Pornhubcom



http://www.myvidster.com/video/1098884/RawRods_Kannon_Iraq_Cruz

http://www.myvidster.com/video/1098885/RawRods_Kannon_fucks_Iraq_Cruz

http://www.myvidster.com/video/1101308/Monstermeat_-_XVIDEOSCOM

http://www.myvidster.com/video/1101310/Kamrun_Friend

http://www.myvidster.com/video/1110519/Cuban_Redd_fucks_Raymond_Usher_-_Pornhubcom

http://www.myvidster.com/video/1110530/Desire__Kemancheo__Snow_Bunni

http://www.myvidster.com/video/1110546/Hot_Threesome

http://www.myvidster.com/video/1110551/xxxbunkercom_gay_anal_threesome

http://www.myvidster.com/video/1110553/Cuban_Redd_fucks_Raymond_Usher_-_Pornhubcom

http://www.myvidster.com/video/1110554/Hot_Threesome

http://www.myvidster.com/video/1110582/No_Title

http://www.myvidster.com/video/1110602/Cuban_Redd_fucks_Raymond_Usher_-_Pornhubcom

http://www.myvidster.com/video/1110627/Rock_Big_Dick_Red_Fuck_Raw

http://www.myvidster.com/video/1110731/No_Title

http://www.myvidster.com/video/1110736/Coco_Dorm_Boys_Gettin_it_IN

http://www.myvidster.com/video/1110785/RawRods_HOTTT_BAREBACK

http://www.myvidster.com/video/1110787/_eufeimeo_and_freakzilla

http://www.myvidster.com/video/1110840/Coco_Dorm_Boys_Gettin_it_IN

http://www.myvidster.com/video/1110844/Breion_cyann_and_elmo_-_XNXXCOM

http://www.myvidster.com/video/1110846/_eufeimeo_and_freakzilla

http://www.myvidster.com/video/1110934/DORMLIFEV20DoubleX



http://www.myvidster.com/video/1111093/No_Title

http://www.myvidster.com/video/1111128/Coco_Dorm_Boys_Gettin_it_IN

http://www.myvidster.com/video/1111131/Breion_cyann_and_elmo_-_XNXXCOM

http://www.myvidster.com/video/1111135/Coco_Dorm_Boys_Gettin_it_IN

http://www.myvidster.com/video/1111211/_eufeimeo_and_freakzilla

http://www.myvidster.com/video/1111219/Cuban_Redd_fucks_Raymond_Usher_-_Pornhubcom

http://www.myvidster.com/video/1111244/_eufeimeo_and_freakzilla

http://www.myvidster.com/video/1111921/WHITE_BOI_GETS_HIM_SUM_BLACK_DICK

http://www.myvidster.com/video/1111996/Christian_Armani_Ken_Mariano

http://www.myvidster.com/video/1113266/RawRods_Dante_Envy_Rockafella

http://www.myvidster.com/video/1118279/Huge_Load_in_Treys_Mouth

http://www.myvidster.com/video/1119226/Thugboy_Cuban_Redd

http://www.myvidster.com/video/1120426/RawRods_Kannon_fucks_Shabazz

http://www.myvidster.com/video/1123692/Raw_Thugs

http://www.myvidster.com/video/1124359/No_Title

http://www.myvidster.com/video/1125214/Cocodorm_Slimthug_fucks_Brent

http://www.myvidster.com/video/1125555/

http://www.myvidster.com/video/1127155/Cocodorm_The_Vito_Show

http://www.myvidster.com/video/1127156/Raw_Thugs

http://www.myvidster.com/video/1129945/POWER_BOTTOM_TURNS_OUT_TOP

http://www.myvidster.com/video/1132407/RawRods_Taz_and_Quez

http://www.myvidster.com/video/1134260/RawRods_Romeo_Storm_fucks_Isaiah_Fox



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1142297/RawRods_Taz_and_Quez

http://www.myvidster.com/video/1145789/RawRods_Devious_Dragon_Leo_Skye

http://www.myvidster.com/video/1147624/RawRods_Kannon_fucks_Shabazz

http://www.myvidster.com/video/1150120/PapiCock_Flamez_fucks_Billy_Baxter_

http://www.myvidster.com/video/1154891/Breion_Raw

http://www.myvidster.com/video/1160494/Cocodorm_Fucking_Orgy

http://www.myvidster.com/video/1173520/ThugBoy_u2013_Domino_Star_Fucks_Ignition_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs

http://www.myvidster.com/video/1173877/Cocodorm_Fucking_Orgy

http://www.myvidster.com/video/1174040/raw_rods

http://www.myvidster.com/video/1181722/Deangelo_jackson_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/1181798/RawRods_Romeo_Storm_fucks_Mikeal_Race

http://www.myvidster.com/video/1181843/DORMLIFEV20DoubleX

http://www.myvidster.com/video/1181960/Sexy_Couple_Nutt_and_Kiss

http://www.myvidster.com/video/1182015/LETS_FUCK_BEFORE_THE_GAME_CUUMS_ON_-_Pornhubcom

