

April 22, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works



which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

The list of infringing material and the infringers by link are:
http://www.myvidster.com/video/1049039
http://www.myvidster.com/video/1052931/_Milking_His_Walls-RAW_-_Pornhubcom
http://www.myvidster.com/video/1167596/DominoStar_and_Ninja_-_Gaywatch_Videos
http://www.myvidster.com/video/1217514/Raw_Thugs_-_scene_2
http://www.myvidster.com/video/1231558/Black_Orgy
http://www.myvidster.com/video/1237098/RawRods_kashmeir_Kemancheo
http://www.myvidster.com/video/1248139/Cocodorm_Markell_fucks_sexy_thugboy_pt_1
http://www.myvidster.com/video/1248271/Thugboy_Christian_Armani_PM_Dawn
http://www.myvidster.com/video/1248410/Pimp_Cocodorm_Breaks_in_Bobby
http://www.myvidster.com/video/1250572/Maliki_Fucks_Vito
http://www.myvidster.com/video/1250583/Pimp_and_Vito
http://www.myvidster.com/video/1264413/Arquez_Ralph_Laurin
http://www.myvidster.com/video/1272420/RAW_THUGS
http://www.myvidster.com/video/1288370/Its_All_Gay_-_black_dude
http://www.myvidster.com/video/1351155/Hotrod_and_Papi
http://www.myvidster.com/video/1365971/Drake_and_Hotrod
http://www.myvidster.com/video/1373949/Pimp_and_Vito
http://www.myvidster.com/video/1389863/Drake_fucking_Hotrod_SEXY_D
http://www.myvidster.com/video/1391193/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbanks_on_top
http://www.myvidster.com/video/1393339/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbanks_on_top
http://www.myvidster.com/video/1398606/PapiCock_Usher_Richbanks_fucks_Malo_HOT
http://www.myvidster.com/video/1415742/MEGAPORN_VIDEO_-_The_red_light_district_of_file_hosting_online_storage_Adults_ONLY
http://www.myvidster.com/video/1421797/kashmeir_and_kemancheo

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1424296/Skittlez_Baby_Ricobefore_the_club
http://www.myvidster.com/video/1429951/Malo_and_Soldier_
http://www.myvidster.com/video/1429960/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbanks_on_top
http://www.myvidster.com/video/1430669/Christian_Xavier_DeAngelo_Jackson
http://www.myvidster.com/video/1440794/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/1441192/xxxbunkercom_nice_latin_gay_sex
http://www.myvidster.com/video/1445396/chance_jacobs_domino_star
http://www.myvidster.com/video/1445590/long_cocks_fucking_raw
http://www.myvidster.com/video/1457890/Papicock_King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/1462671/blk_3_way
http://www.myvidster.com/profile/Damon1420
http://www.myvidster.com/profile/Diamonds
http://www.myvidster.com/profile/dicklova
http://www.myvidster.com/profile/Fifthcharactermuppet
http://www.myvidster.com/profile/FuQnHot
http://www.myvidster.com/profile/Iiluvbttms76
http://www.myvidster.com/profile/In4deep
http://www.myvidster.com/profile/jayperez3
http://www.myvidster.com/profile/Johnjackson
http://www.myvidster.com/profile/Kblkmusicman
http://www.myvidster.com/profile/kgeezy
http://www.myvidster.com/profile/Maalik
http://www.myvidster.com/profile/mrgoodbody
http://www.myvidster.com/profile/Nellyhayes
http://www.myvidster.com/profile/Neumagic
http://www.myvidster.com/profile/Nycbigdikknigg2010
http://www.myvidster.com/profile/Onlidingding
http://www.myvidster.com/profile/Phatboi01
http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/Sexy909boy
http://www.myvidster.com/profile/Sexyblk223
http://www.myvidster.com/video/1462849/BEST_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1464381/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464389/kashmeir_and_kemancheo
http://www.myvidster.com/video/1464404/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464409/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464415/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464424/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464432/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464435/Malo_Solo
http://www.myvidster.com/video/1464468/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1464475/kashmeir_and_kemancheo



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1464489/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1464546/Sweet_licking_of_black_ass_hole_at_BoyFriendTV
http://www.myvidster.com/video/1464563/dormboyzgroup
http://www.myvidster.com/video/1464573/Romeo_Storm_Seduction
http://www.myvidster.com/video/1464575/kashmeir_and_kemancheo
http://www.myvidster.com/video/1464585/kashmeir_and_kemancheo
http://www.myvidster.com/video/157484
http://www.myvidster.com/video/351135
http://www.myvidster.com/video/464877/myVidster
http://www.myvidster.com/video/465011/Rock_Speechless
http://www.myvidster.com/video/659533
http://www.myvidster.com/video/674794
http://www.myvidster.com/collection/18337
http://www.myvidster.com/collection/32307
http://www.myvidster.com/collection/57008
http://www.myvidster.com/collection/8264
http://www.myvidster.com/collection/9352
http://www.myvidster.com/coolkid20
http://www.myvidster.com/dcblue23
http://www.myvidster.com/dontjudge
http://www.myvidster.com/fabb
http://www.myvidster.com/imjuxme
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jammyfavs
http://www.myvidster.com/jayfaves
http://www.myvidster.com/kashebony
http://www.myvidster.com/lilnigga09
http://www.myvidster.com/myfavcollection89
http://www.myvidster.com/myvidsking
http://www.myvidster.com/p009
http://www.myvidster.com/patrick
http://www.myvidster.com/profile/Azzfetishfreak
http://www.myvidster.com/profile/Blka2cutie
http://www.myvidster.com/profile/Bootysmell
http://www.myvidster.com/profile/Brod706
http://www.myvidster.com/profile/Cmoneyw
http://www.myvidster.com/profile/Smilez
http://www.myvidster.com/profile/Taylormade99
http://www.myvidster.com/profile/Tazze_t
http://www.myvidster.com/richard36
http://www.myvidster.com/stufflikethat
http://www.myvidster.com/thebadboyzclub
http://www.myvidster.com/victoriatr



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.PapiCock.com
http://www.RawRods.com
http://www.CocoDorm.com
http://www.ThugBoy.com
http://www.CocoBoyz.com
http://www.MixItUpBoy.com
http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 28, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works



which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h). NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S):

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

The list of infringing material and the infringers by link are:
http://www.myvidster.com/profile/cool4u2seeme
http://www.myvidster.com/profile/Eastcoastboyz
http://www.myvidster.com/video/1083502/Hotrod_amp_day_day
http://www.myvidster.com/video/1318356/Raw_thugs_full_movie
http://www.myvidster.com/video/1360671/Gay_Coco_Dorm_
http://www.myvidster.com/video/1363037/deeangelo_raw_rods_muscle_dick_n_ass
http://www.myvidster.com/video/1378413/Gay_Coco_Dorm_Adultspacecom
http://www.myvidster.com/video/1402065/Its_All_Gay_-_Breion_Diamond_DeCario
http://www.myvidster.com/video/1402684/new_booty_-_Cocodorm
http://www.myvidster.com/video/1406675/Coco_Dorm
http://www.myvidster.com/video/1422868/Thugboy_Hotrod_Big_Dick_Mike_Watts
http://www.myvidster.com/video/1429849/Papicock_King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/1464087/Coco_Dorm-_Breion_Prophet_group_sex
http://www.myvidster.com/video/1479104/Raw_thugs_full_movie
http://www.myvidster.com/video/1503365/thugboy
http://www.myvidster.com/video/1515040/why_the_FREAK_are_their_dicks_so_long
http://www.myvidster.com/video/1515224/Prince_Le_Beau_and_Usher_Richbanks_-_Pornhubcom
http://www.myvidster.com/video/1521046/Flavaworks_All_Stars
http://www.myvidster.com/video/1534425
http://www.myvidster.com/video/1539545/BIG_JOHN
http://www.myvidster.com/video/1539545/BIG_JOHN
http://www.myvidster.com/video/1539556/LETS_GO_KICK_IT_-_Pornhubcom
http://www.myvidster.com/video/1540094/Dorm_life_7_hot_creamy_ch_6_-_Pornhubcom
http://www.myvidster.com/video/1540127/Its_All_Gay_-_Black_Sex
http://www.myvidster.com/video/1540127/Its_All_Gay_-_Black_Sex
http://www.myvidster.com/video/701111



http://www.myvidster.com/video/87016
http://www.myvidster.com/video/1100969/Cody_and_DeAngelo
http://www.myvidster.com/video/1227130/Skittlez_Baby_Ricobefore_the_club
http://www.myvidster.com/video/1283886/_Milking_His_Walls-RAW_-_Pornhubcom
http://www.myvidster.com/video/1312405/ROCKS_makes_em_SCREAM_like_a_BITCH
http://www.myvidster.com/video/1314323/Big_John_Getting_It_In_
http://www.myvidster.com/video/1345530/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1354483/THUG_BOTTOM_IS_BANGING
http://www.myvidster.com/video/1362944/Drake_fucking_Hotrod_SEXY_D
http://www.myvidster.com/video/1387296/new_booty
http://www.myvidster.com/video/1390166/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank
s_on_top
http://www.myvidster.com/video/1391041/Arquez_back_at_it_again_-_Pornhubcom
http://www.myvidster.com/video/1391101/Hotrod_Papi_Caliente_-_Pornhubcom
http://www.myvidster.com/video/1406920/Rock_Speechless
http://www.myvidster.com/video/1430117/Daddy_Dingo_BabyStar
http://www.myvidster.com/video/1433083/dormboyzgroup
http://www.myvidster.com/video/145388
http://www.myvidster.com/video/1460604/Latino_dudes_getting_it_in_Baby_Star
http://www.myvidster.com/video/1467087/Raw_Rods-_Nuttin_Out_My_Ass
http://www.myvidster.com/video/1482700/Skittlez_and_Xtasy_Amerin_-_Pornhubcom
http://www.myvidster.com/video/1484183/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1488841/Will_Tray
http://www.myvidster.com/video/1488845/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1488846/Arquez_ralp_laurin_-_XNXXCOM
http://www.myvidster.com/video/1488872/S-Dob_Prettyboi_on_Cam
http://www.myvidster.com/video/1488937/big_dick_top_is_vers
http://www.myvidster.com/video/1488967/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1489010/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank
s_on_top
http://www.myvidster.com/video/1489024/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1489027/chance_jacobs_domino_star
http://www.myvidster.com/video/1489059/Baby_star_and_jesse_rabbit
http://www.myvidster.com/video/1489074/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/1489079/DeAngelo_Jackson_
http://www.myvidster.com/video/1489082/Malo_is_one_sexxxy_bttm_oh_yeah_and_Usher_Richbank
s_on_top
http://www.myvidster.com/video/1489121/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/1489129/Raw_heaven_-_XVIDEOSCOM
http://www.myvidster.com/video/441119
http://www.myvidster.com/video/465011
http://www.myvidster.com/video/59916
http://www.myvidster.com/video/659533



