UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-06517 |
| | ) | |
| v. | ) | |
| | ) | |
| Marques Rondale Gunter | ) | |
| d/b/a | ) | |
| mVidster.com, myVidster.com, | ) | |
| Salsaindy, LLC, et. al. | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF PHILLIP BLEICHER IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT, VOXEL DOT NET, INC.'S MOTION FOR LEAVE TO FILE A MEMORANDUM FOR SUMMARY JUDGMENT IN EXCESS OF 15 PAGES**

I, Phillip Bleicher, having been sworn, attests as follows:

1. I have personal knowledge to the facts set forth in this affidavit and, if called as a witness, can testify to same.

2. I am a resident of the State of Illinois.

3. I am the CEO and Webmaster of Plaintiff, Flava Works, Inc. ("Flava Works").

4. Flava Works is a corporation incorporated under the laws of the State of Florida with its principal place of business at 2610 N. Miami Ave., Miami, Florida 33127, and an office in Chicago, Illinois at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

5. On information and belief, Defendant Voxel Dot Net, Inc. ("Voxel") now seeks leave to file a Memorandum for Summary Judgment consisting of 27 pages, a 137 page exhibit of cited authorities, and 275 pages of exhibits.

6. Plaintiff, Flava Works, Inc. cannot present facts essential to justify its opposition to Defendant Voxel's Motion for Summary Judgment, without taking the deposition of Matthew Toback.

7. On information and belief, Defendant Voxel has never made FRCP 26(a) disclosures.

8. Plaintiff, Flava Works, Inc. cannot present facts essential to justify its opposition to Defendant Voxel's Motion for Summary Judgment, without discovery from Voxel.

Further Affiant Sayeth Not.

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to Title 28, Section 1746.

Executed on Feb 1, 2012