UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:10-cv-06517 |
| | ) |
| v. | ) |
| | ) |
| Marques Rondale Gunter | ) |
| d/b/a | ) |
| myVidster.com, myVidster.com, | ) |
| Salsaindy, LLC, | ) |
| John Does 1-26, using screen names: | ) |
| Abank, Amaterialhag, Azzfetishfreak, | ) |
| Blka2cutie, Bootysmell, Brod706, | ) |
| Cmoneyw, Damon1420, Diamonds, | ) |
| Fifthcharactermuppet, FuQnHot, | ) |
| Iiluvbttms76, In4deep, Johnjackson, | ) |
| Kblkmusicman, Maalik, Nellyhayes, | ) |
| Neumagic, Nycbigdikknigg2010, | ) |
| Onlidingding, , Phatboi01, | ) |
| Sexy909boy, Sexyblk223, | ) |
| Smilez, Taylormade99, Tazze_t, | ) |
| Voxel Dot Net, Inc., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S AND DEFENDANT VOXEL DOT NET, INC.'S
PROPOSED JOINT SCHEDULING ORDER**

The following persons participated in a Rule 26(f) conference on November 30, 2011 by teleconference:

Meanith Huon, on behalf of Plaintiff, Flava Works, Inc.

Charles Mudd, Mudd Law Offices, on behalf of Defendant, Voxel Dot Net, Inc.

**PREFATORY NOTE**

Defendants Marques Gunter and SalsaIndy, LLC have taken the position that all aspects of this case with respect to them, including discovery, have been stayed pending the resolution of

1

the currently pending appeal before the Seventh Circuit. As such, Mr. Gunter and SalsaIndy, LLC took no part in constructing the discovery schedule proposed herein.

      The parties propose this discovery plan:

A)     TIME TO MAKE RULE 26(a) DISCLOSURES:

Disclosures under Rules 26(a) and 26(e)(1) shall be within 30 days, or March 14, 2012.

B)     TIME TO JOIN OTHER PARTIES:

Time to join other party shall be completed 60 days before the discovery cut off day, or by June 15, 2012.

C)     TIME TO COMPLETE FACT DISCOVERY:

All fact discovery shall be completed by August 14, 2012. Defendant Voxel Dot Net, Inc. had proposed 4 months. Plaintiff proposed 6 months. Defendant Voxel Dot Net, Inc. maintains its objection to 6 months.

D)     TIME TO AMEND PLEADINGS:

Pleadings shall be amended, if any, by June 15, 2012.

E)     TIME TO FILE MOTIONS:

All motions shall be filed 30 days after the close of fact discovery, or by September 13, 2012

F)     TIME TO COMPLETE EXPERT DISCOVERY:

Plaintiff and Defendants shall disclose any expert witnesses 30 days after the close of fact discovery, or by September 13, 2012. Plaintiff and Defendants shall depose expert witnesses, if any, within 30 days thereafter, or by October 15, 2012.

Dated: February 13, 2012

Respectfully submitted,

/s/Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789

Flava Works, Inc.
933 W. Irving Pk. Rd., Ste. C
Chicago, IL 60613

Respectfully submitted,

/s/ Charles Mudd (by consent)

Charles Mudd
Mudd Law Offices
3114 W. Irving Park Road #1W
Chicago, Illinois 60618
P: (773) 588-5410
F: (773) 588-5440

## **CERTIFICATE OF SERVICE**

      Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record for all parties on February 15, 2012.

**PLAINTIFF'S AND DEFENDANT VOXEL DOT NET, INC.'S
PROPOSED JOINT SCHEDULING ORDER**

      /s/ Meanith Huon

      Meanith Huon
      The Huon Law Firm
      PO Box 441
      Chicago, Illinois 60690
      Phone: (312) 405-2789
      E-mail: huon.meanith@gmail.com
      IL ARDC. No.: 6230996