AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LEASE WEB**
was received by me on *(date)* **02/23/2012**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **DEWEY COERPER as SR ACCOUNT MANAGER**, who is designated by law to accept service of process on behalf of *(name of organization)* **LEASEWEB** located at **9480 INNOVATION DRIVE, MANASSAS, VA 20110** on *(date)* **02/24/2012** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **55.00** for services, for a total of $ **55.00**.

I declare under penalty of perjury that this information is true.

Date: **03/09/2012**

*Melissa Torres* (signature)
*Server's signature*

Melissa Torres, Private Process Server
*Printed name and title*

DTA Process Service, Inc.
P.O. Box 4235
Manassas, VA 20108
*Server's address*

Additional information regarding attempted service, etc: