IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC, <br><br> Plaintiff, <br><br> v. <br><br> MARQUES RONDALE GUNTER dba MYVIDSTER.COM, et al., <br><br> Defendants. | No. 10-cv-06517 <br><br> Judge: Hon. John F. Grady |

## LEASEWEB USA, INC.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(4) and 12(b)(6), Defendant LeaseWeb USA, Inc. ("LeaseWeb USA"), by its attorneys, hereby moves to dismiss Plaintiff Flava Works, Inc.'s Fourth Amended Complaint ("FAC") on the grounds of insufficient process, lack of personal jurisdiction and failure to state a claim upon which relief could be granted.

LeaseWeb USA should be dismissed with prejudice under Fed. R. Civ. P. 12(b)(4), because Plaintiff has named the wrong party and as such, the process is insufficient. Plaintiff named "LeaseWeb" (a tradename rather than an existing corporate entity) in the summons and the FAC and then served LeaseWeb USA. However, the documents attached to the Complaint, and the allegations therein, make clear that Plaintiff's allegations are addressed to LeaseWeb B.v., a Dutch corporation, the recipient of every takedown letter alleged by Plaintiff to have been sent to "LeaseWeb" and the actual host of MyVidster.com.

Further, LeaseWeb USA should be dismissed under Fed. R. Civ. P. 12(b)(2) because this Court lacks personal jurisdiction over it. Plaintiff failed to make a single allegation regarding the

individual defendants targeting Illinois in their marketing practices, and there are no allegations that "LeaseWeb" does so in such a way to subject it to jurisdiction under the "minimum contacts" standard, particularly where the Complaint's substantive allegations make clear that LeaseWeb USA is the wrong party, and did not participate or have any involvement in the complained of actions.

Finally, LeaseWeb USA should be dismissed as the Complaint fails to state a single claim against LeaseWeb USA upon which relief could be granted. Plaintiff's copyright claims are barred by Section 512(c) of the Digital Millennium Copyright Act. Further, Plaintiff has failed to state a claim for direct copyright infringement as it has not alleged that LeaseWeb USA copied any of its works, nor has it stated a claim for contributory, vicarious, or inducement of copyright infringement as it has not alleged that LeaseWeb USA received a single takedown notice. Plaintiff's claims related to the alleged infringement by LeaseWeb USA of the Flava Works trademarks also must be dismissed as Plaintiff has failed to allege the essential element of use in commerce.

WHEREFORE, for the foregoing reasons and those stated in the Memorandum In Support of LeaseWeb USA's Motion to Dismiss which is filed herewith, LeaseWeb USA respectfully requests that the Court grant its Motion to Dismiss.

Dated: March 16, 2012

Respectfully submitted,

/s/Bart Huff_____
Bart Huff
ZwillGen PLLC
300 N LaSalle St, 49th Floor
Chicago, IL 60654
bart@zwillgen.com
(312) 685-2278