## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:10-cv-06517** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Marques Rondale Gunter** | ) | |
| **d/b/a** | ) | |
| **myVidster.com, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To: Counsel of Record.

Please take notice that on September 12, 2012  at 11:00 a.m., I shall appear before

the Honorable Judge John F. Grady in the courtroom usually occupied by him in Room 2201 of

the United States District Court, Northern District of Illinois, 219 South Dearborn Street,

Chicago, Illinois, and shall then and there present Plaintiff's Motion for Enlargement of Time,

copies of which are served upon you.

Dated: September 12, 2012         Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 5th day of September,  2012 I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion  by causing copies of same to be served to electronically on all counsel of record for all parties.

Respectfully submitted,
<u>/s/ Meanith Huon</u>
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com

IL ARDC. No.: 6230996
