## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-06517 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marques Rondale Gunter | ) | |
| d/b/a | ) | |
| mVidster.com, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### <u>PLAINTIFF'S MOTION TO DISMISS DEFENDANT, VOXEL DOT NET, INC.</u>

Plaintiff, Flava Works, Inc., by and through its attorney, Meanith Huon, states as follows:

1. Plaintiff, Flava Works, Inc. has settled its claim against Defendant, Voxel Dot Net, Inc.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court dismiss only Defendant, Voxel Dot Net, Inc. with prejudice and allow the case to proceed against the remaining Defendants.

Respectfully Submitted,

By: /s/ Meanith Huon /s/

Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-06517 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Marques Rondale Gunter | ) | |
| d/b/a | ) | |
| mVidster.com, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### PROOF OF SERVICE

Under penalties of law, I certify that on September 20, 2012, I served the following documents or items:

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT, VOXEL DOT NET, INC.

by   electronically serving all counsel of record.

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

2