# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

August 24, 2012

Taxed in Favor of: **Appellant Marques Rondale Gunter ; Appellant SalsaIndy, LLC**

| No.: 11-3190 | FLAVA WORKS, INC, <br> Plaintiff - Appellee <br><br> v. <br><br> MARQUES RONDALE GUNTER, doing business as MY VIDSTER.COM, and SALSAINDY, LLC, <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-06517 <br> Northern District of Illinois, Eastern Division <br> District Judge John F. Grady ||

The mandate or agency closing letter issued in this cause on August 24, 2012.

BILL OF COSTS issued in the amount of: $614.50.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |

2.     For reproduction of any record or paper, per page: _____     _____    _____

3.     For reproduction of briefs: _____     \_$614.50\_\_\_\_    \_$614.50\_\_\_\_ \_\_\_\_    \_\_\_\_

4.     _____ _____     _____    _____

5.     _____ _____     _____    _____

TOTAL:     \_$614.50\_\_\_\_ \_\_\_\_

form name: **c7_BillOfCosts**(form ID: **140**)