**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Flava Works, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-06517 |
| | ) | |
| v. | ) | |
| | ) | |
| Marques Rondale Gunter | ) | |
| d/b/a | ) | |
| mVidster.com, myVidster.com, | ) | |
| Salsaindy, LLC, et. al. | ) | |
| Defendants. | ) | |

## **MEANITH HUON'S AND THE HUON LAW FIRM'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Meanith Huon and The Huon Law Firm, move to withdraw as attorney of record for Plaintiff/Counter-Defendant, Flava Works, Inc. In support of the motion, Meanith Huon and The Huon Law Firm state as follows:

1. Illinois Supreme Court Rule 1.16 provides as follows:

(a) Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:

(1) the representation will result in violation of the Rules of Professional Conduct or other law;

\*    \*    \*

(3) the lawyer is discharged.

\*    \*    \*

(b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;

\*    \*    \*

(4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement;

(5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(7) other good cause for withdrawal exists.

2. In this case, the representation will result in an unreasonable financial burden on the lawyer and other good cause for withdrawal exists.

WHEREFORE, Meanith Huon and The Huon Law Firm, respectfully request that this Honorable Court grant him leave to withdraw as counsel of record for Plaintiff/Counter-Defendant, Flava Works, Inc.

Respectfully Submitted,

   /s/Meanith Huon

Meanith Huon
Huon Law Firm
PO Box 441
Chicago, Illinois 60690
312-405-2789
312-268-7276 FAX No.
huon.meanith@gmail.com
Cook County No. 44320