# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc.

                    Plaintiff,

v.

              Case No.: 1:10−cv−06517
              Honorable John F. Grady

Marques Rondale Gunter, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2014:

       MINUTE entry before the Honorable John F. Grady: Motion hearing held. Meanith Huon and the Huon Law Firm's motion to withdraw as counsel of record for the plaintiff/counter−defendant, Flava Works, Inc. [251] is granted. The plaintiff/counter−defendant, Flava Works, Inc. shall file the appearance of substitute counsel by February 24, 2014. A further status hearing is set for February 26, 2014 at 11:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.