## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division


Flava Works, Inc.

                              Plaintiff,

v.                                                   Case No.: 1:10–cv–06517
                                                     Honorable John F. Grady

Marques Rondale Gunter, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 8, 2014:


      MINUTE entry before the Honorable Michael T. Mason:Status hearing set for 5/14/14 is stricken; no appearance is necessary on that date. Settlement Conference set for 7/15/2014 at 09:30 a.m. in courtroom 2266. Parties shall strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel shall submit copies of both plaintiff's settlement demand letter as well as defendant's response letter to chambers, room 2270 by 7/10/14. Since this matter was referred to Magistrate Judge Mason for the sole purpose of conducting a settlement conference, the parties need not submit a joint status report. Mailed notice.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.