UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
|       Plaintiff, Counter-Defendant, | ) |
| v. | ) Case No. 1:10-cv-06517 |
| Marques Rondale Gunter d/b/a myVidster.com, SalsaIndy, LLC, et. al., | ) JURY TRIAL DEMANDED |
|       Defendants, Counter-Plaintiffs. | ) |

**NOTICE OF DEFENDANTS' MOTION TO
ENFORCE SETTLEMENT AGREEMENT**

PLEASE TAKE NOTICE that on Thursday, September 25, 2014, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Amy J. St. Eve or whoever may be sitting in her place in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendants' Motion to Enforce Settlement Agreement, a copy of which is attached hereto, and hereby served upon you.

Respectfully submitted,

Date: September 19, 2014      /s/Greg J. Leighton
                                              One of the Attorneys for Defendants,
                                              Marques Rondale Gunter and SalsaIndy, LLC

Kevin C. May
Gregory J. Leighton
Jessica E. Cohen
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312.269.8000

# CERTIFICATE OF SERVICE

I, Jessica E. Cohen, an attorney, state that I served a true and correct copy of the *Notice of Defendants' Motion to Enforce Settlement Agreement* upon Flava Works, Inc.:

Juneitha Shambee
Shambee Law Office, Ltd.
P.O. Box 91
Evanston, Illinois 60204-0091

via the Court's ECF system on September 19, 2014.

    /s/Jessica E. Cohen
Jessica E. Cohen
One of the Attorneys for Defendants,
Marques Rondale Gunter and SalsaIndy LLC

Kevin C. May
Gregory J. Leighton
Jessica E. Cohen
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
312. 269. 8000 (voice)
312. 269. 1747 (facsimile)

NGEDOCS: 2200055.1