# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc.

                        Plaintiff,

v.                                         Case No.: 1:10–cv–06517
                                            Honorable John F. Grady

Marques Rondale Gunter, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: The Defendants, Counter–Plaintiffs, Marques Rondale Gunter's motion to seal their motion to enforce settlement agreement andexhibits A–D [273] is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.