## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc.

                        Plaintiff,

v.                                                 Case No.: 1:10–cv–06517
                                                         Honorable John F. Grady

Marques Rondale Gunter, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held. For the reasons stated in open court, the court refers the defendants' motion to enforce the settlement agreement [275] to Magistrate Judge Mason. The court sets a further status hearing for November 17, 2014 at 8:45 a.m. before the Honorable Amy J. St. Eve in Courtroom 1241. Executive Committee Order to follow. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.