## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Flava Works, Inc.

                              Plaintiff,

v.                                                            Case No.: 1:10–cv–06517
                                                            Honorable John F. Grady

Marques Rondale Gunter, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2014:

       MINUTE entry before the Honorable Michael T. Mason: The District Court has referred defendant's motion to enforce the settlement [275] to this Court for resolution. The parties' agreed oral motion to strike the 10/9/14 settlement conference is granted. Motion hearing regarding defendant's motion to enforce the settlement [275] is set for 10/9/2014 at 09:00 a.m. Defendants are directed to provide a courtesy copy of their motion (including exhibits) to Magistrate Judge Mason's chambers, room 2270 by no later than 09/30/14. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.