# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|       Plaintiff, Counter-Defendant | ) ) ) ) Case No. 1:10-cv-06517 |
| v. | ) ) ) |
| Marques Rondale Gunter d/b/a myVidster.com, et al., | ) ) ) |
|       Defendants, Counter-Plaintiffs. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Counter-Defendant, Flava Works, Inc. and Defendants, Counter-Plaintiffs, Marques Rondale Gunter d/b/a myVidster.com and SalsaIndy, LLC, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims against each other are dismissed with prejudice forty-five (45) days from the filing date of this Stipulation of Dismissal, with each party bearing its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/* Juneitha Shambee | */s/* Kevin C. May |
| Juneitha Shambee | Kevin C. May |
| Shambee Law Office | Gregory J. Leighton |
| P.O. Box 91 | Jessica E. Cohen |
| Evanston, IL 60204-0091 | Neal, Gerber & Eisenberg LLP |
| | Two North LaSalle Street, Suite 1700 |
| | Chicago, IL 60602-3801 |
| | (312) 269-8000 |
| | |
| **ATTORNEY FOR PLAINTIFF/COUNTERCLAIM-DEFENDANT** | **ATTORNEYS FOR DEFENDANTS/COUNTERCLAIM-PLAINTIFFS** |

**CERTIFICATE OF SERVICE**

I, Jessica E. Cohen, an attorney, state that I served a true and correct copy of the *Stipulation of Dismissal* upon Flava Works, Inc.:

> Juneitha Shambee
> Shambee Law Office, Ltd.
> P.O. Box 91
> Evanston, Illinois 60204-0091

via first class mail on March 17, 2015.

    /s/Jessica E. Cohen
    Jessica E. Cohen
    One of the Attorneys for Defendants,
    Marques Rondale Gunter and SalsaIndy LLC

    Kevin C. May
    Gregory J. Leighton
    Jessica E. Cohen
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street, Suite 1700
    Chicago, Illinois 60602
    312. 269. 8000 (voice)
    312. 269. 1747 (facsimile)