**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Flava Works, Inc.
                              Plaintiff,

v.                                                  Case No.: 1:10–cv–06517
                                                      Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2015:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 3/17/15. The parties were able to reach a settlement agreement. All matters relating to the referral of this case having been completed, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.