**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Flava Works, Inc.
                              Plaintiff,

v.                                                       Case No.: 1:10–cv–06517
                                                           Honorable Robert W. Gettleman

Marques Rondale Gunter, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 26, 2015:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation, and pursuant to FRCP 41(a)(1)(A)(ii), all claims and counterclaims are dismissed with prejudice 45 days from the 3/17/2015 filing date of the stipulation to dismiss, with each party bearing its own fees and costs. Civil case terminated. Status hearing date of 4/15/2015 is stricken. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.