http://www.myvidster.com/video/1182023/Deangelo_jackson_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/1182038/Big_Dick_In_Tight_Hole_Raw

http://www.myvidster.com/video/1182059/DORMLIFEV20DoubleX

http://www.myvidster.com/video/1182072/DORMLIFEV20DoubleX

http://www.myvidster.com/video/1182099/RawRods_Romeo_Storm_fucks_Mikeal_Race

http://www.myvidster.com/video/1182104/Breion_Raw



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ⚙ www.FlavaWorks.com ⚙ 305-438-9450 ⚙ FAX: 305-438-9470 ⚙ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1182113/Breion_cyann_and_elmo_-_XNXXCOM

http://www.myvidster.com/video/1182123/Malo_

http://www.myvidster.com/video/1182138/Breion_Raw

http://www.myvidster.com/video/1182188/RawRods_Romeo_Storm_fucks_Mikeal_Race

http://www.myvidster.com/video/1192683/Thugboy_Skittles_Markell_Snow_Bunni_Rock

http://www.myvidster.com/video/1192683/Thugboy_Skittles_Markell_Snow_Bunni_Rock

http://www.myvidster.com/video/1218517/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218623/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218636/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218639/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218665/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218713/ACE_ROCKWOOD_PRINCE_Free_Porn_Sex_Porno_at_T
naflix

http://www.myvidster.com/video/1218735/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218750/Baby_Star_Breion_Diamon_Mizfit

http://www.myvidster.com/video/1218751/xxxbunkercom_romeo_st_james_samuel_-_high

http://www.myvidster.com/video/1218776/ACE_ROCKWOOD_PRINCE_Free_Porn_Sex_Porno_at_T
naflix

http://www.myvidster.com/video/1218786/Good_bttm

http://www.myvidster.com/video/1218801/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218817/Good_bttm

http://www.myvidster.com/video/1218828/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218853/Good_bttm



http://www.myvidster.com/video/1218876/RawRods_kashmeir_Kemancheo

http://www.myvidster.com/video/1218891/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1218955/ACE_ROCKWOOD_PRINCE_Free_Porn_Sex_Porno_at_T naflix

http://www.myvidster.com/video/1218971/xxxbunkercom_romeo_st_james_samuel_-_high

http://www.myvidster.com/video/1219035/GayForItcom_-_Black_guys

http://www.myvidster.com/video/1219046/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1219080/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1219103/I_Found_My_Perfect_Top

http://www.myvidster.com/video/1219116/_flamez_xavier_vega_and_batboy

http://www.myvidster.com/video/1219266/I_Found_My_Perfect_Top

http://www.myvidster.com/video/125116/Augie_Solo

http://www.myvidster.com/video/135263/Blatino_Gay_Sex_-_Gay_sex_video_-_Tube8com

http://www.myvidster.com/video/143888/Rico_Fucks_The_Spa_Boy

http://www.myvidster.com/video/146590/Bareback_In_A_Truck

http://www.myvidster.com/video/149933/Breion_Raw

http://www.myvidster.com/video/157484

http://www.myvidster.com/video/157517

http://www.myvidster.com/video/158497/Brad_star_and_asian_interracial_-_XVIDEOSCOM

http://www.myvidster.com/video/161686/Twink_Sex

http://www.myvidster.com/video/17858/THREE_SOME_THUG_LIFE_-_DL_Thugs_Chat

http://www.myvidster.com/video/18364/The_New_Pleasure_Dome_2



http://www.myvidster.com/video/18366/The_New_Pleasure_Dome_2

http://www.myvidster.com/video/186498/Rock_And_Remy

http://www.myvidster.com/video/20096/Agent_Gay_-_Bareback_Jockey

http://www.myvidster.com/video/20103/Agent_Gay_-_Cum_Eatin_Dudes

http://www.myvidster.com/video/222942

http://www.myvidster.com/video/222942/Rock_Big_Dick_Red_Fuck_Raw

http://www.myvidster.com/video/242663/Brazilian_Nuts_3_Free_Porn_Sex_Porno_at_Tnaflix

http://www.myvidster.com/video/270394/Hard_Fuck

http://www.myvidster.com/video/28063/Videos_-_streetlife

http://www.myvidster.com/video/309501/raw_seduction

http://www.myvidster.com/video/311556/MR_SAUKEI_FUCKS_69THUG_PAPI_

http://www.myvidster.com/video/337274/Black2ubecom_B2_-_Mr_Xrated_join_the_family

http://www.myvidster.com/video/34610/VIDEOXNXXCOM_Longer_Flash_Porn_Videos_FREE

http://www.myvidster.com/video/47213/VIDEOXNXXCOM_Longer_Flash_Porn_Videos_FREE

http://www.myvidster.com/video/485953/Two_ebony_dudes_have_fun

http://www.myvidster.com/video/54077/Do_what_they_do

http://www.myvidster.com/video/571464/LETS_EAT_

http://www.myvidster.com/video/571798/The_Red_Chair

http://www.myvidster.com/video/581971/The_New_Pleasure_Dome_2

http://www.myvidster.com/video/582172/Hard_Fuck

http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher



http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher

http://www.myvidster.com/video/666100/_JRock_and_Raymond_Usher

http://www.myvidster.com/video/729018/ACE_ROCKWOOD_HOOKS_UP_IN_HOTEL_Free_Porn_Sex_Porno_at_Tnaflix