Location of ORIGINAL WORKS:

http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.PapiCock.com
http://www.RawRods.com
http://www.CocoDorm.com
http://www.ThugBoy.com
http://www.CocoBoyz.com
http://www.MixItUpBoy.com
http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



August 19, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


                              ***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2449365/_69_AND_ICE
http://www.myvidster.com/video/2434727/Gay_Im_Not_Gay_LOL_Adultspacecom
http://www.myvidster.com/video/2431506/Sexy_Stud_BIG_John_Gets_fucked
http://www.myvidster.com/video/2449361/Raw_Rods_8_Flood_That_Booty
http://www.myvidster.com/video/2427926/Auhmazing_Hotrod_Manny_Baby_and_Rock
http://www.myvidster.com/video/2449354/_69_AND_ICE
http://www.myvidster.com/video/2411865/Flamez_Hot_3some
http://www.myvidster.com/video/2430450/Sexy_Stud_BIG_John_Gets_fucked
http://www.myvidster.com/video/2396178/Black_N_Latino_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2371724/Braided_and_Breeded
http://www.myvidster.com/video/2225010/Raw_And_Nasty
http://www.myvidster.com/video/2447222/Raw_Rods_HotRod_and_Romeo_Storm_Pornhubcom
http://www.myvidster.com/video/2447189/SHON_ANDERSON_AND_TYREICE_WELLS_-_Pornhubcom
http://www.myvidster.com/video/2265694/Malo_
http://www.myvidster.com/video/2176064/WAKE_UP_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2176083/a_lil_something_somethin_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2176116/Smashing_It_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2143385/Its_All_Gay_-_Danger_Smashedagain
http://www.myvidster.com/video/2424372/Malo_amp_Baby_Star
http://www.myvidster.com/video/2353632/Juliean_and_Hotrod_go_at_it
http://www.myvidster.com/video/1273634/Hotrod_and_Papi_Caliente_xHamstercom
http://www.myvidster.com/video/2419932/I_luv_your_Ass_-_xHamstercom
http://www.myvidster.com/video/2435008/Auhmazing_Hotrod_Manny_Baby_and_Rock
http://www.myvidster.com/video/578081/Malo_
http://www.myvidster.com/video/2336544/_Cuban_Redd_fucks_Raymond_Usher_
http://www.myvidster.com/video/2160755/Malo_
http://www.myvidster.com/video/1972246/Freakzilla_Bareback_Attack_preview
http://www.myvidster.com/video/2432633/DeAngelo_Fuckin_Sypder_Man



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/2397567/Black_N_Latino_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/1972330/xLive_Video_Freakzilla_Bareback_Attack

http://www.myvidster.com/profile/keyvu2020
http://www.myvidster.com/profile/diezel
http://www.myvidster.com/profile/elnene007
http://www.myvidster.com/profile/darkside11
http://www.myvidster.com/profile/KingdomCum23
http://www.myvidster.com/profile/fxckinmaestroe
http://www.myvidster.com/profile/tytazz4u
http://www.myvidster.com/profile/mr_personality
http://www.myvidster.com/profile/bigadrian
http://www.myvidster.com/profile/cjamestatus
http://www.myvidster.com/profile/lvworkaddict101

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



**Flava**Works

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

August 25, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2501399/Malo_
http://www.myvidster.com/video/2501395/MALO_AND_BABYSTAR_
http://www.myvidster.com/video/2353632/Juliean_and_Hotrod_go_at_it
http://www.myvidster.com/video/1864866/Arquez_and_Valentino
http://www.myvidster.com/video/991966/WMV_136_of_982_AfterHour
http://www.myvidster.com/video/2116779/ARQUEZ_and_VALENTINO
http://www.myvidster.com/video/2251960/Fuckem_Down_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2176100/WAKE_UP_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2116779/ARQUEZ_and_VALENTINO
http://www.myvidster.com/video/1799578/BGPZ__ARQUEZ_and_VALENTINO_xHamstercom
http://www.myvidster.com/video/1093843/xLive_Video_Freakzilla_Bareback_Attack
http://www.myvidster.com/video/1814322/BGPZ__ARQUEZ_and_VALENTINO_xHamstercom
http://www.myvidster.com/video/2424402/MALO_AND_BABYSTAR_-_SWAGGER_ENTERTAINMENT
http://www.myvidster.com/video/1938340/BGPZ__ARQUEZ_and_VALENTINO_xHamstercom
http://www.myvidster.com/video/1974919/Arquez_And_Domino_Star__xHamstercom
http://www.myvidster.com/video/2344359/Arquez_amp_Ralph_
http://www.myvidster.com/video/2499029/Black_N_Latino_-_
http://www.myvidster.com/video/1166795/basketball_fuck_
http://www.myvidster.com/video/1933998/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS
http://www.myvidster.com/video/2115180/GayForIteu_-_daddy_knows_how_to_please
http://www.myvidster.com/video/1920240/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS
http://www.myvidster.com/video/1934527/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS
http://www.myvidster.com/video/1943569/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS


http://www.myvidster.com/profile/jarvis561
http://www.myvidster.com/profile/fxckinmaestroe
http://www.myvidster.com/profile/sugerstick



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/profile/panamas_finest
http://www.myvidster.com/profile/Starstruck
http://www.myvidster.com/profile/R3GGStar
http://www.myvidster.com/profile/bttmsup
http://www.myvidster.com/profile/ThatSikKid199318
http://www.myvidster.com/profile/sojo
http://www.myvidster.com/profile/dlkewl
http://www.myvidster.com/profile/fignior
http://www.myvidster.com/profile/rileyriley
http://www.myvidster.com/profile/cbaarq


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com





**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

August 29, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2525033/Malo_x_Solider
http://www.myvidster.com/video/2538882/Yes_hit_it_hit_it
http://www.myvidster.com/video/2462670/Daddy_Cream_x_Cute_bottom
http://www.myvidster.com/video/2533593/HotRod_and_sexy_ass_Long_haired_Bottom
http://www.myvidster.com/video/2541987/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541402/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541977/Malo_x_Solider
http://www.myvidster.com/video/2541974/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541971/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541898/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2533306/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2525026/Malo_and_Solider_sexy_ass_bottom_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2511155/Hot_Rod_and_Tasty_-_xHamstercom
http://www.myvidster.com/video/2511008/Bill_Baxter_and_HotRod
http://www.myvidster.com/video/2510994/Hotrod_Raw
http://www.myvidster.com/video/2541888/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541707/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2541868/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2526436/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2512257/latinos_with_webcam_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2493709/Daddy_Cream_x_Cute_bottom
http://www.myvidster.com/video/2488461/_BIG_JOHN_AND_TRAY
http://www.myvidster.com/video/2541856/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541847/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541825/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2530304/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/2541779/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2541746/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2522742/Malo_and_Solider_sexy_ass_bottom_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2541742/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/1537084/_Elmo_Jackson_Freakzilla_Diego_-_Pornhubcom
http://www.myvidster.com/video/2541740/Malo_x_Solider
http://www.myvidster.com/video/2492119/Danger_fucks_Sexy_guy
http://www.myvidster.com/video/2427771/_BIG_JOHN_AND_TRAY
http://www.myvidster.com/video/2541621/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2541561/Malo_x_Solider
http://www.myvidster.com/video/1953223/xLive_Video_Fuckem_Down


http://www.myvidster.com/profile/LondonBoyy
http://www.myvidster.com/profile/sayYes
http://www.myvidster.com/profile/beonthelkout
http://www.myvidster.com/profile/fiyared504
http://www.myvidster.com/profile/TerekDwayne
http://www.myvidster.com/profile/ohsoreal
http://www.myvidster.com/profile/weezy4twenty
http://www.myvidster.com/profile/AzzWanted
http://www.myvidster.com/profile/brickmanhighlightreel
http://www.myvidster.com/profile/Dottcom
http://www.myvidster.com/profile/sexyvita77
http://www.myvidster.com/profile/love76
http://www.myvidster.com/profile/Kareem018
http://www.myvidster.com/profile/Priincem
http://www.myvidster.com/profile/12345678901234567890
http://www.myvidster.com/profile/nig502
http://www.myvidster.com/profile/Kingbaybe