http://www.myvidster.com/video/79158/3_Raw_Fellas_Demetri_Leo_Ricky_-_XNXXCOM

http://www.myvidster.com/video/804388/Red_Bone_top

http://www.myvidster.com/video/817140/Taggaz_Phoenix_and_PM_pt_3_

http://www.myvidster.com/video/819278/The_Big_Bed

http://www.myvidster.com/video/82096/3_Raw_Fellas_Demetri_Leo_Ricky_-_XNXXCOM

http://www.myvidster.com/video/82758/3_Raw_Fellas_Demetri_Leo_Ricky_-_XNXXCOM

http://www.myvidster.com/video/832632/Baby_Star_hittin_up_his_homie_from_High_School_Getting_Reaquainted_by_fucking_

http://www.myvidster.com/video/833037/Loosening_that_hole

http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/834206/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/851222/Lucky

http://www.myvidster.com/video/853454/PapiCock

http://www.myvidster.com/video/853454/PapiCock

http://www.myvidster.com/video/853454/PapiCock

http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_

http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/859565/RawRodscom_-_gang_initiation_LAST_SCENE_LONG_DICK_DRED_BEATIN_IT_

http://www.myvidster.com/video/859978/Huge_dick_blatino_teen

http://www.myvidster.com/video/861392/RawRodscom_-_Big_Dick_Orgy_Part_1

http://www.myvidster.com/video/862271/Breion_-_Late_for_Class

http://www.myvidster.com/video/865037/Red_Bone_top

http://www.myvidster.com/video/867216/Chance_And_Domino_-_Free_Videos_Adult_Sex_Tube_-_Black2ubecom

http://www.myvidster.com/video/869331/Papi_fuck_-_XVIDEOSCOM

http://www.myvidster.com/video/87299/PHOENIX_N_PIPE2

http://www.myvidster.com/video/873861/Cocodorm_Chino_fucks_Romeo_St_James

http://www.myvidster.com/video/875366/Thugboy_JRock_Raymond_Usher

http://www.myvidster.com/video/877785/_Black_Gays_In_Orgy_Spray_Cum_Everywhere

http://www.myvidster.com/video/884100/Thugboy

http://www.myvidster.com/video/886842/Thugboy

http://www.myvidster.com/video/889797/Cocodorm_Deka_fucks_Redd_Spyda

http://www.myvidster.com/video/894952/phat_lippz_and_thrillz

http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs

http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs

http://www.myvidster.com/video/905425/Big_Dick_Black_Bareback_Raw_Gay_Sex_u2013_RawRods_Black_Gay_Porn_Blog_Big_Dick_Black_Gay_Porn_Black_Gay_Thugs

http://www.myvidster.com/video/906147/Cocodorm_One_Night_With_The_Prince_Part_2



http://www.myvidster.com/video/906231/Hard_Fuck

http://www.myvidster.com/video/91564/Gettin_it_in

http://www.myvidster.com/video/917878/THINK_YOU_CAN_HANDLE_DAT_DICK

http://www.myvidster.com/video/922402/Cocodorm_DORM_LIFE_13_full_movie

http://www.myvidster.com/video/928683/ACE_ROCKWOOD_FUCKS_PAPI_

http://www.myvidster.com/video/928787/How_Can_I_Repay_You

http://www.myvidster.com/video/931997/Christian_Armani_Ken_Mariano

http://www.myvidster.com/video/939954/Thugboy_Tyson_fucks_in_Zen_garden

http://www.myvidster.com/video/941034/Christian_Armani_Ken_Mariano

http://www.myvidster.com/video/946976/Cocodorm_Pimp_and_Vito

http://www.myvidster.com/video/948270/PapiCock_Mr_Saukei_and_Ricco_Furtado_fuck

http://www.myvidster.com/video/957853/Cocodormcom

http://www.myvidster.com/video/959493/Deangelo_jackson_and_shabazz_-_XVIDEOSCOM

http://www.myvidster.com/video/960815/Thugboy_Ace_Rockwood_Prince_Le_Beau

http://www.myvidster.com/video/96140/Long_dik_project_trade

http://www.myvidster.com/video/965365/Thugboy_Tyson_fucks_Tastee_

http://www.myvidster.com/video/9704/Bowl_of_cum_Flix_DL_Thugs_Club

http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog

http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog

http://www.myvidster.com/video/972185/Raw_Rods_Black_Bareback_Dick_Down_-_Kannon_Remy_Black_Bareback_Gay_Porn_Blog_RawRodsBlog



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/978462/Shorty_J_Rock

http://www.myvidster.com/video/980777/Papicock_Cayden_Cooper_et_Ken_Mariano

http://www.myvidster.com/video/993061/Cody_Kyler_Ninja_Nixon

http://www.myvidster.com/video/994021/RAW_DICKIN_IT__Part_4

http://www.myvidster.com/video/994031/RAW_DICKIN_IT__Part_3_

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com