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



August 31, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


                                        ***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2559254/Rides_Large_Tool
http://www.myvidster.com/video/2558913/King_Dingo_And_Baby_Star_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2558850/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/2558847/latinos_with_webcam_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/1957371/Doin_What_Lovers_Do_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/1865321/CHANCE_JACOBS_AND_DOMINO_STAR
http://www.myvidster.com/video/1828025/Bedroom_Fuckin_
http://www.myvidster.com/video/2558804/latinos_with_webcam_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2558792/latinos_with_webcam_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2558650/Rides_Large_Tool_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2559350/Tyrice_Wood_and_Amir_porn_video_Gay_Finder
http://www.myvidster.com/video/2559322/Cocodorm_sd1231
http://www.myvidster.com/video/2552598/CocodormCdn509
http://www.myvidster.com/video/2552631/co54Cocodorm
http://www.myvidster.com/video/2559306/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom

http://www.myvidster.com/profile/antthefine1
http://www.myvidster.com/profile/fukin_star89
http://www.myvidster.com/profile/brusha12
http://www.myvidster.com/profile/cash121
http://www.myvidster.com/profile/sexyintrepid
http://www.myvidster.com/profile/caliboy2119
http://www.myvidster.com/profile/Andre129980
http://www.myvidster.com/profile/bmaster



http://www.myvidster.com/profile/deejay990
http://www.myvidster.com/profile/yumcakez89

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



September 8, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2631739/Rizzo_porn_video_Gay_Finder
http://www.myvidster.com/video/2631488/Pm_Star_fucking
http://www.myvidster.com/video/2631716/Pm_Star_fucking
http://www.myvidster.com/video/2528620/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2482238/Daddy_Cream_x_Cute_bottom
http://www.myvidster.com/video/2631704/Ace_rockwood_and_iraq_
http://www.myvidster.com/video/2610971/GayForItcom_
http://www.myvidster.com/video/2632195/Pm_Star_fucking
http://www.myvidster.com/video/2632193/rawrods_porn_video_
http://www.myvidster.com/video/2528235/HotRod_and_sexy_ass_Long_haired_Bottom
http://www.myvidster.com/video/2632368/Pm_Star_fucking
http://www.myvidster.com/video/2604548/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2632371/Pm_Star_fucking
http://www.myvidster.com/video/2632336/Pm_Star_fucking
http://www.myvidster.com/video/2632247/RawRods_Gettin_That_Nut_full_movie
http://www.myvidster.com/video/2632187/RawRods_Gettin_That_Nut_full_movie
http://www.myvidster.com/video/2523704/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2632124/rawrods_porn_video_
http://www.myvidster.com/video/2632016/King_Dingo_And_Baby_Star_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2592551/RawRods_Gettin_That_Nut_full_movie
http://www.myvidster.com/video/2556252/Ace_Rockwood__Prince_Le_Beau_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2524425/Hot_Rod_Long-Hair_Guy
http://www.myvidster.com/video/2524422/latinos_with_webcam_porn_tube_video_Gay_Finder
http://www.myvidster.com/video/2632001/King_Dingo_And_Baby_Star_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2493457/Thugboy_-_Ace_Rockwood__Prince_Le_Beau



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✹ www.FlavaWorks.com ✹ 305-438-9450 ✹ FAX: 305-438-9470 ✹ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/2631914/rawrods_porn_video_
http://www.myvidster.com/video/2338618/Ace_Rockwood__Prince_Le_Beau_Free_Videos_Adult_Sex_Tube_JuiceStreamcom
http://www.myvidster.com/video/2266612/CHANCE_JACOBS_AND_DOMINO_STAR
http://www.myvidster.com/video/613178/Ace_rockwood_and_iraq_
http://www.myvidster.com/video/2611028/rawrods_porn_video_
http://www.myvidster.com/video/2548355/Snow_Bunni_4_-_xHamstercom
http://www.myvidster.com/video/670798/Ace_rockwood_and_iraq_
http://www.myvidster.com/video/670813/Ace_rockwood_and_iraq_
http://www.myvidster.com/video/2456289/King_Dingo_And_Baby_Star_Free_Videos_Adult_Sex_Tube_JuiceStreamcom
http://www.myvidster.com/video/2518005/King_Dingo_And_Baby_Star_Free_Videos_Adult_Sex_Tube_JuiceStreamcom
http://www.myvidster.com/video/2534649/Long-Haired_Ebony_Guy_Banged_In_Doggy_Style_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2548027/THugboy_Tyson_fucks_Baby_Star
http://www.myvidster.com/video/2605411/Pm_Star_fucking
http://www.myvidster.com/video/2399634/Its_All_Gay_-_Kemancheo_Bottoms
http://www.myvidster.com/video/2375525/raw_rods
http://www.myvidster.com/video/2409358/Raw_Rods
http://www.myvidster.com/video/2453256/Raw_Rods_HotRod_and_Romeo_Storm_-_Pornhubcom
http://www.myvidster.com/video/2459601/Thugboy_-_Ace_Rockwood__Prince_Le_Beau
http://www.myvidster.com/video/2538005/PapiCock_Baby_Star_Malo_fuck
http://www.myvidster.com/video/2547535/Raw_Thugs_Outdoor_at_BoyFriendTV
http://www.myvidster.com/video/2548027/THugboy_Tyson_fucks_Baby_Star
http://www.myvidster.com/video/2583469/rawrods_porn_video_
http://www.myvidster.com/video/2587118/Rawrods-_Getting_that_Nut_3
http://www.myvidster.com/video/2592054/RawRods_Gettin_That_Nut_full_movie
http://www.myvidster.com/video/2599518/Ninja_Nixon_Ken_Tyson_Thug_Boy
http://www.myvidster.com/video/2610709/RawRods_Kemancheo_fucks_Prostege
http://www.myvidster.com/video/2614621/Thugboy_-_Ace_Rockwood__Prince_Le_Beau


http://www.myvidster.com/profile/coolnation
http://www.myvidster.com/profile/joshie85
http://www.myvidster.com/profile/pas
http://www.myvidster.com/profile/martinsimms



http://www.myvidster.com/profile/dlo_king
http://www.myvidster.com/profile/rico504
http://www.myvidster.com/profile/chitownls
http://www.myvidster.com/profile/Delux_Kiid
http://www.myvidster.com/profile/flygaylxxx
http://www.myvidster.com/profile/goodgoodie
http://www.myvidster.com/profile/bigjuju
http://www.myvidster.com/profile/joneshk2008
http://www.myvidster.com/profile/somebaddbitch
http://www.myvidster.com/profile/Dwayne1976
http://www.myvidster.com/profile/AdDICKted
http://www.myvidster.com/profile/must_be_lyfe
http://www.myvidster.com/profile/hottie99
http://www.myvidster.com/profile/Dan4u
http://www.myvidster.com/profile/gjb1671
http://www.myvidster.com/profile/dk5121
http://www.myvidster.com/profile/treyvon18
http://www.myvidster.com/profile/kaykay


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

September 12, 2011

Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com

**DMCA Notice of Copyright Infringement**

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act*

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2671708/Sexy_ass_Malo_-_XTube_Porn_Video_-_FreakyLT
http://www.myvidster.com/video/2514438/Fine_Lovers_Doin_What_They_Do
http://www.myvidster.com/video/2488675/_BIG_JOHN_AND_TRAY
http://www.myvidster.com/video/2369615/Skittlez_and_Xtasy_Amerin
http://www.myvidster.com/video/2671697/DoNT_U_owe_my_guy_some_money_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2608042/Gutter_Butt_NastyBut_so_damn_hotDAMN_Daddy
http://www.myvidster.com/video/2671478/Sexy_ass_Malo_-_XTube_Porn_Video_-_FreakyLT
http://www.myvidster.com/video/2583107/paintball_freakin_
http://www.myvidster.com/video/2671265/Johns_Place_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/212802/London_D_And_Markell_2
http://www.myvidster.com/video/2671626/DoNT_U_owe_my_guy_some_money_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2671510/Sexy_ass_Malo_-_XTube_Porn_Video_-_FreakyLT
http://www.myvidster.com/video/2657338/_Elmo_Jackson_Flamez_-_Pornhubcom
http://www.myvidster.com/video/2605667/Pm_Star_fucking
http://www.myvidster.com/video/2105010/Mikeal_Race_And_Noah_Shyboy_Jackson_The_New_Plea
http://www.myvidster.com/video/2516227/Danger_fucks_Sexy_guy
http://www.myvidster.com/video/2408141/Cuban_Redd_fucks_Raymond_Usher_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2105010/Mikeal_Race_And_Noah_Shyboy_Jackson_-_The_New_Pleasure_Dome_2
http://www.myvidster.com/video/1933081/Freakzilla_Diego_Mikeal_Race_
http://www.myvidster.com/video/2531039/Freakzilla_and_Mikeal_at_SurfGayVideo
http://www.myvidster.com/video/2485957/PapiCock_-_Baby_Star_Ricco_Furtado_
http://www.myvidster.com/video/2505516/Freakzilla_and_Mikeal_gay_fuck
http://www.myvidster.com/video/2609624/rawrods_porn_video_
http://www.myvidster.com/video/2530197/KREAM_JACKSON_ROMEO_-_XTube_Porn_Video_-_teshawn_bisexy



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ❁ www.FlavaWorks.com ❁ 305-438-9450 ❁ FAX: 305-438-9470 ❁ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/2530196/KREAM_JACKSON_ROMEO_-_XTube_Porn_Video_-_teshawn_bisexy
http://www.myvidster.com/video/2025551/Shorty_J_3way_
http://www.myvidster.com/video/897162/Dorm_Life_V20
http://www.myvidster.com/video/897172/Bill_Baxter_and_HotRod
http://www.myvidster.com/video/897157/Breakz_and_Sex_Tee
http://www.myvidster.com/video/2359996/Dorm_Life_V20
http://www.myvidster.com/video/2655784/_Elmo_Jackson_Flamez_-_Pornhubcom
http://www.myvidster.com/video/2650247/DORM_LIFE_13_GET_READY_TO_OVERDOSE
http://www.myvidster.com/video/2659210/Cuban_Redd_fucks_Raymond_Usher
http://www.myvidster.com/video/2659168/_ROCK_fucks_his_baby_boi_DAI_DAI_BROOKLYN_and_ENVY_ROCKAFELLA
http://www.myvidster.com/video/2585785/Rawrods-_Getting_that_Nut_3
http://www.myvidster.com/video/2529086/Shorty_J_amp_Don
http://www.myvidster.com/video/2618808/NOTHING_BUT_HOTTTTT_FUCKING_GOING_ON
http://www.myvidster.com/video/2617816/Rizzo_porn_video_Gay_Finder
http://www.myvidster.com/video/2617774/RawRods_Kemancheo_fucks_Prostege
http://www.myvidster.com/video/2582978/rawrods_porn_video_
http://www.myvidster.com/video/2564849/THugboy_Tyson_fucks_Baby_Star
http://www.myvidster.com/video/2525610/Mr_Saukei
http://www.myvidster.com/video/2528906/PapiCock_Baby_Star_Malo_fuck
http://www.myvidster.com/video/391151/shorty_j_n_pimp_BAREBACK_Threesome
http://www.myvidster.com/video/2589389/Ninja_Nixon_and_Ken_Tyson_
http://www.myvidster.com/video/2649324/_Elmo_Jackson_Flamez_-_Pornhubcom
http://www.myvidster.com/video/2670457/Danger_zone_and_jbriel_
http://www.myvidster.com/video/2670428/Sexy_ass_Malo_
http://www.myvidster.com/video/2589692/ruff_ryder_
http://www.myvidster.com/video/2589389/Ninja_Nixon_and_Ken_Tyson_
http://www.myvidster.com/video/2589364/Prettyboy_and_Hypotniq_
http://www.myvidster.com/video/2589299/Thugboy
http://www.myvidster.com/video/2589196/HOTTT_FUCKING__J_Nick
http://www.myvidster.com/video/2588978/dis_is_how_we_do_it_
http://www.myvidster.com/video/2584612/_ROCK_fucks_his_baby_boi_DAI_DAI_BROOKLYN_and_ENVY_ROCKAFELLA
http://www.myvidster.com/video/2582388/smooth_and_xavier_
http://www.myvidster.com/video/2582199/rawrods_porn_video_
http://www.myvidster.com/video/2390118/Stiff_dong_in_dude_throat_and_ass_at_PornoXO


http://www.myvidster.com/profile/redbandit
http://www.myvidster.com/profile/stepper21



http://www.myvidster.com/profile/iGetsNasty
http://www.myvidster.com/profile/bobbybratton85
http://www.myvidster.com/profile/atl2385
http://www.myvidster.com/profile/redpowerbottom
http://www.myvidster.com/profile/darnellsexynigga
http://www.myvidster.com/profile/sexybajantrini
http://www.myvidster.com/profile/chocolatecake
http://www.myvidster.com/profile/lmblkmn
http://www.myvidster.com/profile/k2011
http://www.myvidster.com/profile/nowwhat202
http://www.myvidster.com/profile/jamcoxman
http://www.myvidster.com/profile/babysaukei101
http://www.myvidster.com/profile/Hoodnikka91
http://www.myvidster.com/profile/fqx50pit


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☼ www.FlavaWorks.com ☼ 305-438-9450 ☼ FAX: 305-438-9470 ☼ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



September 19, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


                                                  ***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified

                                                                                    1 of 4



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/1910235/ARQUEZ_and_VALENTINO
http://www.myvidster.com/video/2532262/ARQUEZ_amp_VALENTINO_2
http://www.myvidster.com/video/1362741/Raw_on_Da_Roof_-_Videos_-_MACHOMOECOM
http://www.myvidster.com/video/2048435/Raw_And_Nasty
http://www.myvidster.com/video/2516108/Juliean_and_Hotrod_go_at_it
http://www.myvidster.com/video/1024457/Swaggers_2_Dickin_Down_Deep
http://www.myvidster.com/video/1024456/Swaggers_2_Dickin_Down_Deep
http://www.myvidster.com/video/1581913/HOTROD_AND_MIKE_WATTS
http://www.myvidster.com/video/2724581/Hotrod_flip_flop
http://www.myvidster.com/video/2430016/Nasty_2_-_Milk_these_Walls_
http://www.myvidster.com/video/2264146/Miami_Uncut_2_Hot_As_Hell
http://www.myvidster.com/video/2090356/deka
http://www.myvidster.com/video/2511008/Bill_Baxter_and_HotRod
http://www.myvidster.com/video/2711930/Santa_Domingo_fuck_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2700859/Baby_Boy_and_Robson_Costa_by_Flava_Men_-_Presented_by_JustUsBoys_Gay_Porn_Videos
http://www.myvidster.com/video/1994236/Hotrod_and_Shabazz_Pornhubcom
http://www.myvidster.com/video/1428884/Hotrod_amp_Papi_Caliente_Pornhubcom


http://www.myvidster.com/profile/alwaysonpoint369
http://www.myvidster.com/profile/YungPrynz
http://www.myvidster.com/profile/jleo1981
http://www.myvidster.com/profile/CookieMonsta
http://www.myvidster.com/profile/dariasdarkside
http://www.myvidster.com/profile/weezy4twenty
http://www.justusboys.com/video/21977/412/Flava-Men/F
http://www.myvidster.com/profile/big_tingz92
http://www.myvidster.com/profile/brownsouth



Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



September 22, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

**FlavaWorks**
World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2766730/Dorm_Life_19_-_Night_Vision_pt_2
http://www.myvidster.com/video/2766724/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2766705/GayForIteu_-_Baby_star
http://www.myvidster.com/video/1951506/xLive_Video_Fuckem_Down
http://www.myvidster.com/video/2766652/Cuban_Redd_and_Raymond_Usher
http://www.myvidster.com/video/2745355/Santa_Domingo_fuck_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2729994/deangelo_fucks_spyderman_
http://www.myvidster.com/video/2683031/Watch_Black_Thugz_Gettin_it_in_RAW_
http://www.myvidster.com/video/2766636/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2766615/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2751688/Raw_Dickin_it_4_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/2751110/Dorm_Life_19_-_Night_Vision_pt_1
http://www.myvidster.com/video/2751108/Dorm_Life_19_-_Night_Vision_pt_2
http://www.myvidster.com/video/2751107/Dorm_Life__19_-_Night_Vision_pt_3_
http://www.myvidster.com/video/2751106/Dorm_Life_19_Night_Vision_pt_4
http://www.myvidster.com/video/2711930/Santa_Domingo_fuck_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2766582/Big_Dick_In_Tight_Hole_Raw_
http://www.myvidster.com/video/2766535/Cuban_Redd_and_Raymond_Usher
http://www.myvidster.com/video/2767061/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2721786/3_BLACK_GUYS_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2710264/Santa_Domingo_fuck_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2766447/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2767031/Dorm_Life_19_Night_Vision_pt_4
http://www.myvidster.com/video/2767030/Dorm_Life__19_-_Night_Vision_pt_3_
http://www.myvidster.com/video/2766327/Dorm_Life__19_Night_Vision_pt_5
http://www.myvidster.com/video/2766322/Dorm_Life_19_-_Night_Vision_pt_2
http://www.myvidster.com/video/2766321/Dorm_Life_19_-_Night_Vision_pt_1
http://www.myvidster.com/video/2763505/Raw_Dickin_it_4_Free_Porn_Hotrod_Freakzilla
http://www.myvidster.com/video/2745804/Miami_Uncut_2_Hot_As_Hell_-

**F** **FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2745650/Hittin_it_RAW_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2766445/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2727744/Santa_Domingo_fuck_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2727785/Young_Black_Bareback_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2491613/Freakzilla_Mikeal_Bareback_-_xHamstercom
http://www.myvidster.com/video/1443872/Kemancheo_and_Reeci_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/1270190/Hot_Black_Cum_Swappers_-_10_scenes
http://www.myvidster.com/video/2766427/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2766410/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2766399/GayForIteu_-_Baby_star

http://www.myvidster.com/profile/wldsgreatest702
http://www.myvidster.com/profile/Dougiecourt79
http://www.myvidster.com/profile/TrayJ
http://www.myvidster.com/profile/64luvshorty
http://www.myvidster.com/profile/ejv07
http://www.myvidster.com/profile/weezy4twenty
http://www.myvidster.com/profile/Socialite69
http://www.myvidster.com/profile/Jasmine22
http://www.myvidster.com/profile/mrromanticsf
http://www.myvidster.com/profile/nasbaddiesbitch
http://www.myvidster.com/profile/tony123
http://www.myvidster.com/profile/adyme2envy
http://www.myvidster.com/profile/MARTYMCFLY

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com



http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,


Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 4, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2814055/How_Soldier_Served_Malos_Horny_Ass_-_Pornhubcom
http://www.myvidster.com/video/2814052/MEGAVIDEO_-_Im_watching_it
http://www.myvidster.com/video/2774868/Dorm_Life__19_-_Night_Vision_pt_3_
http://www.myvidster.com/video/2814041/1001_LETS_FUCK_BEFORE_THE_GAME_CUUMS_ON_-_Pornhubcom
http://www.myvidster.com/video/2773369/The_Ride_Of_Baby_Stars_Life_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2387686/Watch_Black_Thugz_Gettin_it_in_RAW_at_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2766155/GayForIteu_Baby_star
http://www.myvidster.com/video/1032729/Snow_Bunni_4_scenes_-_72_mins_of_Erotic_sex_video_
http://www.myvidster.com/video/2793158/Baby_Star_gets_an_Unforgettable_Ride
http://www.myvidster.com/video/2816050/Soldier_Served_Malos_Horny_Ass
http://www.myvidster.com/video/2793405/King_Dingo_Drilling_Baby_Star
http://www.myvidster.com/video/2806243/How_Soldier_Served_Malos_Horny_Ass_-_Pornhubcom
http://www.myvidster.com/video/2771995/_Ass_Drilling
http://www.myvidster.com/video/2748788/RAWRODS8FloodThat
http://www.myvidster.com/video/2611806/Hot_Black_Cum_Swappers_
http://www.myvidster.com/video/2593145/3_is_the_magic_number_
http://www.myvidster.com/video/2610326/Watch_Black_Thugz_Gettin_it_in_RAW_
http://www.myvidster.com/video/2525616/Young_Black_Bareback_-
http://www.myvidster.com/video/2380239/HotRod_Movie_RAW
http://www.myvidster.com/video/2809233/Ricco_Furtado_and_Baby_Star_enjoying_the_gay_fun
http://www.myvidster.com/video/2805071/GayForIteu_-_Baby_star
http://www.myvidster.com/video/2788947/King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/2762125/GayForIteu_Baby_star
http://www.myvidster.com/video/2801118/Dorm_Life_19_-_Night_Vision_pt_2
http://www.myvidster.com/video/2801066/Dorm_Life_19_-_Night_Vision_pt_1
http://www.myvidster.com/video/1680578/Gutter_Butt_NastyBut_so_damn_hotDAMN_Daddy
http://www.myvidster.com/video/2805563/King_Dingo_Drilling_Baby_Star
http://www.myvidster.com/video/2816394/Dorm_Life__19_Night_Vision_pt_5_-_
http://www.myvidster.com/video/2816387/Dorm_Life_19_-_Night_Vision_pt_2



http://www.myvidster.com/video/2775643/Raw_Thugs_1_
http://www.myvidster.com/video/2805461/How_Soldier_Served_Malos_Horny_Ass_-
http://www.myvidster.com/video/2775594/The_Thug_Boys
http://www.myvidster.com/video/2677910/Watch_Black_Thugz_Gettin_it_in_RAW_

http://www.myvidster.com/profile/2noyce
http://www.myvidster.com/profile/demianromero
http://www.myvidster.com/profile/ichillz
http://www.myvidster.com/profile/hokage56
http://www.myvidster.com/profile/friendJov
http://www.myvidster.com/profile/bahamadred
http://www.myvidster.com/profile/bigmannva
http://www.myvidster.com/profile/labob1950
http://www.myvidster.com/profile/jamcoxman

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 5, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified

1 of 5



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

**F FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ❀ www.FlavaWorks.com ❀ 305-438-9450 ❀ FAX: 305-438-9470 ❀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).


http://www.myvidster.com/video/2878672/Hotrod_Remy_Mars_-_Jack4Jack
http://www.myvidster.com/video/2878659/Kemancheo_and_Reeci_
http://www.myvidster.com/video/2878714/Hotrod_Remy_Mars_-_Jack4Jack
http://www.myvidster.com/video/2878681/Kemancheo_webcam
http://www.myvidster.com/video/2878933/GayTube_Presents_Sexy_Stud_Gets_Fucked
http://www.myvidster.com/video/2878959/Deangelo_Jackson_JD_Blackstone_-_dtx
http://www.myvidster.com/video/2877020/I_KNOW_WHAT_TO_DO_-_Pornhubcom
http://www.myvidster.com/video/2876909/HotRod_Drake_
http://www.myvidster.com/video/2842919/Hotrod_Remy_Mars_-_Jack4Jack
http://www.myvidster.com/video/2806240/How_Soldier_Served_Malos_Horny_Ass_-_Pornhubcom
http://www.myvidster.com/video/2792196/King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/2791713/The_Ride_Of_Baby_Stars_Life
http://www.myvidster.com/video/2745986/Lustful_Interracial_Gays_Anal_Sex_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2878970/Jamarion__Kemancheo__Skittlez_
http://www.myvidster.com/video/2846215/_50_Two_Black_Friends_06_-_xHamstercom
http://www.myvidster.com/video/2825365/_50_How_Soldier_Served_Malos_Horny_Ass_-_Pornhubcom
http://www.myvidster.com/video/2236376/Indy_and_tony_michaels_-_XVIDEOSCOM
http://www.myvidster.com/video/1729235/Kemancheo_and_Reeci_
http://www.myvidster.com/video/2838005/Two_Black_Friends_
http://www.myvidster.com/video/2816235/Freakzilla_Mikeal_Raw
http://www.myvidster.com/video/2815262/solider_and_malo
http://www.myvidster.com/video/2765678/_room_service
http://www.myvidster.com/video/2856418/HotRod_Drake_
http://www.myvidster.com/video/2847186/King_Dingo_fucks_Baby_Star
http://www.myvidster.com/video/2783258/Raw_Thugs_2_Pnetraytor_Kasper_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2725127/Pick_up_on_street_interracial_fuck
http://www.myvidster.com/video/2074007/kemancheo_-_XTube_Porn_Video_-_nleepi
http://www.myvidster.com/video/2068510/Kemancheo_and_Reeci_

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ❁ www.FlavaWorks.com ❁ 305-438-9450 ❁ FAX: 305-438-9470 ❁ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/2030244/Romeo_Storm_and_Seduction_-_Pornhubcom
http://www.myvidster.com/video/1961579/Ebony_Twinks_Anal_Fuck_Fun_-_Pornhubcom
http://www.myvidster.com/video/2078272/Its_All_Gay_-_Dai_Dai_Brooklyn_Envy_
http://www.myvidster.com/video/1957390/Doin_What_Lovers_Do_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2587117/Hot_Rod_and_Will2K_
http://www.myvidster.com/video/2718536/Hot_Rods_Cream_Pie_
http://www.myvidster.com/video/2823900/Maseo_fucks_Hotrod
http://www.myvidster.com/video/1959770/Kemancheo_and_Reeci_at_Tnaflix
http://www.myvidster.com/video/2801878/1001_LETS_FUCK_BEFORE_THE_GAME_CUUMS_ON_-_Pornhubcom
http://www.myvidster.com/video/2260942/Kemancheo_and_Reeci_at_Tnaflix
http://www.myvidster.com/video/2479705/Santo_Domingo_Uncut
http://www.myvidster.com/video/2228105/RAWRODS9Heavyonthe_Cream
http://www.myvidster.com/video/1947530/Hot_Rod_And_Mike_Watts
http://www.myvidster.com/video/1863869/STARSTRUCKMay2011
http://www.myvidster.com/video/1863856/THUGBOYV11Runningfrom
http://www.myvidster.com/video/1833842/Raw_Dickin_It_4
http://www.myvidster.com/video/2875784/Ninja_Nixon_Daddy_Cream
http://www.myvidster.com/video/2826433/DeAngelo_Jackson_fucks_Russian_white_boi_-_HornyGreekcom
http://www.myvidster.com/video/2826136/Crutches
http://www.myvidster.com/video/2825876/fucking_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2790065/Platinum_Supreme_Not_Castro

http://www.myvidster.com/profile/slingin
http://www.myvidster.com/profile/poems7
http://www.myvidster.com/profile/diamone
http://www.myvidster.com/profile/rj69
http://www.myvidster.com/profile/GrahamMuscat
http://www.myvidster.com/profile/joeblack34
http://www.myvidster.com/profile/videoman
http://www.myvidster.com/profile/CreoleCreole
http://www.myvidster.com/profile/jct5027
http://www.myvidster.com/profile/Deedamien
http://www.myvidster.com/profile/FARMBOY
http://www.myvidster.com/profile/tcooks
http://www.myvidster.com/profile/trubluange
http://www.myvidster.com/profile/fiyah
http://www.myvidster.com/profile/QueLoQue
http://www.myvidster.com/channel/87365
Location of ORIGINAL WORKS:



http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,


Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 6, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2903136/RawRods_Artiste_Styles_amp_Domino_Star_amp_Ricky_Royal
http://www.myvidster.com/video/2835372/Cocodorm_Jamarion_Kemancheo_Skittlez
http://www.myvidster.com/video/2900847/Zodiac2_
http://www.myvidster.com/video/2891343/Two_Black_Friends_06_-_xHamstercom
http://www.myvidster.com/video/2854500/London_D_Rock_webcam_
http://www.myvidster.com/video/2553532/Santo_Domingo_Uncut
http://www.myvidster.com/video/2080835/Baby_Star_is_thee_baddest
http://www.myvidster.com/video/2905467/RawRods_Artiste_Styles_amp_Domino_Star_amp_Ricky_Royal
http://www.myvidster.com/video/2694043/CocoDorm_The_Only_Live_Black_and_Latino_D


http://www.myvidster.com/profile/yungtez
http://www.myvidster.com/profile/bigadrian
http://www.myvidster.com/profile/highc10
http://www.myvidster.com/profile/cario

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 7, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

*Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act*


***Under Reservation of All Rights***

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/1443634/quot_Elmo_Jackson_amp_Freakzilla_Diego_quot_
http://www.myvidster.com/video/1261187/Elmo_Jackson_amp_Freakzilla_Diego__xHamsterco
http://www.myvidster.com/video/1712296/Elmo_Jackson_amp_Freakzilla_Diego__xHamsterco
http://www.myvidster.com/video/2910274/Zodiac2_
http://www.myvidster.com/video/2890946/Hotrod_Remy_Mars_-_Jack4Jack
http://www.myvidster.com/video/2889984/Deangelo_Jackson_JD_Blackstone_-_dtx
http://www.myvidster.com/video/2889839/GayTube_Presents_Sexy_Stud_Gets_Fucked
http://www.myvidster.com/video/2859864/HotRod_Drake_
http://www.myvidster.com/video/2820017/SEXY_MALO_SELF-SATISFIES_-_Pornhubcom
http://www.myvidster.com/video/2779359/GayForIteu_-_room_service
http://www.myvidster.com/video/1611537/Elmo_Jackson_amp_Freakzilla_Diego__xHamsterco
http://www.myvidster.com/video/2648989/Freakzilla_Diego_and_Elmo_Jackson
http://www.myvidster.com/video/2809386/Freakzilla_Mikeal_Bareback_-_Jack4Jack
http://www.myvidster.com/video/2513668/KEMANCHEO_-_XTube_Porn_Video_-_teshawn_bisexy
http://www.myvidster.com/video/2513408/Lustful_Interracial_Gays_Anal_Sex_-
_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2245980/Manny_Baby_n_Romeo_Storm_-_xHamstercom
http://www.myvidster.com/video/2894286/Elmo_Jackson_amp_Freakzilla_Diego
http://www.myvidster.com/video/2894299/HotRod_Drake_
http://www.myvidster.com/video/2805196/Baby_Star_and_five_buddies_in_action
http://www.myvidster.com/video/1690844/Elmo_Jackson_Freakzilla_Diego_-_xHamstercom
http://www.myvidster.com/video/1809211/Elmo_Jackson_amp_Freakzilla_Diego__xHamsterco
http://www.myvidster.com/video/962127/elmo_Versatiles_Fucking
http://www.myvidster.com/video/2034057/Elmo_Jackson_amp_Freakzilla_Diego
http://www.myvidster.com/video/2168618/Star_Struck
http://www.myvidster.com/video/2168606/Baby_Rabbit
http://www.myvidster.com/video/2081418/Elmo_Jackson_amp_Freakzilla_Diego__xHamsterco
http://www.myvidster.com/video/2783387/GayForIteu_-_room_service
http://www.myvidster.com/video/965174/Merecio_and_Breion_Diamond_and_Mr_Saukei
http://www.myvidster.com/video/1259245/Merecio_and_Breion_Diamond_and_Mr_Saukei_xHamste
http://www.myvidster.com/video/1315498/Black_bareback
http://www.myvidster.com/video/370363/Breion_Diamond_Prince_Junior_and_Thug_Nasty

**F FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/297808/black_couple
http://www.myvidster.com/video/1913175/BGPZ_Anubis_and_Breion_Diamond_and_Rico_Polo_xHa
http://www.myvidster.com/video/2822774/Maseo_fucks_Hotrod
http://www.myvidster.com/video/2020797/BGPZ_Anubis_and_Breion_Diamond_and_Rico_Polo_xHa
http://www.myvidster.com/video/2613527/Its_All_Gay_London_LovinBeion_Diamond
http://www.myvidster.com/video/2876973/Hot_Rod_fucks
http://www.myvidster.com/video/2891240/Thug_Boys_Fucking
http://www.myvidster.com/video/2652397/Freakzilla
http://www.myvidster.com/video/2382272/Good_hot_ebony_fuck_-_XVIDEOSCOM
http://www.myvidster.com/video/2344067/Baby_Star_is_thee_baddest

http://www.myvidster.com/profile/mrloter
http://www.myvidster.com/profile/tytazz4u
http://www.myvidster.com/profile/weezy4twenty
http://www.myvidster.com/profile/DearAgony000
http://www.myvidster.com/profile/youngwon
http://www.myvidster.com/profile/confidential
http://www.myvidster.com/profile/bezy015
http://www.myvidster.com/profile/illuzionzx
http://www.myvidster.com/profile/jl2000
http://www.myvidster.com/profile/bladikon
http://www.myvidster.com/profile/FWest
http://www.myvidster.com/profile/kclloyd
http://www.myvidster.com/profile/iTwizzler
http://www.myvidster.com/profile/blazzinf3lla
http://www.myvidster.com/profile/sexyred92
http://www.myvidster.com/profile/luvcockpop

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com



http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 10, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified

1 of 6



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2901103/Cocodorm_Markel_fucks_Zodiac
http://www.myvidster.com/video/2900489/PapiCock_Flame_Tech
http://www.myvidster.com/video/2899939/Thugboy_PJ_Junior_fucks_Big_John
http://www.myvidster.com/video/2856981/RawRods_Hotrod_Drake
http://www.myvidster.com/video/2831729/Cocodorm_Jamarion_Kemancheo_Skittlez
http://www.myvidster.com/video/2628667/co54Cocodorm_
http://www.myvidster.com/video/2917960/RawRods_Artiste_Styles_amp_Domino_Star_amp_Ricky_Royal
http://www.myvidster.com/video/2907882/GayTube_Presents_Sexy_Stud_Gets_Fucked
http://www.myvidster.com/video/2694043/CocoDorm_The_Only_Live_Black_and_Latino_Dorm
http://www.myvidster.com/video/2706718/Cocodorm_sd1230_
http://www.myvidster.com/video/2877038/Six-Nine_and_Mr_Saukei
http://www.myvidster.com/video/2706718/Cocodorm_sd1230_
http://www.myvidster.com/video/2677215/Blooper_but_sexy_1_
http://www.myvidster.com/video/2628363/co54Cocodorm_
http://www.myvidster.com/video/2628204/CocodormCdn509_
http://www.myvidster.com/video/2626103/Chance_Jacobs_-_Photo_Shoot_1_
http://www.myvidster.com/video/2249145/RAWRODS9Heavyonthe_Cream
http://www.myvidster.com/video/2203924/Baby_Star
http://www.myvidster.com/video/1939640/Breion_and_Baby_Star_
http://www.myvidster.com/video/2896759/Baby_Star_amp_Ricco_Furtado_
http://www.myvidster.com/video/2895235/Zodiac2_
http://www.myvidster.com/video/2145731/Baby_Rabbit
http://www.myvidster.com/video/2304607/Baby_Star_and_five_buddies_in_action
http://www.myvidster.com/video/2324352/Santo_Domingo_Uncut
http://www.myvidster.com/video/2324320/Horse_Men_Fucking
http://www.myvidster.com/video/2306080/Hot_as_Hell
http://www.myvidster.com/video/2304607/Baby_Star_and_five_buddies_in_action
http://www.myvidster.com/video/1953349/slamming_that_big_black
http://www.myvidster.com/video/1940568/Its_All_Gay_-_Dai_Dai_Brooklyn_Envy_
http://www.myvidster.com/video/1893195/black_men_with_hung_dicks_sucking_and_fucking_
http://www.myvidster.com/video/1710546/Just_eat_me_-_Hot_Goo
http://www.myvidster.com/video/1049450/Nasty_Boys



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1007971/Gaywatchcom_Free_Gay_Videos_chulo_azz
http://www.myvidster.com/video/2213830/Star_Struck
http://www.myvidster.com/video/2086050/Star_Struck
http://www.myvidster.com/video/2905293/Ken_Mariano_Ninja_Nixon_7-_webcam_
http://www.myvidster.com/video/2401015/Star_Struck
http://www.myvidster.com/video/2829802/GayTube_Presents_Sexy_Stud_Gets_Fucked
http://www.myvidster.com/video/2787047/carmel_and_cream
http://www.myvidster.com/video/2621074/PapiCock_-_Baby_Star_Ricco_Furtado_
http://www.myvidster.com/video/2614331/Interracial_--_Six-Nine_and_Mr_Saukei_-_XVIDEOSCOM
http://www.myvidster.com/video/2612836/69_gets_fucked_by_mr_saukei_-_Hot_Goo
http://www.myvidster.com/video/2400873/Big_Black_Dick
http://www.myvidster.com/video/2356320/RAWRODS9Heavyonthe_Cream
http://www.myvidster.com/video/2715123/Baby_Star_And_Domino_Star_farewell_To_each_other_November_13_2009_
http://www.myvidster.com/video/2909571/Hot_Rods_Cream_Pie_
http://www.myvidster.com/video/2905868/boys_ass_for_black_daddy
http://www.myvidster.com/video/2246851/Baby_Star_And_Tyson_Anal_Videos_Extremetubecom
http://www.myvidster.com/video/2857262/RawRods_Hotrod_Drake
http://www.myvidster.com/video/2810556/Two_Black_Friends_06_-_xHamstercom
http://www.myvidster.com/video/2802184/CMack_Drummer_Boi_porn_video_Gay_Finder
http://www.myvidster.com/video/2772490/J-Rock_The_Ass_Slayer_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2399292/Its_All_Gay_-_RAW
http://www.myvidster.com/video/2394380/Raw_Rods_-_XTube_Porn_Video_-_keithindc
http://www.myvidster.com/video/2246851/Baby_Star_And_Tyson_Anal_Videos_-_Extremetubecom
http://www.myvidster.com/video/2245701/Manny_Baby_n_Romeo_Storm_-_xHamstercom
http://www.myvidster.com/video/2172914/Armani_And_Tyson_-_Hardcore_sex_video_-_Tube8com
http://www.myvidster.com/video/2139957/Watch_That_Good_Dick_Tyson_AEBN_Gay_Porn_Pay_Per_View_Network_and_Video_On_Demand_Over_100000_XXX_Gay_Adult_VOD_movies_in_the_Adult_Entertainment_Broadcast_Network_New_
http://www.myvidster.com/video/2097645/xLive_Video_fucking
http://www.myvidster.com/video/2074979/kemancheo
http://www.myvidster.com/video/2063357/Ace_Rockwood_and_Prince_Le_Beau_-_Pornhubcom
http://www.myvidster.com/video/1435356/Gay_Rickydnkfierce_Adultspacecom
http://www.myvidster.com/video/2941006/GayTube_Presents_Sexy_Stud_Gets_Fucked
http://www.myvidster.com/video/1440149/Tyson_Tyson_Tyson
http://www.myvidster.com/video/2940958/Star_Struck
http://www.myvidster.com/video/2941031/Maseo_fucks_Hotrod



http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/taitai28
http://www.myvidster.com/profile/cario
http://www.myvidster.com/profile/deejay990
http://www.myvidster.com/profile/mr_personality
http://www.myvidster.com/profile/adoreblake
http://www.myvidster.com/profile/latinboii89
http://www.myvidster.com/profile/bmaster
http://www.myvidster.com/profile/dickboy012
http://www.myvidster.com/profile/princeni
http://www.myvidster.com/profile/mraskme2
http://www.myvidster.com/profile/camcatcher1
http://www.myvidster.com/profile/demone
http://www.myvidster.com/profile/lovemyboo
http://www.myvidster.com/profile/tboy
http://www.myvidster.com/profile/ck1994
http://www.myvidster.com/profile/dt1988
http://www.myvidster.com/profile/Wildchild1
http://www.myvidster.com/profile/TzBoy


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com



http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 12, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


                                            ***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services

2 of 4



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2896179/PapiCock_-_Baby_Star_amp_Ricco_Furtado
http://www.myvidster.com/video/1498747/Gay_Rickydnkfierce_Adultspacecom
http://www.myvidster.com/video/1163598/RawRods_Romeo_Storm_amp_Kannon
http://www.myvidster.com/video/2900489/PapiCock_Flame_Tech
http://www.myvidster.com/video/509933/Quiet_Storm_Romeo_Storm_Tokyo_Pornhubcom
http://www.myvidster.com/video/213026/Quan_and_Breon_at_the_end
http://www.myvidster.com/video/2831098/Romeo_Storm_and_Seduction_Free_Videos_Adult_Sex_Tube_Juic
eStreamcom
http://www.myvidster.com/video/2830961/Would_you_like_to_taste_chocolate_dick_-
_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/1426664/Rico_BabyStar
http://www.myvidster.com/video/111448/Its_All_Gay_Romeo_Storm_and_Spyder_Man
http://www.myvidster.com/video/78727/Kydezion_Rockafella_Shiri_pt22_
http://www.myvidster.com/video/84966/Wet_Dream
http://www.myvidster.com/video/68239/MarkellSkittles_And_Snow_Bunni
http://www.myvidster.com/video/2615764/Quiet_Storm_Romeo_Storm_Tokyo_
http://www.myvidster.com/video/2906157/boys_ass_for_black_daddy
http://www.myvidster.com/video/323686/Raw_Rods_Pornhubcom
http://www.myvidster.com/video/546971/Raw_Rods_Black_Bareback_Fucking
http://www.myvidster.com/video/547016/Raw_Rods_-_Black_Bareback_Fucking
http://www.myvidster.com/video/547009/Raw_Rods_-_Black_Bareback_Fucking
http://www.myvidster.com/video/547001/Raw_Rods_-_Black_Bareback_Fucking
http://www.myvidster.com/video/1743700/Billy_baxter_and_flamez__XVIDEOSCOM
http://www.myvidster.com/video/2795461/MALO_AND_BABYSTAR_
http://www.myvidster.com/video/2092246/Malo_and_Usher_Richbanks_Pornhubcom
http://www.myvidster.com/video/2236461/Malo_and_Usher_xHamstercom
http://www.myvidster.com/video/2055379/Malo_and_Usher_Richbanks


http://www.myvidster.com/profile/da12geturight
http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/fanatic2012



http://www.myvidster.com/profile/sexyj779
http://www.myvidster.com/profile/jerkkboy101
http://www.myvidster.com/profile/watzonurmind
http://www.myvidster.com/profile/dcblue23
http://www.myvidster.com/profile/justblaze2
http://www.myvidster.com/profile/BigBoy
http://www.myvidster.com/profile/jeansboy
http://www.myvidster.com/profile/nafindicarrera
http://www.myvidster.com/profile/toofaan
http://www.myvidster.com/profile/weezy4twenty


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 14, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Phone: (312) 269-5372 / Fax: (312) 980-0754
E-mail: gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***


To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified



in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2774835/Cuban_Redd_fucks_Raymond_Usher_
http://www.myvidster.com/video/2821695/Party_at_the_club
http://www.myvidster.com/video/2774869/Sexy_redbone_fucking_tall_sexy_dude_
http://www.myvidster.com/video/1374007/Cuban_Redd_fucks_Raymond_Usher_Pornhubcom
http://www.myvidster.com/video/468196/papi_cock_solo
http://www.myvidster.com/video/1768105/Cuban_Redd_amp_Shooter_Fuck
http://www.myvidster.com/video/2918671/Cuban_Redd_and_Raymond_Usher_Redtube_Free_Anal_Porn_Vid
eos_Gay_Movies_amp_I
http://www.myvidster.com/video/2948652/Cuban_Redd_and_Raymond_Usher_Redtube_Free_Anal_Porn_Vid
eos_Gay_Movies_ampam
http://www.myvidster.com/video/2405565/Pinky_Peanut_and_two_other_guys_-
_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2372709/Black_Gang_Bang_Party_-_Free_Videos_Adult_Sex_Tube_-
_JuiceStreamcom
http://www.myvidster.com/video/1683977/ace_rockwood
http://www.myvidster.com/video/677438/Ace_rockwood_thugboy
http://www.myvidster.com/video/677138/Dunkins_Playground_Ace_Rockwood
http://www.myvidster.com/video/677915/Dunkins_Playground_Ace_Rockwood
http://www.myvidster.com/video/1207966/Dunkins_Playground_Ace_Rockwood
http://www.myvidster.com/video/2316794/Ace_rockwood_and_iraq__XNXXCOM
http://www.myvidster.com/video/2835985/Ace_Rockwood__Prince_Le_Beau_Free_Videos_Adult_Sex_Tube_
JuiceStreamcom
http://www.myvidster.com/video/2836318/black_fuckin_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2836303/Johns_Place_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2836067/DoNT_U_owe_my_guy_some_money_-
_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2835985/Ace_Rockwood__Prince_Le_Beau_-
_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/1407689/ACE_ROCKWOOD_HOOKS_UP_IN_HOTEL_Free_Porn_Sex_
http://www.myvidster.com/video/2236715/Ace_In_Iraqs_Guts_at_Tnaflix
http://www.myvidster.com/video/1899110/Kemancheo_amp_protege__XVIDEOSCOM
http://www.myvidster.com/video/2168645/Army_Freakzilla_Diego_

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/1949367/Anal_ream_fuck_fun_-_XVIDEOSCOM
http://www.myvidster.com/video/1917787/Kemancheo_amp_protege__XVIDEOSCOM
http://www.myvidster.com/video/2078248/kemancheo__XTube_Porn_Video_nleepi
http://www.myvidster.com/video/2416479/Raw_Rods_-_XTube_Porn_Video_-_keithindc
http://www.myvidster.com/video/2512251/KEMANCHEO__XTube_Porn_Video_teshawn_bisexy

http://www.myvidster.com/profile/kid33atl
http://www.myvidster.com/profile/bayboy
http://www.myvidster.com/profile/makeusaypapi
http://www.myvidster.com/profile/CaptHook
http://www.myvidster.com/profile/blackfridayaj
http://www.myvidster.com/profile/windscar
http://www.myvidster.com/profile/paulik
http://www.myvidster.com/profile/Tae123712
http://www.myvidster.com/profile/dash0523
http://www.myvidster.com/profile/ItsJMoney
http://www.myvidster.com/profile/Flokia
http://www.myvidster.com/profile/BinFin1975
http://www.myvidster.com/profile/toofaan
http://www.myvidster.com/profile/DLegacy
http://www.myvidster.com/profile/freakycockstar
http://www.myvidster.com/profile/Deedamien
http://www.myvidster.com/profile/tcooks

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 17, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


***Under Reservation of All Rights***

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/3009493/London_D_RockSEXY_REDBONE_FUCKED_HARD_AND_RAW
http://www.myvidster.com/video/2567849/xxxbunkercom_rent_a_black_boy_httpxxxbunkercom
http://www.myvidster.com/video/2449579/Two_Thugs_and_a_Latino_Video_-_FindFreeGayMovies_-_Gay_Porn_Tube_Sex_Videos
http://www.myvidster.com/video/1779402/ACE_ROCKWOOD_HOOKS_UP_IN_HOTEL_Free_Porn_Sex_Porno_at_Tnaflix
http://www.myvidster.com/video/1300299/Remy_Mars_fucks_Thug_Nasty
http://www.myvidster.com/video/1268549/Xtube_Ricco_Furtado_fucks_Domino_Star
http://www.myvidster.com/video/3009443/Great_Sex_With_Black_Gays_Here_Nude_Fucking_Hard_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/2033569/Gay_I_Got_Fuck_By_My_Roomie_Adultspacecom
http://www.myvidster.com/video/3009851/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3009850/London_D_RockSEXY_REDBONE_FUCKED_HARD_AND_RAW
http://www.myvidster.com/video/3009848/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3009851/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3009850/London_D_RockSEXY_REDBONE_FUCKED_HARD_AND_RAW
http://www.myvidster.com/video/3009660/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3009597/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3009898/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/2134369/Deangelo_jackson_and_lil_niz_by_first75_-_XVIDEOSCOM

http://www.myvidster.com/profile/naughtione
http://www.myvidster.com/profile/rico504
http://www.myvidster.com/profile/boy56
http://www.myvidster.com/profile/millionare



http://www.myvidster.com/profile/yslcavalli
http://www.myvidster.com/profile/dancernyc
http://www.myvidster.com/profile/skweek


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 21, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works

1 of 5



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/3049246/Twink_Rides_Cock
http://www.myvidster.com/video/3046261/saukindre_-_Pornhubcom
http://www.myvidster.com/video/2793645/306_Two_Thugs_and_a_Latino_Video_-_FindFreeGayMovies_-_Gay_Porn_Tube_Sex_Videos
http://www.myvidster.com/video/3049168/uFFFDBig_Dick_In_Tight_Hole_Raw
http://www.myvidster.com/video/3049154/saukindre_-_Pornhubcom
http://www.myvidster.com/video/3049147/Two_Thugs_and_a_Latino_Video_-_FindFreeGayMovies_-_Gay_Porn_Tube_Sex_Videos
http://www.myvidster.com/video/3049094/BGPZ_Drake_and_Hot_Rod_-_HardSexTube_-_Free_Porn_Sex_Movies
http://www.myvidster.com/video/3021660/Great_Sex_With_Black_Gays_Here_Nude_Fucking_Hard_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/3049079/Raw_Rods_DOMINANT_RAW_TOPS_Vol2
http://www.myvidster.com/video/3018480/GayForIteu_-_CaydenKen
http://www.myvidster.com/video/3049066/Raw_Rods_DOMINANT_RAW_TOPS_Vol2
http://www.myvidster.com/video/3049059/Raw_Rods_DOMINANT_RAW_TOPS_Vol2
http://www.myvidster.com/video/3013671/_Dorm_Life_17_-_Full_Movie
http://www.myvidster.com/video/2746611/Dorm_Life_19_-_Night_Vision_pt_1
http://www.myvidster.com/video/3049047/Two_Thugs_and_a_Latino_Video_-_FindFreeGayMovies_-_Gay_Porn_Tube_Sex_Videos
http://www.myvidster.com/video/3049029/saukindre_-_Pornhubcom
http://www.myvidster.com/video/3049144/DOMINANT_RAW_TOPS_Vol2_full_movie
http://www.myvidster.com/video/3010179/Great_Sex_With_Black_Gays_Here_Nude_Fucking_Hard_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/3048989/saukindre_-_Pornhubcom
http://www.myvidster.com/video/3048230/Great_Sex_With_Black_Gays_Here_Nude_Fucking_Hard_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/3048940/Raw_Rods_DOMINANT_RAW_TOPS_Vol2
http://www.myvidster.com/video/3048915/Raw_Rods_DOMINANT_RAW_TOPS_Vol2
http://www.myvidster.com/video/3019281/_Dorm_Life_17_-_Full_Movie
http://www.myvidster.com/video/3011473/xGays_Tube_-_Collection_of_stream_gay_videos_Free_tube_clips
http://www.myvidster.com/video/3048908/Raw_Rods_DOMINANT_RAW_TOPS_Vol2

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.myvidster.com/video/3048870/MixItUp_Cayden_Ken
http://www.myvidster.com/video/3007486/Cocodorm_Markell_Storm_Valentine
http://www.myvidster.com/video/3016021/Cocodorm_Romeo_St_James_Black_Ty
http://www.myvidster.com/video/3014713/MixItUp_Rock_Ken_Mariano_Ian_Cody
http://www.myvidster.com/video/3007190/MixItUp_Cayden_Cooper_and_Jessie_Rabbit
http://www.myvidster.com/video/3007123/MixItUp_Cayden_Ken
http://www.myvidster.com/video/3006976/RawRods_Romeo_Storm_Manny_Baby
http://www.myvidster.com/video/29050/tyson_amp_ken


http://www.myvidster.com/profile/sexythug14
http://www.myvidster.com/profile/luckycakes
http://www.myvidster.com/profile/isumad24
http://www.myvidster.com/profile/TonyStylez
http://www.myvidster.com/profile/Remack08
http://www.myvidster.com/profile/etspoet
http://www.myvidster.com/profile/twilliams45
http://www.myvidster.com/profile/Kay17Kay
http://www.myvidster.com/profile/baldheadfatstomach
http://www.myvidster.com/profile/jimmyjustjizzed
http://www.myvidster.com/profile/chance_taylor
http://www.myvidster.com/profile/BinFin1975
http://www.myvidster.com/profile/yournick
http://www.myvidster.com/profile/chad1283
http://www.myvidster.com/profile/nopapertrail11
http://www.myvidster.com/profile/richard36
http://www.myvidster.com/profile/rickyiii7676

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 24, 2011


Marques Gunter
www.myvidster.com
735 Lexington Ave. Unit 26
Indianapolis, Indiana 46203
(317) 652-7263
indysalsero@gmail.com

LeaseWeb
P.O. Box 93054
1090BB AMSTERDAM
Netherlands
(tel) +31 20 3162880
(fax) +31 20 3162890
abuse@leaseweb.com

Gregory J. Leighton
Attorney at Law
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Phone:  (312) 269-5372 / Fax: (312) 980-0754
E-mail:  gleighton@ngelaw.com


**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the Digital Millennium Copyright Act***


*Under Reservation of All Rights*

To Whom It May Concern:


I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works

1 of 5



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services



to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

http://www.myvidster.com/video/2979082/DEANGELO_JACKSON_
http://www.myvidster.com/video/2979125/Cum_bubble
http://www.myvidster.com/video/2979188/Rocky_fucks_by_the_pool
http://www.myvidster.com/video/1943230/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS
http://www.myvidster.com/video/1943845/Deangelo_jackson_and_lil_niz_by_first75__XVIDEOS
http://www.myvidster.com/video/2171244/HotRod_And_Tastee_-_Ebony_sex_video_-_Tube8com
http://www.myvidster.com/video/318690/Dominican_Freaks_Free_Porn_Sex_Porno_at_Tnafl
http://www.myvidster.com/video/3080584/DOM_TOP_-_Juicestream_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/3080448/Hot_Shit_Guaranteed_Nutt_dtx
http://www.myvidster.com/video/1464225/Ebony_chaps_hot_fun_at_BoyFriendTV
http://www.myvidster.com/video/2964074/Gay_black_guy_licks_circulating_tongue_in_ass
http://www.myvidster.com/video/2285254/Drake_lookalike_Breeds_Hotrod_
http://www.myvidster.com/video/3037234/Download_Raw_Rods_DOMINANT_RAW_TOPS_Vol2_video_VideoBam
http://www.myvidster.com/video/2830515/RAW_RODS_4_RAW_BEAT_DOWN__XTube_Porn_Video_flavaworks
http://www.myvidster.com/video/2874221/After_School_Fuck_Sessions_Dorm_Life_15_-_XTube_Porn_Video_-_flavaworks
http://www.myvidster.com/video/2700590/Hittin_it_RAW_-_Free_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/553807/raw_rods_Part_4_
http://www.myvidster.com/video/553810/raw_rods_Part_3
http://www.myvidster.com/video/553812/raw_rods_Part_2_
http://www.myvidster.com/video/553815/raw_rods_Part_1_
http://www.myvidster.com/video/3050214/Black_Gay_Porn_Zone_Blog_Hot_Fall_Flavas
http://www.myvidster.com/video/68590/Royal_Ass
http://www.myvidster.com/video/2162117/Royal_Ass
http://www.myvidster.com/video/2760552/Dorm_Life_14_The_Dick_Down_
http://www.myvidster.com/video/2831586/Dorm_Life_19_Night_Vision_pt_2_Free_Videos_Adult_Sex_Tube_JuiceStreamco



http://www.myvidster.com/video/3068172/DOM_TOP_-_Juicestream_Videos_Adult_Sex_Tube_-_JuiceStreamcom
http://www.myvidster.com/video/690125/DVD_Dorm_Life_10_The_House_Next_Door


http://www.myvidster.com/profile/ThatGuy
http://www.myvidster.com/profile/paulik
http://www.myvidster.com/profile/notangel74
http://www.myvidster.com/profile/ZEALOT
http://www.myvidster.com/profile/chillen25
http://www.myvidster.com/profile/jm12long
http://www.myvidster.com/profile/AZZFETISHFREAK
http://www.myvidster.com/profile/jwill678
http://www.myvidster.com/profile/FrankForcell
http://www.myvidster.com/profile/PrinceBigDick
http://www.myvidster.com/profile/Blaqconquest
http://www.myvidster.com/profile/Lacey
http://www.myvidster.com/profile/KINEO7
http://www.myvidster.com/profile/blkcherrypopper
http://www.myvidster.com/profile/kid33atl
http://www.myvidster.com/profile/darealrian
http://www.myvidster.com/profile/CookieMonsta


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,


Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com